UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
                                                    :
WEST END FINANCIAL ADVISORS,     :     Case No. 11-11189 (SMB)
  LLC,                                              :
                                                    :     Chapter 11
                    Debtors.              :
                                                    :     (Jointly Administered)
                                                    :
---------------------------------------------------------x

## NOTICE OF APPOINTMENT OF COMMITTEE
## OF UNSECURED CREDITORS

Tracy Hope Davis, United States Trustee for Region 2, pursuant to Sections 1102(a) and (b) of title 11, United States Code, hereby appoints the following unsecured creditors that are willing to serve to the Official Committee of Unsecured Creditors of West End Financial Advisors, LLC and affiliated debtors in possession:

1. Signature Bank
   565 Fifth Avenue, Floor 12
   New York, New York 10017
   Attention: Salvatore Trifiletti, Sr. Vice President – Manager of Special Assets
   Telephone: (646) 822-1828
   E-mail: strifiletti@signatureny.com

2. Mr. Thomas A. Reed
   1172 Park Avenue, Apt. 15C
   New York, New York 10128
   Telephone: (212) 722-3610
   Facsimile: (877) 722-4077
   E-mail: tomreed2@me.com

3. Ms. Doris K. Silverman
   315 Central Park West
   New York, New York 10025
   Telephone: (212) 799-1577
   E-mail: dksilverman@aol.com

4.     Ms. Jayne M. Kurzman
    2 East End Avenue
    New York, New York 10075
    Telephone: (212) 557-7937
    Facsimile: (212) 286-8513
    jmkurzman@davidsondawson.com

5.     Mr. Darren Conte
    311 East 71st Street, Apt. 5F
    New York, New York 10021
    Telephone: (646) 831-3688
    E-mail: darren.conte@gmail.com

Dated: New York, New York
       May 3, 2011

                                      TRACY HOPE DAVIS
                                      UNITED STATES TRUSTEE

                                      By */s/ Andrea B. Schwartz*
                                            Andrea B. Schwartz
                                            Brian S. Masumoto
                                            Trial Attorneys
                                            33 Whitehall Street, 21st Floor
                                            New York, New York 10004
                                            Tel. No. (212) 510-0500
                                            Fax: (212) 668-2255