B6 Summary (Official Form 6 - Summary) (12/07)

## United States Bankruptcy Court

## Southern District of New York

In re  **WEST END FINANCIAL ADVISORS, LLC**
Debtor

Case No. _____

Chapter   **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $          0.00 | | |
| B - Personal Property | YES | 3 | $     400,435.65 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $   5,500,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $          0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 10 | | $   1,213,630.34 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 19 | $     400,435.65 | $   6,713,630.34 | |

B6A (Official Form 6A) (12/07)

In re:  **WEST END FINANCIAL ADVISORS, LLC** _____,    Case No. _____

                          Debtor                                                              (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | | | | |

Total    ➢    **0.00**

(Report also on Summary of Schedules.)

In re    **WEST END FINANCIAL ADVISORS, LLC**                    Case No. 11-11152
                        Debtor                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | CHASE BANK<br>277 PARK AVENUE<br>NEW YORK, NY 10022<br><br>797182565 | | 292,705.72 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | HSBC BANK<br>WHITE PLAINS, NEW YORK | | 0.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | ROBINSON BROG ESCROW ACCOUNT<br>BNY MELLON | | 88,924.96 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | SIGNATURE BANK<br>300 PARK AVENUE<br>NEW YORK, NY 10022<br><br>REF 1500216731 | | 0.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | SIGNATURE BANK<br>300 PARK AVENUE<br>NEW YORK, NY 10022<br><br>REF 15005418482 | | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont

In re    **WEST END FINANCIAL ADVISORS, LLC**                                    ,          Case No. __11-11152__
                                    Debtor                                                            (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | EMPLOYEE RECEIVABLE KEVIN KRAMER 12 MOZART DRIVE WEST WILMINGTON, DE | | 107,729.93 |
| Accounts receivable. | | LOAN RECEIVABLE-GENEVA 100 NORTH CENTRE AVE SUITE 300 ROCKVILLE CENTRE, NY 11570 | | UNKNOWN |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

B6B (Official Form 6B)(12/07) -- Cont.

In re  **WEST END FINANCIAL ADVISORS, LLC**                         Case No. <u>11-11152</u>
                                    Debtor                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested.  Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | | **VARIOUS ARTWORKS** <br> **"ABRAHAM LINCOLN"** <br> **"THOMAS JEFFERSON"** <br> **"ALBERT EINSTEIN"** <br><br> **VALUE IS UNKNOWN AND SUBJECT TO APPRAISAL** | | **UNKNOWN** |

                    <u>  2  </u>   continuation sheets attached        Total  ＞        **$ 489,360.61**

                                                    (Include amounts from any continuation sheets
                                                    attached. Report total also on Summary of
                                                    Schedules.)

In re  **WEST END FINANCIAL ADVISORS, LLC**                                    Case No. _____

                        Debtor                                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>NORTHLIGHT FINANCIAL, LLC<br>24 WEST 40TH STREET<br>12TH FLOOR<br>NEW YORK, NY 10018 | | | **Deed of Trust**<br>**EMPLOYEE RECEIVABLE**<br>**KEVIN KRAMER**<br>**12 MOZART DRIVE WEST**<br>**WILMINGTON, DE**<br>**HSBC BANK**<br>**WHITE PLAINS, NEW YORK**<br><br>**SIGNATURE BANK**<br>**300 PARK AVENUE**<br>**NEW YORK, NY 10022**<br><br>**REF 1500216731**<br>**SIGNATURE BANK**<br>**300 PARK AVENUE**<br>**NEW YORK, NY 10022**<br><br>**REF 15005418482**<br>**VARIOUS ARTWORKS**<br>**"ABRAHAM LINCOLN"**<br>**"THOMAS JEFFERSON"**<br>**"ALBERT EINSTEIN"**<br><br>**VALUE IS UNKNOWN AND**<br>**SUBJECT TO APPRAISAL**<br>**CHASE BANK**<br>**277 PARK AVENUE**<br>**NEW YORK, NY 10022**<br><br>**797182565**<br><br>**VALUE $400,435.65** | | | X | 5,500,000.00 | 5,099,564.35 |

<u>0</u>    continuation sheets
        attached

| | | | |
|---|---|---|---|
| Subtotal ➢<br>(Total of this page) | | $  5,500,000.00 | $ 5,099,564.35 |
| Total ➢<br>(Use only on last page) | | $  5,500,000.00 | $ 5,099,564.35 |
| | | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

In re    <u>WEST END FINANCIAL ADVISORS, LLC</u>    Case No. _____
                  Debtor                                                     (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❏   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❏   **Domestic Support Obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❏   **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❏   **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❏   **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❏   **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❏   **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❏   **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❏   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u> **continuation sheets attached**

B6E (Official Form 6E) (4/10)    Declaration Concerning Debtors Schedules    List of

In re    **WEST END FINANCIAL ADVISORS, LLC**                    Case No. _____
                                                                              (If known)
                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Type of Priority:  **Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>INTERNAL REVENUE SERVICE <br>P.O. BOX 7346 <br>PHILADELPHIA, PA 19101 | | | FOR NOTICE PURPOSES ONLY | X | X | X | 0.00 | 0.00 | $0.00 |
| ACCOUNT NO. <br><br>NEW YORK STATE DEPARTMENT OF FINANC <br>BANKRUPTCY/SPECIAL PROCEDURES SECT <br>P.O. BOX 5300 <br>ALBANY, NY 12205-0300 | | | FOR NOTICE PURPOSES ONLY | X | X | X | 0.00 | 0.00 | $0.00 |
| ACCOUNT NO. <br><br>NYC DEPARTMENT OF FINANCE <br>ATTN: LEGAL AFFAIRS - DEVORA COHN <br>345 ADAMS STREET, 3RD FL <br>BROOKLYN, NY 11201 | | | FOR NOTICE PURPOSES ONLY | X | X | X | 0.00 | 0.00 | $0.00 |
| ACCOUNT NO. <br><br>NYS UNEMPLOYMENT INSURANCE FUND <br>P.O. BOX 551 <br>ALBANY, NY 12201 | | | FOR NOTICE PURPOSES ONLY | X | X | X | 0.00 | 0.00 | $0.00 |
| ACCOUNT NO. <br><br>SECURITIES AND EXCHANGE COMMISSION <br>ATTN: GEORGE CANELLOS <br>3 WORLD FINANCIAL CENTER <br>SUITE 400 <br>NEW YORK, NY 10281 | | | FOR NOTICE PURPOSES ONLY | X | X | X | 0.00 | 0.00 | $0.00 |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals➤
(Totals of this page)

| | | |
|---|---|---|
| $            0.00 | $            0.00 | $            0.00 |

Total ➤
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

$            0.00

Total ➤
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

$            0.00  $            0.00

B6F (Official Form 6F) (12/07)

In re    WEST END FINANCIAL ADVISORS, LLC                    Case No. _____
_____                              (If known)
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ABRAMS, FENSTERMAN, FENSTERMAN, ETAL 1111 MARCUS AVENUE SUITE 107 LAKE SUCCESS, NY 11042 | | | GENERAL UNSECURED CREDITOR | | | X | 5,000.00 |
| ACCOUNT NO. ACTIVE IRRIGATION PO BOX 34 WEST SAYVILLE, NY 11796 | | | GENERAL UNSECURED CREDITOR | | | X | 380.19 |
| ACCOUNT NO. ALLIANCE DISTRIBUTORS & SERVICES LLC 51 SYCAMORE DR. EAST STROUDSBERG, PA 18301 | | | GENERAL UNSECURED CREDITOR | | | X | 250.00 |
| ACCOUNT NO. AMERICAN EXPRESS PO BOX 360002 FT LAUDERDALE, FL 33336 | | | ALL CHARGES ON THIS CREDIT CARD WERE UNAUTHORIZED PERSONAL CHARGES OF WILLIAM LANDBERG GENERAL UNSECURED CREDITOR | X | | X | 82,666.68 |
| ACCOUNT NO. AMERICAN STOCK EXCHANGE LLC PO BOX 757510 PHILADELPHIA, PA 19175 | | | GENERAL UNSECURED CREDITOR | | | X | 54.19 |

    9    Continuation sheets attached

                                                            Subtotal ➤    $         88,351.06

                                                            Total ➤    $

                            (Use only on last page of the completed Schedule F.)
                    (Report also on Summary of Schedules and, if applicable on the Statistical
                            Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.    Declaration Concerning Debtors Schedules    List of

In re    **WEST END FINANCIAL ADVISORS, LLC**_____    Case No. _____
                                    Debtor                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BECKER GLYNN MELAMED<br>299 PARK AVENUE<br>NEW YORK, NY 1017 | | | GENERAL UNSECURED CREDITOR | | | X | 187,087.62 |
| ACCOUNT NO.<br><br>BECKER, GLYNN, MELAMED & MUFFLY LLP<br>299 PARK AVENUE<br>NEW YORK, NY 10171 | | | GENERAL UNSECURED CREDITOR | | | X | 4,293.00 |
| ACCOUNT NO.<br><br>BROADVIEW NETWORKS<br>PO BOX 9259<br>UNIONDALE, NY 11555 | | | GENERAL UNSECURED CREDITOR | | | X | 200.00 |
| ACCOUNT NO.<br><br>CANON FINANCIAL SERVICES<br>14904 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | | | GENERAL UNSECURED CREDITOR | | | X | 21,600.25 |
| ACCOUNT NO.<br><br>CITY MARKET<br>551 MADISON AVENUE<br>NEW YORK, NY 10022 | | | GENERAL UNSECURED CREDITOR | | | X | 195.19 |

Sheet no. _1_ of _9_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $    213,376.06

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F)(12/07) – Cont.   Declaration Concerning Debtors Schedules

In re   **WEST END FINANCIAL ADVISORS, LLC**_____   Case No. _____
                        Debtor                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CLAYMAN & ROSENBERG<br>305 MADISON AVENUE<br>NEW YORK, NY 10165 | | | GENERAL UNSECURED CREDITOR | | | X | 18,387.44 |
| ACCOUNT NO.<br><br>DANIEL BRECHER<br>99 PARK AVENUE, 16TH FLR<br>NEW YORK, NY 10016 | | | GENERAL UNSECURED CREDITOR | | | X | 1,826.32 |
| ACCOUNT NO.<br><br>DAYLIGHT FORENSIC & ADVISORY LLC<br>1 ROCKEFELLER PLAZA<br>NEW YORK, NY  10020 | | | GENERAL UNSECURED CREDITOR | | | X | 272,177.34 |
| ACCOUNT NO.<br><br>DE LAGE LANDEN<br>PO BOX 41602<br>PHILADELPHIA, PA 19101-1602 | | | GENERAL UNSECURED CREDITOR | | | X | 2,227.50 |
| ACCOUNT NO.<br><br>FEDERAL EXPRESS<br>PO BOX 371461<br>PITTSBURGH, PA 15250-7461 | | | GENERAL UNSECURED CREDITOR | | | X | 15.35 |

Sheet no. 2 of 9 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   >   $   294,633.95

Total   >   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) Cont.    Declaration Concerning Debtors Schedules    List of

In re    WEST END FINANCIAL ADVISORS, LLC                          Case No. _____
                                    Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>FERBER, CHAN, ESSNER & COLLER, LLP<br>530 FIFTH AVENUE<br>NEW YORK, NY 10036-5101 | | | GENERAL UNSECURED CREDITOR | | | X | 13,101.50 |
| ACCOUNT NO.<br><br>FORD & HARRISON LLP<br>PO BOX 101423<br>ATLANTA, GA 30392 | | | GENERAL UNSECURED CREDITOR | | | X | 1,865.00 |
| ACCOUNT NO.<br><br>GUARDIAN SERVICE INDUSTRIES, INC.<br>8005 EXPEDITE WAY<br>CHICAGO, IL 60695 | | | GENERAL UNSECURED CREDITOR | | | X | 587.66 |
| ACCOUNT NO.<br><br>HOFFMAN & POLLOK LLP<br>260 MADISON AVE.<br>NEW YORK, NY 10016 | | | GENERAL UNSECURED CREDITOR | | | X | 6,500.00 |
| ACCOUNT NO.<br><br>IMPERIAL CREDIT CORPORATION<br>1001 WINSTEAD DRIVE<br>SUITE 500<br>CARY, NC 27513 | | | GENERAL UNSECURED CREDITOR | | | X | 12,469.44 |

Sheet no. 3 of 9 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $    34,523.60

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) Cont.    Declaration Concerning Debtors Schedules    List of

In re    WEST END FINANCIAL ADVISORS, LLC    ,    Case No. _____
_____    _____
                    Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>INTERACTIVE DATA REAL-TIME SERVICES<br>PO BOX 98616<br>CHICAGO, IL  60693 | | | GENERAL UNSECURED CREDITOR | | | X | 9,632.46 |
| ACCOUNT NO.<br><br>INTERIOR FOLIAGE DESIGN, INC.<br>32-14 36TH AVENUE<br>LONG ISLAND CITY, NY  11106 | | | GENERAL UNSECURED CREDITOR | | | X | 514.80 |
| ACCOUNT NO.<br><br>JG GRAPHICS<br>5 NEWCASTLE COURT<br>RIVERHEAD, NY  11901 | | | GENERAL UNSECURED CREDITOR | | | X | 82.37 |
| ACCOUNT NO.<br><br>JONATHAN DAVIS<br>99 PARK AVENUE, 16TH FLOOR<br>NEW YORK, NY  10016 | | | GENERAL UNSECURED CREDITOR | | | X | 25,219.16 |
| ACCOUNT NO.<br><br>KENNETH A. JOHNSON<br>PO BOX 1771<br>BRIDGEHAMPTON, NY  11932 | | | GENERAL UNSECURED CREDITOR | | | X | 277.96 |

Sheet no. _4_ of _9_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $        35,726.75

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    WEST END FINANCIAL ADVISORS, LLC                         ,    Case No. _____
                              Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>KEVIN KRAMER<br>12 MOZART DRIVE<br>WILMINGTON, DE 19807 | | | GENERAL UNSECURED CREDITOR | | | X | 202,500.00 |
| ACCOUNT NO.<br><br>LITE BITES<br>111 EAST 55TH STREET<br>NEW YORK, NY 10022 | | | GENERAL UNSECURED CREDITOR | | | X | 127.90 |
| ACCOUNT NO.<br><br>LIVE OFFICE<br>2780 SKYPARK DRIVE<br>SUITE 300<br>TORRANCE, CA 90505 | | | GENERAL UNSECURED CREDITOR | | | X | 625.00 |
| ACCOUNT NO.<br><br>LYNN ATZLAN, CPA<br>69-10 108TH STREET, APT. 8-C<br>FOREST HILLS, NY 11375 | | | GENERAL UNSECURED CREDITOR | | | X | 1,920.00 |
| ACCOUNT NO.<br><br>PARK 55 ASSETS LLC<br>THE PARKOFF ORGANIZATION<br>98 CUTTERMILL ROAD<br>GREAT NECK, NY 11201 | | | GENERAL UNSECURED CREDITOR | | | X | 4,000.00 |

Sheet no. 5 of 9 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▷ $                209,172.90

Total ▷ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.    Declaration Concerning Debtors Schedules    List of

In re    **WEST END FINANCIAL ADVISORS, LLC**                                    Case No. _____
                                        _____
                                        Debtor                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | X | 99,210.01 |
| PERELLA WEINBERG PARTNERS 767 FIFTH AVENUE NEW YORK, NY 10153 | | | GENERAL UNSECURED CREDITOR | | | | |
| ACCOUNT NO. | | | | | | X | 2,504.74 |
| PITNEY BOWES GLOBAL FINANCIAL SERVICE PO BOX 856460 LOUISVILLE, KY 40285 | | | GENERAL UNSECURED CREDITOR | | | | |
| ACCOUNT NO. | | | | | | X | 644.38 |
| PITNEY BOWES PURCHASE POWER PO BOX 856042 LOUISVILLE, KY 40285 | | | GENERAL UNSECURED CREDITOR | | | | |
| ACCOUNT NO. | | | | | | X | 348.37 |
| POLAND SPRING PO BOX 856192 LOUISVILLE, KY  40285 | | | GENERAL UNSECURED CREDITOR | | | | |
| ACCOUNT NO. | | | | | | X | 1,760.00 |
| SAUL EWING CENTRE SQUARE WEST 1500 MARKET STREET PHILADELPHIA, PA 19102 | | | GENERAL UNSECURED CREDITOR | | | | |

Sheet no.  6 of 9 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ►  $    104,467.50

Total  ►  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) Cont.    Declaration Concerning Debtors Schedules    List of

In re    **WEST END FINANCIAL ADVISORS, LLC**                              Case No. _____
                                      Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SEAMLESS WEB PROFESSIONAL SOLUTIONS<br>P.O. BOX 48098<br><br>NEW ARK, NJ 07101 | | | GENERAL UNSECURED CREDITOR | | | X | 1,448.63 |
| ACCOUNT NO.<br><br>SEYFARTH SHAW LLP<br>131 S. DEARBORN STREET<br>SUITE 2400<br>CHICAGO, IL 60603 | | | GENERAL UNSECURED CREDITOR | | | X | 141,332.98 |
| ACCOUNT NO.<br><br>SHARED TECHNOLOGIES<br>PO BOX 4869<br>DEPARTMENT #145<br>HOUSTON, TX 77210 | | | GENERAL UNSECURED CREDITOR | | | X | 909.56 |
| ACCOUNT NO.<br><br>SHRED IT<br>18-20TH STREET<br>BROOKLYN, NY 11232 | | | GENERAL UNSECURED CREDITOR | | | X | 152.43 |
| ACCOUNT NO.<br><br>SMALLBERG, SORKIN & CO. LLP<br>450 SEVENTH AVENUE<br>SUITE 2710<br>NEW YORK, NY 10123 | | | GENERAL UNSECURED CREDITOR | | | X | 7,274.91 |

Sheet no. _7_ of _9_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $    151,118.51

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) Cont.    Declaration Concerning Debtors Schedules    List of

In re    **WEST END FINANCIAL ADVISORS, LLC** _____    Case No. _____

    Debtor                                                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>SONNENSCHEIN, NATH & ROSENTHAL, LLP<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10020 | | | GENERAL UNSECURED CREDITOR | | | X | 16,919.30 |
| ACCOUNT NO. <br><br>STAPLES BUSINESS ADVANTAGE<br>PO BOX 415256<br>BOSTON, MA  02241 | | | GENERAL UNSECURED CREDITOR | | | X | 2,600.74 |
| ACCOUNT NO. <br><br>TANNENBAUM HELPERN<br>900 THIRD AVENUE<br>NEW YORK, NY 10022 | | | GENERAL UNSECURED CREDITOR | | | X | 10,354.32 |
| ACCOUNT NO. <br><br>THE PREMINS COMPANY<br>1407 AVENUE M<br>BROOKLYN, NY  11230 | | | GENERAL UNSECURED CREDITOR | | | X | 1,245.76 |
| ACCOUNT NO. <br><br>THOMAS MOORE<br>260 MADISON AVENUE<br>NEW YORK, NY 10016 | | | GENERAL UNSECURED CREDITOR | | | X | 21,000.00 |

Sheet no.  8 of 9 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal    >  $            52,120.12

Total    >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) Cont.    Declaration Concerning Debtors Schedules    List of

In re    __WEST END FINANCIAL ADVISORS, LLC_____,    Case No. _____
                                          Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>THOMSON FINANCIAL<br>PO BOX 5136<br>CAROL STREAM, IL 60197-5136 | | | GENERAL UNSECURED CREDITOR | | | X | 23,250.00 |
| ACCOUNT NO.<br><br>TIME WARNER CABLE<br>5120 BROADWAY, 2ND FLOOR<br>ATTN: SUZANNE GRESICK<br>NEW YORK, NY 10034 | | | GENERAL UNSECURED CREDITOR | | | X | 4,804.35 |
| ACCOUNT NO.<br><br>TRAVELERS INSURANCE<br>CL & SPECIALTY REMITTANCE CENTER<br>HARTFORD, CT  06183 | | | GENERAL UNSECURED CREDITOR | | | X | 308.04 |
| ACCOUNT NO.<br><br>UNITED CORPORATE SERVICE<br>10 BANK STREET<br>WHITE PLAINS, NY 10606 | | | GENERAL UNSECURED CREDITOR | | | X | 215.00 |
| ACCOUNT NO.<br><br>WILLIAM O'NEIL & CO.<br>12655 BEATRICE STREET<br>LOS ANGELES, CA  90066 | | | GENERAL UNSECURED CREDITOR | | | X | 1,562.50 |

Sheet no. _9_ of _9_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal    ➤  $           30,139.89

Total    ➤  $       1,213,630.34

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re:  **WEST END FINANCIAL ADVISORS, LLC**                              ,    Case No.  **11-11152**
_____                                    _____
                        Debtor                                                          (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    ❏ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **MANHATTAN BUSINESS CENTER** **410 PARK AVENUE** **15TH FLOOR** **NEW YORK, NY 10022** | **TURNKEY OFFICE LEASE FOR DEBTOR'S PREMISES** |
| **WEFA PENSION PLAN** | |

B6H (Official Form 6H) (12/07)

In re: **WEST END FINANCIAL ADVISORS, LLC**                     Case No. _____
                          Debtor                                                    (If known)

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **WEST END FINANCIAL ADVISORS, LLC**                                    Case No. _____
                          Debtor                                                                                      (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I RAYMOND J. HESLIN, the **MANAGER** of the **Corporation** named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **20** _____ sheets *(Total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date  _5/16/11_____          Signature:  _____

                                                              **RAYMOND J. HESLIN MANAGER** _____
                                                              [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

# United States Bankruptcy Court
## Southern District of New York

In re:  **WEST END FINANCIAL ADVISORS, LLC**                    Case No.

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| **LOUISE CRANDALL 20 WEST 64TH STREET NEW YORK, NY 10023** | **INDIRECTLY** | **OWNED 99%** | **L CRANDALL** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **RAYMOND J. HESLIN**, **MANAGER** of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: _____5/16/11_____          _____

RAYMOND J. HESLIN, MANAGER, WEST END FINANCIAL ADVISORS, LLC

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

B7 (Official Form 7) (4/10)

## UNITED STATES BANKRUPTCY COURT
### Southern District of New York

In re:  **WEST END FINANCIAL ADVISORS, LLC** _____,   Case No. _____
_____
Debtor                                                          (If known)

# STATEMENT OF FINANCIAL AFFAIRS

### 1.  Income from employment or operation of business

None
☑

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE                              FISCAL YEAR PERIOD

### 2.  Income other than from employment or operation of business

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE                              FISCAL YEAR PERIOD

### 3.  Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NAME AND ADDRESS OF          DATES OF          AMOUNT          AMOUNT
CREDITOR                     PAYMENTS          PAID            STILL OWING

11-11152-smb    Doc 116-1    Filed 05/16/11    Entered 05/16/11 17:10:05    Schedules A
through H    Declaration Concerning Debtors Schedules    List of    Pg 24 of 32

2

None  ☑  b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None  ☑  c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| CLAYMAN & ROSENBERG LLP V. WEST END FINANCIAL ADVISORS AND JANIS BARSUK   66620/10 | | CIVIL COURT OF THE CITY OF NY NY COUNTY | |
| J MICHAEL ARAIZ V. AMAGANSETT REALTY GROUP LLC, AMAGANSETT REALTY GROUP HLDINGS LLC, LANDBERG AND WEST END FINANCIAL ADVISORS   601926/09 | | CIVIL COURT, NY STATE COUNTY OF NEW YORK | |
| DAYLIGHT FINANCIAL V. WEFA | ARBITRATION PROCEEDING | | |
| MANHATTAN MEDIA LLC V. WEST END FINANCIAL ADVISORS LLC   34273/2009 | | CIVIL COURT OF THE CITY OF NY COUNTY OF NY | |
| IBERIA BANK V. KRAMER, LANDBERG, WEST END MERCURY SHORT TERM MORTGAGE FUND AND WEST END FINANCIAL ADVISORS, LLC   650800/2010 | | SUPREME COURT STATE OF NY COUNTY OF NY | |
| SEC V. LANDBERG, KRAMER, GOULD, BARSUK, WEST END FINANCIAL ADVISORS, LLC ET AL   11 CIV 00404 | | US DISTRICT COURT SDNY | |
| US COMMODITY FUTURES TRADING COMMISSION INVESTIGATION | | | |
| AB FRANKLIN D/B/A FRANKLIN COMPUTER SERVICES V. WEST END FINANCIAL ADVISORS   CV 043362-09 | | CIVIL COURT CITY OF NEW YORK | |
| WEST END FINANCIAL ADVISORS LLC V. A.B. FRANKLIN D/B/A FRANKLIN COMPUTER SERVICES AND KENNETH EICHLER   09 CIV 9948 | | SDNY | |
| INTERACTIVE DATA V. WEST END FINANCIAL ADVISORS, LLC.   10071/10 | | SUPREME COURT OF NEW YORK COUNTY OF NEW YORK | PENDING |

11-11152-smb    Doc 116-1    Filed 05/16/11    Entered 05/16/11 17:10:05    Schedules A
through H    Declaration Concerning Debtors Schedules    List of    Pg 26 of 32

4

None
☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5.  Repossessions, foreclosures and returns

None
☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 6.  Assignments and receiverships

None
☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7.  Gifts

None
☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

11-11152-smb    Doc 116-1    Filed 05/16/11    Entered 05/16/11 17:10:05    Schedules A
through H    Declaration Concerning Debtors Schedules    List of    Pg 27 of 32

5

## 8. Losses

None ☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **ROBINSON BROG LEINWAND GREENE ET AL 875 THIRD AVENUE 9TH FLOOR NEW YORK, NY 10022** | | **$1039 FILING FEE** |

## 10. Other transfers

None ☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **NORA LYNN BAKAMJIAN & RICHARD SILVERGLEID** | 02/02/2011 | **RESIDENCE LOCATED AT 47 MILINA DRIVE, EAST HAMPTON, NY SALE PRICE: $2,555,094.67** |

None ☑

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR' INTEREST IN PROPERTY |
|---|---|---|

## 11. Closed financial accounts

None
☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

## 12. Safe deposit boxes

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14. Property held for another person

None
☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15. Prior address of debtor

None
☐

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 70 E. 55TH STREET, 17TH FLOOR NEW YORK, NY 10022 | WEST END FINANCIAL ADVISORS LLC | 07/06-06/10 |

## 16. Spouses and Former Spouses

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

11-11152-smb    Doc 116-1    Filed 05/16/11    Entered 05/16/11 17:10:05    Schedules A through H    Declaration Concerning Debtors Schedules    List of    Pg 29 of 32

7

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☑

a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
☑

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
☑

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

11-11152-smb    Doc 116-1    Filed 05/16/11    Entered 05/16/11 17:10:05    Schedules A through H    Declaration Concerning Debtors Schedules    List of    Pg 30 of 32

8

## 18.  Nature, location and name of business

None
☑

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
☑

b.      Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

## 19.  Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **JANIS BARSUK**<br>**WEST END FINANCIAL ADVISORS**<br>**410 PARK AVENUE**<br>**NEW YORK, NY 10022** | **1/2006 TO PRESENT** |
| **STEVEN GOULD**<br>**92 NASSAU AVENUE**<br>**PLAINVIEW, NY 11803** | **10/06-5/10** |

None
☑

b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|------|

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| **JANIS BARSUK** | **WEST END FINANCIAL ADVISORS**<br>**410 PARK AVENUE**<br>**NEW YORK, NY 10022** |

None
☑

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------|------|

11-11152-smb    Doc 116-1    Filed 05/16/11    Entered 05/16/11 17:10:05    Schedules A
through H    Declaration Concerning Debtors Schedules    List of    Pg 31 of 32

9

### 20. Inventories

None ☑  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ☑  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21. Current Partners, Officers, Directors and Shareholders

None ☑  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| RAYMOND HESLIN 410 PARK AVENUE NEW YORK, NY 10022 | MANAGING MEMBER AND GP | |

### 22. Former partners, officers, directors and shareholders

None ☑  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☑  b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23. Withdrawals from a partnership or distributions by a corporation

None ☑  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None ☑  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

11-11152-smb    Doc 116-1    Filed 05/16/11    Entered 05/16/11 17:10:05    Schedules A
through H    Declaration Concerning Debtors Schedules    List of    Pg 32 of 32

10

**25. Pension Funds.**

None    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the
☑       debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the
        commencement of the case.

NAME  OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

\* \* \* \* \* \*

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any
attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   5/16/11                          Signature   _Raymond J. Heslin_

                                        RAYMOND J. HESLIN, MANAGER
                                        Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.*