UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| WEST END FINANCIAL ) | |
| ADVISORS, LLC., et al., ) | Case No. 11-11152 (SMB) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

**SUPPLEMENTAL DECLARATION IN SUPPORT OF THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER AUTHORIZING RETENTION OF FTI CONSULTING, INC. AS FINANCIAL ADVISOR NUNC PRO TUNC TO MAY 18, 2011**

Pursuant to 28 USC Section 1746, Conor P. Tully declares as follows:

1. I am a Senior Managing Director with FTI Consulting, Inc., ("FTI"), a financial advisory services firm with numerous offices throughout the country. Only FTI Consulting, Inc. through employees of this wholly owned subsidiary, FTI LLC, will work on this engagement as set forth herein. FTI Consulting, Inc. has no professional employees of its own that will be working on this engagement. FTI, as defined in the Application and Order shall mean only FTI Consulting, Inc. and FTI, LLC

2. I submitted an Affidavit in support of the Application, filed in the above-captioned cases on May 27, 2011 (Docket No. 136) (the "Original Affidavit"). I submit this supplemental declaration on behalf of FTI (the "Supplemental Declaration") in further support of the Application of the Official Committee of Unsecured Creditors (the "Committee") of West End Financial Advisors LLC, et al. (the "Debtors") for entry of an order authorizing the employment and retention of FTI as financial advisor under the terms and conditions set forth in

1

the Application. Except as otherwise noted,[1] I have personal knowledge of the matters set forth herein.

3. As described in the Original Affidavit, FTI conducted a review of its contacts with the Debtors, their affiliates and certain entities holding large claims against or interests in the Debtors that were made reasonably known to FTI. A listing of the parties reviewed is reflected on Exhibit A to the Original Affidavit and a summary of any relationships that FTI identified as part of the review process was set forth on Exhibit B to the Original Affidavit.

4. With regard to the entities set forth on Exhibit B to the Original Affidavit, none of these entities represented more than 2% of FTI's 2010 revenues. If necessary in the context of the above-captioned cases, FTI may take adverse positions to all of the parties listed on Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of June, 2011.

_____
Conor P. Tully

---

[1] Certain of the disclosures herein related to matters within the personal knowledge of other professionals at FTI and are based on information provided by them to me.