UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re                                                                          :    Chapter 11
                                                                                    :
WEST END FINANCIAL                                             :    Case No. 11-11152 (SMB)
ADVISORS, LLC, *et al.*,                                          :
                                                                                    :    (Jointly Administered)
                                          Debtors.                    :
                                                                                    :
---------------------------------------------------------x

## NOTICE OF APPOINTMENT OF EXAMINER

To:  Albert Togut, Esq.
     Togut, Segal & Segal LLP
     One Penn Plaza
     Suite 3335
     New York, NY 10119
     (212) 594-5000

You are hereby notified of your appointment as Examiner in the above-captioned cases.

Dated: New York, New York
June 23, 2011

                                                          TRACY HOPE DAVIS
                                                          UNITED STATES TRUSTEE

By     /s/ *Brian S. Masumoto*
       Brian S. Masumoto
       Trial Attorney
       33 Whitehall Street, 21st Floor
       New York, New York 10004-2112
       Tel. No. (212) 510-0500