```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                              :      Chapter 11
In re                                         :
                                              :      Case No. 11-11152 (SMB)
WEST END FINANCIAL                            :
ADVISORS, LLC, et al.,                        :      (Jointly Administered)
                                              :
                    Debtors.                  :
                                              :
-----------------------------------------------------------x
```

# APPLICATION FOR ORDER APPROVING APPOINTMENT OF EXAMINER

TO: THE HONORABLE STUART M. BERNSTEIN, UNITED STATES BANKRUTPCY JUDGE:

Tracy Hope Davis, the United States Trustee for Region 2, hereby applies to this Court, pursuant to Rule 2007.1 of the Federal Rules of Bankruptcy Procedure, for an Order approving the appointment of an examiner in the above-captioned cases, and in support thereof, states the following:

1. By Order dated June 16, 2011, the Court directed the appointment of an Examiner in the captioned cases. (ECF Dkt. No. 157).

2. On June 23, 2011, the United States Trustee filed with the Court a Notice of Appointment of Examiner, pursuant to which she appointed Albert Togut, Esq., to serve as the Examiner in these cases. (ECF Dkt. No. 162).

3. In making her selection, the United States Trustee consulted with counsel for the following parties in interest:

| | |
|---|---|
| Arnold Mitchell Greene, Esq.<br>Robinson Brog Leinwand Greene<br>Genovese & Gluck, P.C. | Debtors' Counsel |
| Fred Stevens, Esq.<br>Klestadt & Winters, LLP | Official Committee of Unsecured Creditors |

| Neal Jacobson, Esq.<br>Securities and Exchange Commission | Securities and Exchange Commission |
|---|---|
| Matthew B. Stein, Esq.<br>Kasowitz, Benson, Torres & Friedman LLP | Northlight Fund LP |

4. To the best of the United States Trustee's knowledge, Albert Togut has no connections with West End Financial Advisors, LLC ("WEFA") and its affiliated debtors, their creditors and any other parties in interest, other than those connections set forth in the Declaration of Disinterestedness By Albert Togut dated June 23, 2011, a copy of which is annexed hereto as Exhibit 1.

WHEREFORE, the United States Trustee respectfully requests that the Court enter an Order Approving the Appointment of Albert Togut, as Examiner, pursuant to Section 1104(d) of title 11, United States Code (the "Bankruptcy Code"), a proposed form of which is annexed hereto as Exhibit 2, and for such other and further relief as the Court deems just.

Dated: New York, New York
June 23, 2011

                                                TRACY HOPE DAVIS
                                                UNITED STATES TRUSTEE

By    /s/ Brian S. Masumoto
       Brian S. Masumoto
       Trial Attorney
       33 Whitehall Street, 21st Floor
       New York, New York 10004-2112
       Tel. No. (212) 510-0500