

**THOUGHTS ON ROBINSON BROG EXPENSES**
Dennis Fogarty
to:
JUDGE BERNSTEIN
06/21/2011 01:45 PM
Show Details

HERE IS SOMETHING I SENT TO THE SEC.

**From:** Dennis Fogarty
**Sent:** Monday, June 20, 2011 1:51 PM
**To:** howard fischer

throughout the west end process mitch green participated in each welpac meeting. prep time, travel time. never did he talk about legal issues and often said nothing. often he brought his son to the meeting. a complete waste of billable hours. although this is a small point it may be worth mentioning to the examiner.


Dennis Fogarty



Naples Capital Management LLC
564 Coral Drive
Naples FL 34102

www.naplescapitalmanagement.com
203 216 0763
http://www.linkedin.com/profile/edit?trk=hb_tab_pro_top

Naples Capital Management is a boutique investment banking advisory and business management firm. NCM specializes in working with clients whose businesses are small to mid-sized, in the $10 million to $100 million revenue range in the media and entertainment industries.