UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| WEST END FINANCIAL ADVISORS, LLC, e*t al*. | Case No. 11-11152(SMB) |
| | (Jointly Administered) |
| Debtors. | |

**ORDER APPROVING THE APPOINTMENT OF CHAPTER 11 EXAMINER**

Upon the oral motion (the "Motion") of Tracy Hope Davis, the United States Trustee for Region 2 (the "United States Trustee"); and upon this Court's order, dated June 16, 2011 (the "Examiner Order"), directing the appointment of an examiner (the "Examiner") pursuant to 11 U.S.C. § 1104(d), and establishing the scope of the Examiner's role and budget for the Examiner's activities [DE 157]; and upon the amended notice of settlement and supplemental motion of the United States Trustee seeking to appoint Albert Togut, Esq. as Examiner [DE 174]; the and it appearing that Albert Togut, Esq., a disinterested person as set forth in 11 U.S.C. § 101(14), has been appointed by the United States Trustee in the above-captioned Chapter 11 cases; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, that the appointment of Albert Togut, Esq., as Examiner is approved pursuant to 11 U.S.C. § 1104(d), subject to the limitations set forth in the Examiner Order; and it is further

ORDERED, that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: New York, New York
July 5, 2011

    /s/   STUART M. BERNSTEIN
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE