

Re: Wednesday, June 15th, Bankruptcy Court hearings
Katharinebaum
to:
Seth.Siegel, FischerH
07/07/2011 08:22 AM
Cc:
brian.masumoto, fstevens, dbalaban, booky301, dfogarty, marigoldnyc, watkinsma, bernstein.chambers
Show Details

Howard,

What is the time period of the examination of the legal fees; from the time Heslin hired Robinson and they began representing WEFA - April/May 09 to the present or limited to future billings?

Once again, why are investors being doubled billed because the professional in the position has inadequate skills (paying Robinson and Heslin to do the same job) or the professional has questionable honesty (Togut to examine Robinson)? If Robinson's veracity cannot be trusted, then Mr. Togut (head of a venerable bankruptcy firm) should be hired as the attorney so investors are not being bled of more diminishing resources by throwing good money after bad.

Please let us know the time period for the examination?

Thanks,
Katharine

Katharine Baum & Associates
350 W. 57th Street, Suite 18A
New York, NY 10019
o: 212.246.6621
c: 212.810.0815
f: 212.246.7963

In a message dated 7/6/2011 9:01:04 P.M. Eastern Daylight Time, Seth.Siegel@beanstalk.com writes:

> What is it that Mr. Togut will be using as a standard? The amount of time billed per task and the hourly rate applied OR in favor of which party (Mr. Heslin or the victims of the fraud) was Mr. Greene acting? I'm a former prosecutor and a victim here, and I feel that Mr. Heslin has never worked for anyone's interest but his own and that he has had the support of Mr. Greene in his activities. If I had the authority to do so, I'd be suing Mr. Heslin and Mr. Greene for return of all fees paid.
>
> Seth Siegel

---

**From:** Fischer, Howard <FischerH@SEC.GOV>
**To:** Katharinebaum@aol.com <Katharinebaum@aol.com>
**Cc:** brian.masumoto@usdoj.gov <brian.masumoto@usdoj.gov>; fstevens@klestadt.com <fstevens@klestadt.com>; dbalaban@comcast.net <dbalaban@comcast.net>; booky301@aol.com <booky301@aol.com>; dfogarty@optonline.net <dfogarty@optonline.net>; marigoldnyc@gmail.com <marigoldnyc@gmail.com>; Yossi Siegel; Watkins,Matthew <WATKINSMA@SEC.GOV>
**Sent:** Wed Jul 06 17:24:01 2011
**Subject:** RE: Wednesday, June 15th, Bankruptcy Court hearings

Katherine:

Mr. Togut has been appointed by the US Trustee's office as the Examiner who will review Robinson, Brog's legal fees. His determinations as to their appropriateness will be determinative.

Howard

Howard Fischer, Esq.
Senior Trial Counsel
Room 17-216
Securities & Exchange Commission
3 World Financial Center
New York, NY 10281.
Tel: (212) 336-0589
Cell: (917) 226-1943

Fax: (212) 336-1320
FischerH@Sec.gov

---

**From:** Katharinebaum@aol.com [mailto:Katharinebaum@aol.com]
**Sent:** Wednesday, July 06, 2011 6:13 PM
**To:** Fischer, Howard
**Cc:** brian.masumoto@usdoj.gov; fstevens@klestadt.com; dbalaban@comcast.net; booky301@aol.com; dfogarty@optonline.net; marigoldnyc@gmail.com; seth.siegel@beanstalk.com
**Subject:** Fwd: Wednesday, June 15th, Bankruptcy Court hearings

Dear Howard,

When we spoke on the phone, you indicated that you thought the mission of the investigator

may be to review all bills presented to WEFA for payment. Who is the person to clarify this

information?

Thank you,

Katharine

Katharine Baum & Associates
350 W. 57th Street, Suite 18A
New York, NY 10019
o: 212.246.6621
c: 212.810.0815
f: 212.246.7963

From: Brian.Masumoto@usdoj.gov
To: Katharinebaum@aol.com
Sent: 6/15/2011 3:01:32 P.M. Eastern Daylight Time
Subj: RE: Wednesday, June 15th, Bankruptcy Court hearings

The Court approved the Retention of Robinson Brog and approve an oral motion by the US Trustee for the appointment of an examiner to investigate Robinson Brog's pre-petition fees, potential preference payments, and an accounting of the D&O insurance proceeds.

Please be advised that because of the formation of the Creditors Committee (who represents the unsecured creditors) questions relating to events in the case should be directed to them. Our office is technically prohibited from communicating with represented parties without a specific waiver.

On matters not within the jurisdiction of the Official Committee of Unsecured Creditors, please feel free to contact this office.

Brian Masumoto

Trial Attorney

**From:** Katharinebaum@aol.com [mailto:Katharinebaum@aol.com]
**Sent:** Wednesday, June 15, 2011 2:46 PM
**To:** Masumoto, Brian (USTP)
**Subject:** Re: Wednesday, June 15th, Bankruptcy Court hearings

Brian,

Please let me know the results of the motions from the Court hearing today.

I am most appreciative, thank you.

Katharine

Katharine Baum & Associates
350 W. 57th Street, Suite 18A
New York, NY 10019
o: 212.246.6621
c: 212.810.0815
f: 212.246.7963

In a message dated 6/14/2011 5:15:48 P.M. Eastern Daylight Time,
Brian.Masumoto@usdoj.gov writes:

> Hearing is scheduled for 10:00 am. Robinson Brog's retention, cash collateral, and Iberiabank's motion for relief from stay are on the calendar.
>
> Brian
>
> ---
>
> **From:** Katharinebaum@aol.com [mailto:Katharinebaum@aol.com]
> **Sent:** Tuesday, June 14, 2011 5:07 PM
> **To:** Masumoto, Brian (USTP); fischerh@sec.gov
> **Subject:** Wednesday, June 15th, Bankruptcy Court hearings

Dear Brian and Howard,

What time are the hearings scheduled for tomorrow? Are they in Bernstein's court and what issues are

being decided or addressed? Thank you.

Katharine

Katharine Baum & Associates
350 W. 57th Street, Suite 18A
New York, NY 10019
o: 212.246.6621
c: 212.810.0815
f: 212.246.7963

=

Prior to the full execution of a license agreement, you must not act in reliance on this email or any represe）
you must not sell or ship any products bearing a licensor's properties; and any product development you under
contain information that is privileged, confidential or otherwise protected from disclosure. Distribution or （
information herein by anyone other than the intended recipient is prohibited. If you have received this email