| ROBINSON BROG LEINWAND GREENE | HEARING DATE AND TIME |
|---|---|
| GENOVESE & GLUCK P.C. | **July 20, 2011 at 10:00 a.m.** |

875 Third Avenue, 9th Floor
New York, New York 10022-0123
Telephone No.: 212-603-6300

**A Mitchell Greene**

*Attorneys for the Debtors and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X

In re:                                                                   Chapter 11

**WEST END FINANCIAL ADVISORS LLC**          Case No.: 11-11152
*et al.,*                                                              through 11-11167 (SMB)
                                                                        (Jointly Administered)

　　　　　　　　　Debtors.

----------------------------------------------------------X
----------------------------------------------------------X

In re:

                                                                        Chapter 11
**West End Cash Liquidity Fund I L.P.**              Case No. 11-12774 (SMB)

　　　　　　　　　Debtor.

----------------------------------------------------------X
----------------------------------------------------------X

In re:

                                                                        Chapter 11
**WEST END DIVIDEND STRATEGY FUND I,**      Case No. 11-13247 (SMB)
**LP**

　　　　　　　　　Debtor.

----------------------------------------------------------X


### AMENDED LIST OF WITNESSES FOR JULY 20, 2011 HEARING

| **NUMBER** | **NAMES** |
|---|---|
| 1 | RAYMOND J. HESLIN |
| 2 | RAYMOND T. SLOANE |
| 3 | MICHAEL EISENBAND |

| 4  | JANIS BARSUK                      |
| 5. | SIGNATURE BANK RECORDS CUSTODIAN  |

In addition to the foregoing, the Debtors reserve the right to call such rebuttal witnesses as they deem appropriate.