Unsecured Creditor Committee expenses
Dennis Fogarty
to:
JUDGE BERNSTEIN
07/21/2011 12:43 PM
Show Details

Good morning Judge. Can you tell me if it is necessary for the court to approve expenses of the Unsecured Creditors Committee.

Dennis Fogarty

*The Court does not answer legal questions posed in letters.*

STUART M. BERNSTEIN
7/21/11

Naples Capital Management LLC
564 Coral Drive
Naples FL 34102

www.naplescapitalmanagement.com
203 216 0763
http://www.linkedin.com/profile/edit?trk=hb_tab_pro_top

Naples Capital Management is a boutique investment banking advisory and business management firm. NCM specializes in working with clients whose businesses are small to mid-sized, in the $10 million to $100 million revenue range in the media and entertainment industries.