UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
In re:                                     :
                                           :        Chapter 11
WEST END FINANCIAL ADVISORS,               :        Case No.: 11-11152 (SMB)
LLC, *et. al.*,                            :        (Substantively Consolidated)
                                           :
                    Debtors.               :
------------------------------------------------------X

## MEMORANDUM DECISION AWARDING FINAL
## FEES AND REIMBURSEMENT OF EXPENSES

**A P P E A R A N C E S :**

ROBINSON BROG LEINWAND GREENE
    GENOVESE & GLUCK P.C.
Attorneys for Debtors
875 Third Avenue, 9th Floor
New York, New York 10022

            A. Mitchell Greene, Esq.
                 Of Counsel


ARENT FOX LLP
Attorneys for Mark S. Radke
1050 Connecticut Avenue, N.W. Suite 500
Washington, D.C. 20036

            Peter V. B. Unger, Esq.
            Mark S. Radke, Esq.
                 Of Counsel


KLESTADT & WINTERS, LLP
Attorneys for Official Committee of Unsecured
    Creditors
570 Seventh Avenue, 17th Floor
New York, New York 10018

            Tracy L. Klestadt, Esq.
            Fred Stevens, Esq.
            Joseph C. Corneau, Esq.
                 Of Counsel

TRACY HOPE DAVIS
United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004

    Brian Masumoto, Esq.
        Of Counsel

U.S. SECURITIES AND EXCHANGE
  COMMISSION
3 World Financial Center
New York, NY 10281

    Alistaire Bambach, Esq.
    Neal Jacobson, Esq.
        Of Counsel

**STUART M. BERNSTEIN**
**United States Bankruptcy Judge:**

The matter before the Court concerns the remaining objections to two of the several final

fee applications filed in these confirmed cases. The debtors' attorneys, Robinson Brog

Leinwand Greene Genovese & Gluck P.C. ("Robinson Brog"), seek final fees and expenses in

the amounts of $2,151,281.50 and $43,968.39, respectively. Arent Fox LLP ("Arent Fox"), the

attorneys for Mark S. Radke, Esq. the Independent Monitor ("Monitor") appointed by the

District Court, originally sought an award of pre-petition fees and expenses in the amounts of

$32,792.84 and $8,004.06, respectively, and an award of post-petition fees and expenses in the

amounts of $283,941.06 and $20,249.19, respectively.

The debtors and the Official Committee of Unsecured Creditors (the "Committee")

objected to Arent Fox's application, and the United States Trustee and the Securities &

Exchange Commission ("SEC") objected to Robinson Brog's application. Having considered

these objections and conducted my own review of the parties' applications, I conclude that

Robinson Brog is entitled to a final award of fees and expenses, respectively, in the amounts of

$1,926,074.42 and $43,968.39. Arent Fox is entitled to a final award of fees and expenses, respectively, in the amounts of $173,953.65 and $17,121.35.

## BACKGROUND

This has been a contentious case involving many disputes, but the following discussion is limited to what is necessary to understand the disposition of the pending fee applications. In 2000, William Landberg formed West End Financial Advisors, LLC as an investment and financial management company, and eventually established forty-two limited partnership funds as investment vehicles. Landberg provided advice to investors and induced them to invest in these funds. It appears that Landberg operated these entities to some extent as a Ponzi scheme although they did make many legitimate investments, and he was eventually replaced as Chief Executive Officer by Ray Heslin in June 2009.

On January 20, 2011, the SEC commenced an action in the United States District Court for the Southern District of New York (the "District Court Action") against three affiliated investment firms and four of West End's former or current senior officers, including Landberg. (*See Securities and Exchange Commission v. Landberg*, 11 CV 00404 (PKC) (S.D.N.Y. 2011).) The SEC sought various forms of relief, including an injunction preventing the defendants from associating with any securities brokers, alleging fraud, misuse of client assets and other securities laws violations.

On or about February 10, 2011, District Judge P. Kevin Castel appointed Radke, a partner in Arent Fox, as Monitor of West End Financial Advisors LLC, West End Capital Management LLC, and Sentinel Investment Management Corporation (collectively defined in the District

Court's order as the "Company"). (*Amended Stipulation & Order*, dated Feb. 10, 2011

("*ASO*").) Paragraph 2 of the *ASO* imposed the following duties on Radke:

    a.  to review and approve the design of a liquidating plan to distribute the Company's assets if the Company becomes a debtor under the Bankruptcy Code (in which case the Company will apply to the Bankruptcy Court for the continuation of Radke as Monitor);

    b.  to review all fees, expenses and transactions engaged in or incurred by the Company since May 2009;

    c.  to review investment decisions made on behalf of the Company since May 2009;

    d.  to review the Company's financing and investment advisory arrangements with third parties since May 2009;

    e.  to review and approve any expense accrued by the Company subsequent to the date of the *ASO* in excess of $25,000 per item;

    f.  to review all future non-incidental and official communications by the Company to investors; and

    g.  to review the Company's plans to identify and pursue claims against third parties.

Paragraph 3 of the *ASO* spelled out the billing rates for Radke, his partner Peter Unger, Esq., and the associates in their law firm, required Radke to render monthly bills to the Company and the SEC, and directed Radke to submit his bills to the Court for approval when the accumulated fees reached $100,000.

Approximately one month later, on March 15, 2011, and with the exception of West End Cash Liquidity Fund I L.P. and West End Dividend Strategy Fund I. L.P., each of the debtors filed chapter 11 petitions in this Court. On June 9, 2011, West End Cash Liquidity Fund I L.P. filed its chapter 11 petition, and on July 6, 2011, West End Dividend Strategy Fund I L.P. filed its chapter 11 petition. By order dated July 25, 2011, the debtors' estates were partially substantively consolidated. Robinson Brog, the firm that had represented the debtors pre-petition, was eventually retained to represent the debtors in the chapter 11 cases.

4

One week after the initial chapter 11 filings, the office of the United States Trustee filed a motion to appoint a chapter 11 trustee ("Trustee Motion").  (ECF Doc. # 8.)  The SEC joined in the Trustee Motion.  (*See Joinder of the U.S. Securities and Exchange Commission to Motion by United States Trustee for Order Directing Appointment of Chapter 11 Trustee or, in the Alternative, Converting These Cases to Chapter 7*, dated Mar. 22, 2011 (ECF Doc. # 13).)  Although Radke did not formally join in the motion, he submitted a declaration in support of the SEC's joinder, taking on an active role as an advocate, and ultimately, a witness on behalf of the United States Trustee and the SEC.  (*See Declaration of Mark S. Radke in Support of Joinder of U.S. Securities and Exchange Commission to Motion by United States Trustee for Order Directing Appointment of Chapter 11 Trustee or, in the Alternative, Conversion of the Cases to Chapter 7*, dated Mar. 24, 2011 (ECF Doc. # 21).)

The Court conducted several days of evidentiary hearings in connection with the Trustee Motion.  The debtors subpoenaed documents from Radke, and he, his law firm and the debtors spent a significant amount of time fighting over objections to the subpoena, and ultimately, presenting those objections to the Court for resolution.  In addition, and as noted, Radke testified as a fact witness during the hearings.  The Trustee Motion was no longer pressed once the parties began to make progress on a consensual plan, and was withdrawn after the debtors confirmed the plan on January 26, 2012.

In the meantime, by order dated July 29, 2011 (the "*Freeze Order*"), District Judge Castel suspended Radke's duties under the ASO as of July 27, 2011, but directed the "Company" to apply to the Bankruptcy Court to retain Radke as the Monitor with the duties set forth in the ASO, as amended by the *Freeze Order*, *nunc pro tunc* to March 15, 2011, the petition date.  The debtors made the motion on August 12, 2011 (ECF Doc. # 203), and by order dated September 8,

5

2011 (the "*Radke Retention Order*"), this Court authorized the retention of Radke pursuant to

sections 105 and 363 of the Bankruptcy Code, *nunc pro tunc* to the petition date "as the Debtor's

independent monitor under the specific terms of the ASO and the *Freeze Order*."  (ECF Doc. #

214.)  The *Radke Retention Order* expressly required Radke to apply to this Court for

compensation and reimbursement of expenses pursuant to section 330 of the Bankruptcy Code,

and that "[s]uch application shall be subject to the Office of the United States Trustee's

guidelines for compensation and reimbursement of expenses and the approval of this Court under

11 U.S.C. § 330."

After confirmation, the Court heard the applications by the various professionals for final

compensation and reimbursement of expenses.  It resolved all but two from the bench, and

reserved decision on the applications filed by Robinson Brog and Arent Fox.

## DISCUSSION

### A.    Introduction

Bankruptcy Code § 330 authorizes a bankruptcy court to award reasonable compensation

to a fee applicant based on the actual, necessary services, and to reimburse him for his actual,

necessary expenses.  11 U.S.C. § 330(a)(1).  The relevant criteria include the following:

> (A) the time spent on such services;
>
> (B) the rates charged for such services;
>
> (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
>
> (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
>
> (E) whether the [professional] is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

6

(F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

The fee applicant bears the burden of proof on its claim for compensation. *Houlihan Lokey Howard & Zukin Capital v. High River Ltd. P'ship*, No. 05 Civ. 5726 (BSJ), 2007 WL 1217268, at *2 (S.D.N.Y. Apr. 24, 2007); *Zeisler & Zeisler, P.C. v. Prudential Ins. Co. of Am. (In re JLM, Inc.)*, 210 B.R. 19, 24 (B.A.P. 2d Cir. 1997); *In re Keene Corp.*, 205 B.R. 690, 695 (Bankr. S.D.N.Y. 1997). Even in the absence of an objection, the Court has an independent duty to scrutinize the fee request. *In re Busy Beaver Bldg. Ctrs., Inc.*, 19 F.3d 833, 841 (3d Cir. 1994). The applicant must submit contemporaneous time records, although a computerized printout summary, in lieu of the original time slips, will suffice. *Masterwear Corp. v. Angel & Frankel, P.C. (In re Masterwear Corp.)*, 233 B.R. 266, 278 & n.14 (Bankr. S.D.N.Y. 1999).

The standards for time records are contained in this Court's Fee Guidelines, as amended, and the guidelines issued by the Executive Office of United States Trustees. *See* 28 C.F.R., pt. 58, App. A (2011) ("UST Guidelines"). At bottom, proper time record keeping is necessary to enable the court to determine the reasonableness of the work that has been performed. Generally, fee applications, standing alone, must contain sufficient detail to demonstrate compliance with § 330. UST Guidelines, (b). Any uncertainties due to poor record keeping are resolved against the applicant. *In re Poseidon Pools of Am.*, 216 B.R. 98, 100-01 (E.D.N.Y. 1997). Time records must be broken down by project. UST Guidelines, (b)(4)(i). Entries concerning communications (*e.g.*, telephone calls, letters) should identify the parties and the nature of the communication. *Id.*, (b)(4)(v). Entries relating to conferences or hearings should identify the subject of the hearing, and explain, where appropriate, why more than one

7

professional from the applicant participated. *Id.* Finally, multiple project services rendered on the same day should be listed in separate entries unless the aggregate daily time does not exceed one half hour. *Id.* Alternatively, and consistent with the practice followed here prior to the adoption of the UST Guidelines, the applicant may "lump" his daily project entries provided he indicates parenthetically the amount of time spent on each activity.

A court does not determine "reasonableness" through hindsight. *In re Brous*, 370 B.R. 563, 570 (Bankr. S.D.N.Y. 2007). A decision reasonable at first may turn out wrong in the end. The test is an objective one, and considers "what services a reasonable lawyer or legal firm would have performed in the same circumstances." *In re Ames Dep't Stores, Inc.*, 76 F.3d 66, 72 (2d Cir. 1996) (*citing In re Taxman Clothing Co.*, 49 F.3d 310, 315 (7th Cir. 1995) (Posner, J.)); *accord In re Angelika Films 57th, Inc.*, 227 B.R. 29, 42 (Bankr. S.D.N.Y. 1998); *In re Keene Corp.*, 205 B.R. at 696; *In re Drexel Burnham Lambert Group, Inc.*, 133 B.R. 13, 23 (Bankr. S.D.N.Y. 1991).

The rules that govern fee awards and time record keeping in bankruptcy mirror those that apply in non-bankruptcy cases. Courts outside of bankruptcy generally apply the "lodestar" method under which they arrive at a fee "by multiplying 'the number of hours reasonably expended on the litigation . . . by a reasonable hourly rate.'" *Kirsch v. Fleet St., Ltd.*, 148 F.3d 149, 172 (2d Cir. 1998) (quoting *Hensley v. Eckerhart*, 461 U.S. 424, 433 (1983)). The fee applicant bears the burden of proof to demonstrate the reasonableness and necessity of its services. *Allende v. Unitech Design, Inc.*, 783 F. Supp. 2d 509, 512 (S.D.N.Y. 2011) ("As the fee applicant, plaintiffs 'bear[] the burden of documenting the hours reasonably spent by counsel, and the reasonableness of the hourly rates claimed.'") (internal citation omitted); *Tokyo Electron Arizona, Inc. v. Discreet Indus. Corp.*, 215 F.R.D. 60, 62 (E.D.N.Y. 2003) ("The party seeking

8

reimbursement bears the burden of proving the reasonableness and necessity of hours spent and

rates charged.") (citing *New York State Ass'n for Retarded Children v. Carey*, 711 F.2d 1136 (2d

Cir. 1983)).  "Applications for fee awards should generally be documented by

contemporaneously created time records that specify, for each attorney, the date, the hours

expended, and the nature of the work done."  *Kirsch*, 148 F.3d at 173.

Lumping or block billing, a timekeeping practice that involves including multiple

services in a single, aggregated time entry without any breakdown of the time spent on each

service, complicates a court's efforts "to gauge the reasonableness of time expended on each

activity."  *Ass'n of Holocaust Victims for Restitution of Artwork & Masterpieces v. Bank of

Australia Creditanstalt*, No. 04 Civ. 3600 (SWK), 2005 WL 3099592, at *5-6 & n.9 (S.D.N.Y.

Nov. 17, 2005); *accord LV v. New York City Dep't of Educ.*, 700 F. Supp. 2d 510, 525 (S.D.N.Y.

2010) ("[B]lock-billing can make it 'exceedingly difficult for courts to assess the reasonableness

of the hours billed.  In such circumstances courts have found it appropriate to cut hours across

the board by some percentage.'") (internal citations omitted); *Williams v. New York City Hous.

Auth.*, 975 F. Supp. 317, 327 (S.D.N.Y. 1997) ("Fee applicants should not ''lump' several

services or tasks into one time sheet entry because it is then difficult, if not impossible, for a

court to determine the reasonableness of the time spent on each of the individual services or tasks

provided . . . . It is not the court's job to decipher time entries and guess how much time each

activity took . . . . It is the responsibility of the applicant to make separate time entries for each

activity.'") (quoting *Poseidon Pools*, 180 B.R. at 731) (citations omitted).

Similarly, vague and ambiguous descriptions of work done prevent the court from

assessing the reasonableness of the work, and should be eliminated or reduced.  *Cosgrove v.

Sears, Roebuck & Co.*, No. 81 CIV. 3482 (AGS), 1996 WL 99390, at * 3 (S.D.N.Y. Mar. 7,

1996) ("[M]any of the descriptions of the work performed are vague, including entries such as 'review of file,' 'review of documents' and 'review of [adversary's] letter.' There can be no meaningful review of time records where the entries are too vague to determine whether the hours were reasonably expended.") (citations omitted); *Dotson v. City of Syracuse*, No. 5:04-CV-1388 (NAM/GJD), 2011 WL 817499, at *24 (N.D.N.Y. Mar. 2, 2011) ("Descriptions of work such as 'review of file', 'review of documents' and 'review of letters' are vague and do not permit a court to evaluate the reasonableness of the services."); *Schruefer v. Winthorpe Grant, Inc.*, No. 99 Civ. 9365 (GBD)(AJP), 2003 WL 21511157, at *3 (S.D.N.Y. July 2, 2003) (imposing overall reduction of 10% based on vague time entries including "various phone conferences," "review file," "legal research," and "case administration").

"[C]ourts have recognized that it is unrealistic to expect a trial judge to evaluate and rule on every entry in an application [and] have endorsed percentage cuts as a practical means of trimming fat from a fee application." *New York State Ass'n for Retarded Children, Inc. v. Carey*, 711 F.2d at 1146. To address problems like block billing and vagueness, courts routinely apply across the board reductions. *United States Football League v. Nat'l Football League*, 887 F.2d 408, 415 (2d Cir. 1989) (affirming across the board reduction for vague time entries); *Colon v. City of New York*, Nos. 09 CV 0008 (JBW), 2012 WL 691544, at *21 (E.D.N.Y. Feb. 9, 2012) (collecting cases); *Reiter v. Metro. Transp. Auth. of the State of New York*, No. 01 Civ. 2762 (GWG), 2007 WL 2775144, at *15 (S.D.N.Y. Sept. 27, 2007) (collecting cases); *Klimbach v. Spherion Corp.*, 467 F. Supp. 2d 323, 332 (W.D.N.Y. 2006) (applying a 10% across the board reduction for vague billing entries); *Ass'n of Holocaust Victims*, 2005 WL 3099592, at *7 (reducing lodestar amount by 25% to account for instances of block billing, vagueness and excess).

10

### B.    Robinson Brog Application

#### 1.    Introduction

The United States Trustee and the SEC have lodged objections to the Robinson Brog

application.  The principal objection by both is directed at the services rendered in opposing the

Trustee Motion.  According to the SEC, the time charges aggregated approximately $210,606.

(*Objection of Securities and Exchange Commission to Fee Application of Robinson Brog*

*Leinwand Greene Genovese & Gluck P.C.*, dated Feb. 8. 2012 ("*SEC Objection*"), at 3 (ECF

Doc. # 332).)  The bases of the objection are two-fold:  the services did not benefit the estate, *see*

11 U.S.C. § 330(a)(3)(C), and rendered Robinson Brog an interested person.  *See* 11 U.S.C. §

328(c).[1]  The SEC also objects to the $43,063 in fees generated by Robinson Brog in prosecuting

a motion in the District Court objecting to the Monitor's fees and seeking to remove the Monitor.

The United States Trustee and SEC argue that the Court should reduce the fees relating to the

Examiner and his report, described below, and essentially surcharge Robinson Brog for the fees

incurred by the Committee and the SEC.  Finally, the United States Trustee argues that Robinson

Brog's time records fail to substantiate the firm's services in accordance with the principles set

down by this Court's fee guidelines and the UST Guidelines.

#### 2.    Resolution of Objections

##### a.    The Trustee Motion

"The cornerstone of Chapter 11 is the presumption that the debtor-in-possession will be

permitted to operate its business after filing, unless there is cause for the appointment of a

trustee."  *Hansen, Jones & Leta, P.C. v. Segal*, 220 B.R. 434, 458 (D. Utah 1998).  The

Bankruptcy Code nevertheless allows the Court to displace the debtor-in possession and appoint

---

[1]        The SEC argues that I should disallow all fees on this basis.  (*SEC Objection* at 9.)

a chapter 11 trustee "for cause, including fraud, dishonesty, incompetence, or gross

mismanagement of the affairs of the debtor by current management, either before or after the

commencement of the case," 11 U.S.C. § 1104(a)(1), or "if such appointment is in the interests

of creditors, any equity security holders, and other interests of the estate." 11 U.S.C. §

1104(a)(2). Under Bankruptcy Code § 1104(e), added in 2005, the United States Trustee must

move for the appointment of a trustee if he or she has

> reasonable grounds to suspect that current members of the governing body of the
> debtor, the debtor's chief executive or chief financial officer, or members of the
> governing body who selected the debtor's chief executive or chief financial
> officer, participated in actual fraud, dishonesty, or criminal conduct in the
> management of the debtor or the debtor's public financial reporting.

Landberg appointed Ray Heslin, the president of the debtors, to his position, and I assume that

this relationship prompted the Trustee Motion one week into the case.

There is no *per se* rule that legal services provided by the debtor's attorney in the defense

of a trustee motion, even an unsuccessful defense, are not compensable. *See In re Del Monico*,

No. 04 B 38235, 2006 WL 345013, at *4 (Bankr. N.D. Ill. Feb 15, 2006) ("[I]f the *decision* to

oppose the motion [to appoint a chapter 11 trustee] was in the best interest of the estate at the

time, compensation would still be appropriate regardless of the ultimate outcome.") (emphasis in

original); *In re Spanjer Bros., Inc.*, 191 B.R. 738, 752 (Bankr. N.D. Ill. 1996) ("The Court

therefore rejects the contention that a debtor's attorney who opposes appointment of a trustee,

and loses, should not receive any compensation for this time expended fighting that

appointment."); *cf JLM, Inc.*, 210 B.R. at 25 ("If there is a reasonable basis for contending that

the estate will benefit by opposing conversion or taking a position on other control-related

matters, compensation will not be denied.").

Similarly,

12

the mere fact that an attorney for a debtor opposes and loses a motion for the
appointment of a trustee under § 1104(a)(2) does not *ipso facto* demonstrate that
the attorney is representing the interests of the debtor's principals and
management to the exclusion of the creditors, and thus breaches a fiduciary duty
owed to the debtor.

*Spanjer Bros.*, 191 B.R. at 751.  A debtor's management enjoys the presumptive right to manage

the debtor's affairs, and does not violate the law by opposing a trustee motion.  The debtor's

attorney acts on the instructions of the debtor's management, and there is no basis to question the

attorney's disinterestedness absent evidence that the attorney represented the debtor's

management or insiders rather than the interests of the debtor at the direction of management.

*Id.* at 751-52.

The SEC argues that the opposition was intended to perpetuate Heslin in office, and

incidentally, to protect Robinson Brog's financial interest as attorney for the debtor-in-

possession.  The SEC points to the pre- and post-petition history citing the adversarial

relationship fostered by Heslin and Robinson Brog, and their efforts to avoid SEC oversight.  In

addition, the SEC and the United States Trustee argue that the debtors could have proposed the

same plan earlier in the case.  They instead delayed, proposing a plan only after the Court denied

the debtors' motion for a judgment on partial findings at the close of the United States Trustee's

direct case, *see* FED R. CIV. P. 52(c), and it appeared that Heslin might be displaced.

To be sure, this was a contentious case, and each side contributed.  Nevertheless, the fact

remains that the United States Trustee brought an immediate motion to appoint a chapter 11

trustee, leaving little time to the debtors to do anything other than gear up to defend it.  The

debtors were certainly not required to "roll over" simply because the United States Trustee and

the SEC challenged Heslin's continued management of the debtor's affairs.  Moreover, as

discussed below, Robinson Brog had sent a draft plan to the Monitor, in accordance with the

13

*ASO*, which the Monitor ignored.  The debtors thereafter filed a plan within one month after the *Freeze Order* eliminated the requirement in the *ASO* that the Monitor must approve of the plan.

Furthermore, I reject the contention that Robinson Brog acted other than at the direction of Heslin to represent the debtors' interests.  The Government's argument regarding Robinson Brog's motives and its lack of disinterestedness could apply to every instance in which a debtor and its counsel oppose a motion to appoint a chapter 11 trustee or to convert a case.  And although the Court denied the debtors' motion for a directed verdict, it did not do so based on "clear and convincing" evidence that cause existed under Bankruptcy Code § 1104(a)(1),[2] but instead, denied the motion under the "best interest of creditors" test embodied in Bankruptcy Code § 1104(a)(2).  (Tr. (4/12/11) at 98-102.)  Finally, the Court never decided the Trustee Motion because the confirmation of the debtors' plan rendered it moot.

In the end, the interests of the creditors and investors were best served by the continuation of the debtors' management and Robinson Brog's representation notwithstanding that this also inured to the benefit of Heslin and the firm.  The debtors were able to confirm a complex plan that garnered the overwhelming support of all of the constituencies.  I doubt that a chapter 11 trustee and new counsel, facing a steep learning curve, could have reached the same result in the same time.  It is unfortunate that this overall goal could not have been accomplished in a quicker and cheaper fashion, but the level of contention and amount of litigation made this impossible.  Robinson Brog did not do anything different from what other debtors' counsel would have done under similar circumstances.  The firm's services opposing the Trustee Motion

---

[2]    The one exception concerned Heslin's initial direction to the debtors' bookkeeper to reallocate a portion of his salary to his wife, who also worked for the debtors, to protect his eligibility for disability payments.  However, Heslin unilaterally reversed the reallocation, and his W-2 for that year reported all of his compensation.  (Transcript of the hearing held April 12, 2011 ("Tr. (4/12/11)"), at 98 (ECF Doc. # 92).)

were reasonable, ultimately benefitted the estate by keeping management in place, and did not

rob the firm of its disinterestedness simply by defending the motion.

### b.     The *Freeze Order*

The SEC also objects to the fees incurred in the proceedings that led to the *Freeze Order*.

According to the SEC, the debtors moved by order to show cause signed by District Judge Castel

on July 18, 2011, to remove the Monitor and object to his fees.  The motion papers included a

24-page attorney affidavit along with 36 exhibits.  (*SEC Objection* at 14.)

On the July 27 return date, District Judge Castel expressed his displeasure with both

sides.[3]  Paragraph 2(a) of the *ASO* directed the Company in the event of a bankruptcy filing to

"make the appropriate application to the [bankruptcy] court for the continuance of Mr. Radke as

the Independent Monitor."  The *ASO* contemplated that if bankruptcy ensued, most if not all of

the issues regarding the Monitor, including his continuation and compensation, would be handed

off to this Court.  (See *District Court Transcript* at 22, 26.)  As of July 27, 2011, more than four

months after the petition date, the debtors had not yet made the motion, blaming the Monitor's

refusal to supply an affidavit of disinterestedness.  (*Id.* at 2-3.)  The Monitor contended that he

refused to provide the affidavit because he had consulted with bankruptcy lawyers at his firm

who told him it was not needed.  (*Id.* at 22-23.)  District Judge Castel criticized both parties for

failing to bring their inability or refusal to comply with the *ASO* to his attention, or seek relief

from the *ASO.*

---

[3]      A copy of the July 27, 2011 transcript (the "*District Court Transcript*") is attached as Exhibit B to the
debtors' *Response to Objections of United States Trustee and Securities and Exchange Commission to Final
Application of Robinson Brog Leinwand Greene Genovese & Gluck P.C. for Compensation and Reimbursement of
Expenses*, dated Feb. 13, 2012 (ECF Doc. # 346).

Paragraph 2(a) of the *ASO* also required Radke to "review and approve the design of a plan of distribution to liquidate and distribute the Company's assets."  The debtors sent Radke a draft plan on May 3, 20111, but he essentially ignored it because he viewed it as "bare bones" and insufficient.  (*Id.* at 18-19.)  The District Court stated that Radke should have at least acknowledged receipt of the plan and if appropriate, explained that he declined to comment on it. (*Id.* at 19-20.)  In addition, paragraph 3(d) of the *ASO* directed Radke to submit monthly bills to the debtors and the SEC, and submit the bills for District Court approval when the fees accumulated $100,000.00.  He failed to do so, blaming the delay on his computer system. District Judge Castel admonished Radke for not seeking relief from the monthly bill requirement. (*Id.* at 21.)  Furthermore, when he finally submitted bills to the SEC, he failed to share them with the debtors.  (*Id.* at 28-29.)  He also failed to advise the debtors when his fees hit $100,000.00. (*Id.* at 22.)  Finally, when Radke provided a draft report to the SEC, he did not also send a copy to the debtors.  (*Id.* at 29-30.)

The District Court ultimately concluded that the debtors failed to comply with the *ASO* and the Monitor acquiesced in that non-compliance.  (*Id.* at 26-27.)  The debtors should have applied to the Bankruptcy Court to retain the Monitor, and the Monitor should have presented his fee application to the Bankruptcy Court.  (*See id.* at 22.)  Consequently, the Monitor sought approval of his fees in the wrong court, and District Judge Castel declined to rule on the application.  The debtors were directed to take immediate steps in the Bankruptcy Court to retain the Monitor *nunc pro tunc* to the petition date.  Finally, with the agreement of all parties, the Monitorship was "frozen," and the debtors' were relieved of the requirement that the Monitor approve the plan.  (*See id.* at 36-38.)  The *Freeze Order* followed.

The proceedings before District Judge Castel epitomized the parties' penchant for litigation as a substitute for communication. Both sides ignored their obligations under the *ASO*. The issues—the execution of an affidavit of disinterestedness, the motion to retain the Monitor in the Bankruptcy Court, the need for the Monitor's approval of the plan—should have been resolved through a chambers conference to the extent that they could not have been resolved through a telephone call. By late July, the parties had stood down from the Trustee Motion, they were making progress negotiating a plan, and the Monitor's role had faded into the background. The debtors nonetheless decided to initiate emergency litigation. Obviously, the part of the debtors' motion objecting to the Monitor's fees was entirely unnecessary. It should have been made in this Court, as it eventually was, but for the debtors' failure to seek the Monitor's retention.

On the other hand, the need for the Monitor's approval of the plan presented a potentially serious obstacle to progress in the case. The debtors had sent a draft plan to the Monitor in early May, but he ignored it. Once the requirement for his approval was eliminated under the *Freeze Order*, the case moved much more quickly to a successful conclusion. Given the tenor of the case, I remain unconvinced that the Monitor would have surrendered the approval requirement as willingly as he did when pressed by District Judge Castel. Thus, it was reasonable and necessary for the debtors to seek that relief. In short, although the fee objection aspect of the debtors' motion was entirely unnecessary, the motion to eliminate the approval requirement was necessary. Accordingly, 50% of the time spent on the motion, $21,531.50 will be allowed, and the remaining 50% will be disallowed.

c.        The Fee Examiner Litigation

Bankruptcy Code § 327(a) requires that counsel for the debtor must be disinterested and

not hold or represent an interest adverse to the estate.  A disinterested person is one who does not

hold a claim against the estate or have an interest materially adverse to the estate.  11 U.S.C. §

101(14).  When the debtors sought to retain Robinson Brog as bankruptcy counsel, the United

States Trustee objected arguing that the firm had conflicts with the estate that precluded its

retention.  The firm faced a disgorgement claim in connection with its pre-petition fees.  It also

faced potential preference liability.  Finally, it had received funds from Chartis Specialty

Insurance Company ("Chartis"), the debtors' insurer, but had failed to account satisfactorily for

those funds.

Robinson Brog suggested a compromise that had been adopted in *Exco Res., Inc. v.*

*Milbank, Tweed, Hadley & McCloy LLP (In re Enron)*, No. 02 Civ. 5638 (BSJ), 2003 WL

223455 (S.D.N.Y. Feb. 2, 2003).  There, the Bankruptcy Court had authorized the Official

Committee of Unsecured Creditors to retain Milbank, Tweed, Hadley & McCloy LLP

("Milbank") as its counsel in the bankruptcy proceedings.  A creditor subsequently filed a

motion to disqualify Milbank.  It alleged, among other things, that Milbank had received

preferences, and therefore, held an interest adverse to the unsecured creditors.

The District Court affirmed the Bankruptcy Court's conclusion that the preferences did

not require disqualification.  The examiner appointed in the *Enron* case would determine whether

Milbank received a preference, Milbank waived its right to litigate the preference issue, and

agreed to be bound by the examiner's determination.  The Bankruptcy Court had concluded and

the District Court concurred that Milbank's agreement to be bound by the examiner's

determination resolved the argument that Milbank held an adverse interest.  *Id.* at *9.

18

Robinson Brog made a similar proposal to resolve the objections to its retention, and agreed to be bound by that determination without further litigation.  Accordingly, upon motion of the United States Trustee, the Court ordered the appointment of an examiner to investigate whether Robinson Brog should disgorge any pre-petition fees, whether the firm received preferences that could be recovered by the estates and whether Robinson Brog should be surcharged based on the failure to fully account for $825,000 received from Chartis.  (*Order Directing the Appointment of an Examiner Pursuant to Section 1104(c) of the Bankruptcy Code*, dated June 16, 2011 (ECF Doc. # 157).)  The United States Trustee appointed Albert Togut, Esq. as examiner.

Togut rendered his *Fee Examiner's Report* (the "*Report*") (ECF Doc. # 261) on December 8, 2011, after first providing a draft to Robinson Brog and affording the firm the opportunity to comment.  The *Report* reflects a conscientious effort to perform his duties in a fair and balanced manner.  It concluded that the pre-petition fees should be reduced by $163,472.71 based on insufficient substantiation, and that Robinson Brog had received a preference in the amount of $254,045.06.  In substance, Robinson Brog owed the estate $417,517.77.  (*Id.* at 49.) The examiner also rejected Robinson Brog's argument that it should be permitted to set off $132,967.66 in fees that it had previously waived.  (*Id.* at 49-50.)

This should have ended the matter, but Robinson Brog filed an objection to the *Report*, challenging many of the examiner's findings and conclusions.  (*Objection to the Acceptance of the Fee Examiner's Report*, dated Dec. 12, 2011 (ECF Doc. # 262).)  The objection triggered a response from the SEC which complained that Robinson Brog had agreed to abide by the *Report* and waived any right to object.  (*Response of Securities and Exchange Commission to Objection by Robinson Brog Leinwand Greene Genovese & Gluck P.C. to Examiner's Report*, dated Dec.

19

21, 2011 (ECF Doc. # 268).)  In light of the opposition and the Court's statements, Robinson

Brog withdrew its objection to the *Report* at the hearing.

The entire episode involving the appointment of the examiner, the preparation of the

*Report* and the litigation following Robinson Brog's objections became a point of contention

during the fee hearings.  In substance, the SEC and United States Trustee contend that the

process was put in place at Robinson Brog's suggestion to overcome the objections to its

retention, and Robinson Brog should bear all of the costs.  Robinson Brog has already excised

from its fee application the value of the services it expended in connection with the fee examiner

matters, and this time is not included in its request for compensation.  In addition, the Court

indicated on several occasions that the examiner's fees would be deducted from any fee award in

Robinson Brog's favor precisely for the reasons articulated by the Government.  Accordingly,

the Court will disallow Robinson Brog's final fee in the amount of $111,680.24, which reflects

the $110,000.00 in fees awarded to Togut and his firm and $1,680.24 in expenses.  (*See Order

Awarding Compensation and Reimbursement of Expenses for the Fee Examiner and his Counsel*,

dated Feb. 17, 2012 (ECF Doc. # 353).)

Finally, the SEC and the United States Trustee argue that the Court should also reduce

Robinson Brog's fees by the amount of fees generated by Committee counsel in connection with

Robinson Brog's objection to the *Report*.  The SEC contends further that the fee award should be

reduced by the amount of reasonable attorneys' fees attributable to the SEC's response to

Robinson Brog's objection.  I agree with the former but not the latter.  The Committee's counsel

expended services valued at $8,507.00 dealing with the examiner issues, and has been

compensated by the estate for its time.  Robinson Brog rather than the estate's creditors should

bear those expenses for the reasons articulated above, and this amount will be disallowed from

Robinson Brog's request.  On the other hand, while the SEC provided reasonable and necessary services in connection with its response to Robinson Brog's objection to the *Report*, the creditors of the estate will not have to bear the costs.  Thus, reducing Robinson Brog's award based on the value of the SEC services would simply be a penal measure that I decline to impose.

### d.    Recordkeeping and Substantiation

The last area of objections concerns Robinson Brog's time keeping entries.  The majority of Robinson Brog's time entries satisfy the Court and UST Guidelines, but there are two exceptions.  First, as identified on Schedule A, more than 10% of the firm's entries made by thirteen timekeepers involve the activity of "reviewing" documents, and total 678 hours and aggregate $282,541.69 in fees.[4]

I interpret "review" to mean "read."  *See In re CCT Commc'ns, Inc.*, No. 07-10210 (SMB), 2010 WL 3386947, at *8 (Bankr. S.D.N.Y. Aug. 24, 2010).  Conducting a reasonable review of specific documents for a necessary purpose is ordinarily compensable.  Here the document being "reviewed" is sometimes described with specificity, but more often, timekeepers are "reviewing" generic categories of documents, such as "schedules," "claims" and the like, for no apparent purpose.  Robinson Brog has failed to satisfy its burden of showing the reasonableness or necessity for so many people "reviewing" so many documents, many of which are described in such general terms that it is impossible to discern what the timekeeper is reviewing or why.  This form of record keeping justifies a 20% across the board reduction on this category of entries, and $56,508.34 in fees is disallowed.

---

[4]    These entries do not include any other verb, such as "review and revise."

Second, one timekeeper (HEF) billed 134.9 hours, valued at $53,960.00, performing services identified as "attention to" some document or activity. These entries are summarized on Schedule B. In an earlier case also involving Robinson Brog, the Court concluded that another firm's use of the description "attention to" made it impossible to determine the nature of the service or the activity that it purported to describe, and disallowed 50% of those time charges. *CCT*, 2010 WL 3386947, at *8. I reach the same conclusion here, and disallow 50% of these time charges, or $26,980.00.

In summary, Robinson Brog sought fees aggregating $2,151,281.50, fees in the sum of $225,207.08 have been disallowed for the reasons stated above, and Robinson Brog is entitled to a final fee award in the sum of $1,926,074.42. The United States Trustee had also lodged objections to certain other time entries primarily on the ground that the descriptions in the records were inadequate. To the extent those objections or any other objections are not addressed in this opinion, they are overruled.

Finally, Robinson Brog seeks $43,968.39 as reimbursement for its expenses. No party has challenged any particular expense, and they are allowed.

### C.    Arent Fox Application

#### 1.    Introduction

Arent Fox filed its first and final fee application on January 6, 2012. (ECF Doc. # 285.) The application sought fees incurred from the petition date to December 31, 2011 in the sum of $283,941.06 and reimbursement of expenses in the sum of $20,249.19. The application also sought approximately $41,000 in compensation and expenses in connection with pre-petition work.

The Arent Fox application elicited several objections.  The Committee argued that (1) the firm was not entitled to an allowance of fees incurred prior to the petition date, (2) the Court never authorized Radke to retain his firm, and hence, the firm should not be compensated, (3) Radke's services exceeded the scope of his appointment, (4) the Court should disallow any fees in excess of $100,000 because Arent Fox failed to apply to the District Court for approval of its fees until they reached $278,728.76, (5) Radke and his firm are not entitled to compensation for his services as a trial witness, responding to the debtors' subpoena and opposing the debtors' motion in the District Court to remove him as Monitor, (6) many of the firm's time records include lumped entries, and (7) Radke and Arent Fox incurred unreasonable and unnecessary luxury travel expenses.  (*Objection of the Official Committee of Unsecured Creditors to First and Final Application of Arent Fox LLP Independent Monitor of the Debtor Pursuant to Bankruptcy Code Sections [sic] 330 for Allowance of Compensation and Reimbursement of Expenses*, dated Feb. 8, 2012 (ECF Doc. # 334).)  The debtors joined in the Committee's objection, amplifying certain of the arguments.

During the February 15, 2012 hearing on the fee application, the Court expressed reservations about Radke's compensation for the time spent as a witness in connection with the Trustee Motion and the related subpoena, and directed him to break out that time in the firm's records.  (Transcript of the hearing held Feb. 15, 2012 ("Tr. (2/15/12)"), at 49, 51 (ECF Doc. # 361).)  In addition, virtually all of the time records were "lumped," but the Court offered Arent Fox the opportunity to reconstitute its time records to show the amount of time that was spent on

various tasks on the same day.[5]  *(Id.* at 49.)  The Court also directed Arent Fox to separate out its
pre-petition services.  (*Id.* at 50.)

Arent Fox submitted its supplemental papers on or about February 28, 2012 (the
"*Supplement*"), which clarified the time records and resolved some of the issues raised by the
Committee.  (*See* ECF Doc. # 356.)  Arent Fox removed the request for pre-petition fees and
expenses from the application presently before the Court.  It also subdivided its post-petition
work into three categories reflected in three schedules: (1) the time attributable to Radke's
participation as a witness at the hearing on the Trustee Motion, (2) the time attributable to
responding to the debtors' subpoena and litigating with the debtors regarding the subpoena, and
(3) everything else.

In its subsequent objection, joined in by the Committee, the debtors continued to press
their objections to Arent Fox's fee application.  According to the debtors, the *Supplement* still
failed to comply with the UST Guidelines and section 330 of the Bankruptcy Code, the
reconstructed non-contemporaneous time records were unreliable and should be subject to "strict
scrutiny," and the additional detail still included lumped, vague and non-compensable time
entries.  (*See Debtors' Supplemental Objection to the Additional Time Record Detail Submitted
by the Independent Monitor and his Counsel in Connection with their Fee Application*, dated
Mar. 2, 2012 (ECF Doc. # 359).)  The debtors also marked up the records supplied by the
applicant indicating its specific objections to particular entries.

---

[5]      The pervasive lumping apparently escaped the notice of the United States Trustee who did not object to
Radke's fees, but nevertheless asserted a lumping objection to a *di minimis* number of Robinson Brog's time
records.

### 2.    Resolution of the Objections to Fees

Several of the issues raised by the Committee require only brief comment.  First, Arent Fox has withdrawn its request for pre-petition fees and expenses from its pending application.  Second, Arent Fox is entitled to compensation for its reasonable and necessary services representing Radke although the firm was not formally retained by an order of this Court.  The *ASO* expressly contemplated that members and associates of Arent Fox would assist Radke in the performance of his duties.  It established the billing rate for Radke's partner, Unger, (ASO at ¶ 3(b)), and identified the range of acceptable billing rates for the firm's associates.  (*Id.* at ¶ 3(c).)  The *Radke Retention Order* (at ¶ 2) provided for his retention *nunc pro tunc* to the petition date "under the specific terms of the ASO and the Freeze Order."  It was not intended to modify the provisions of the *ASO* that contemplated Radke's use of members and associates of his firm, and it was unnecessary for him to make a separate application in this Court to retain his firm.

Third, I decline to penalize Arent Fox for its failure to submit a fee application to the District Court until its fees reached nearly $280,000.00.   I do not condone the failure, but the debtors and the Committee have not been prejudiced.  They do not contend that the District Court would have vacated or limited Radke's appointment as Monitor once the fees reached $100,000, and they have had ample opportunity to object to the fees on the merits.

Fourth, I decline to disallow the time spent by Arent Fox responding to the debtors' order to show cause in the District Court.  The debtors initiated that litigation, the order to show cause imposed tight time constraints, and Arent Fox's response was reasonable under the circumstances.  In addition, the across the board reduction discussed below effectively reduces the allowed amount of time dealing with this matter.

The remaining objections, on the other hand, have greater merit and illustrate two general problems with the Arent Fox application.  With three exceptions, Radke's role as Monitor was essentially a passive one.  He was directed to "review" the debtors' distribution plan, "review" all fees, expenses, investments decisions, transactions, financing and investment advisory arrangements with third parties since May 2009, "review" all future non-incidental and official communications to the investors and "review" the debtors' plans to identify and pursue claims against third parties.  (ASO at ¶ 2.)  The three exceptions involved Radke's role in approving the design of the distribution plan, (*id.*), approving any expense in excess of $25,000 per item, (*id.*), and reporting to the District Court.  (*Id.* at ¶ 5.)

Radke certainly had to keep informed regarding the bankruptcy in his role as Monitor.  Thus, he or a member of his firm would be expected to attend the multi-day hearings on the Trustee Motion in order to "monitor" the proceedings.  Nevertheless, Radke exceeded his role and duties as Monitor, and Arent Fox rendered services that were unreasonable and unnecessary to those duties, when Radke became a *de facto* party to and advocate for the Trustee Motion.  The chapter 11 cases were filed on March 15, 2011, the Trustee Motion was filed one week later, and the SEC sought to join in the Trustee Motion on March 24, 2011.  During that nine day period (March 15 to March 24), Radke worked with the SEC and the United States Trustee to prepare a declaration that the SEC eventually submitted in support of its motion to join in the Trustee Motion.  Radke subsequently testified as a fact witness in the direct case on the Trustee Motion based on what he had learned as Monitor, and in connection with his testimony, responded to the debtors' subpoena and engaged in unsuccessful litigation regarding the assertion of privilege with respect to certain of the responsive documents.  (*See* Transcript of the hearing held Mar. 31, 2011, at 4-7 (ECF Doc. # 106).)

26

I do not mean to suggest that it was inappropriate for Radke to testify as a fact witness or object to the debtors' subpoena. If he had relevant evidence to give, he was obliged to give it. If the debtors sought documents that he had a reasonable basis to believe were privileged, he had the right to resist disclosure. Nevertheless, Radke's role as *de facto* party, advocate and trial witness exceeded his duties as Monitor, and the costs should not be borne by the debtors' creditors. Tab 2, Schedule A to the *Supplement* shows that Radke and the firm billed the aggregate amount of $21,000.00 in connection with Radke's participation as a witness during the trial of the Trustee Motion. Tab 2, Schedule B to the *Supplement* indicates that Arent Fox billed the aggregate amount of $39,867.00 in connection with its services relating to the trial subpoena and resulting litigation. These fees are disallowed.

Finally, several of the entries in Tab 3, Schedule C to the *Supplement* expressly or impliedly relate to Radke's preparation of the declaration submitted in support of the SEC's joinder in the Trustee Motion during the first nine days of the case. These entries aggregate $5,632.00, and are disallowed.[6]

The second general problem with the Arent Fox time records concerns the quality of the record keeping and the failure to satisfy the substantiation requirements. The *Radke Retention Order* stated that the firm's recordkeeping must comply with the UST Guidelines. The *Radke Retention Order* was signed on September 8, 2011. Although Radke's retention under the order was made *nunc pro tunc* to the March 15, 2011 petition date, virtually all of the services were performed prior to then and under the *ASO*.

---

[6]    The disallowed time, by date, timekeeper and amount are as follows: 3/16/11 (Unger-$487.00; Radke-$682.50); 3/18/11 (Radke (four entries)-$525.00, $105.00, $157.50, $367.50); 3/22/11 (Radke (three entries)-$525.00, $1,575.00, $420.00); 3/24/11 (Radke (two entries)-$525.00 ("Work on draft declaration for bankruptcy court"), $262.50).

The parties have sparred over whether it would be fair to force Arent Fox for to meet the UST Guidelines. The dispute is immaterial because even if the UST Guidelines did not apply, the Arent Fox application would still have to satisfy the record keeping requirements imposed on fee applicants outside of bankruptcy, including the requirement for contemporaneous time records that are neither vague nor lumped.

The balance of the time recorded in Tab 3, Schedule C to the *Supplement*, which I compute to be $217,442.06, reflects the product of after-the-fact efforts to "unblock" the time entries following the February 15, 2012 hearing. To this extent, they are reconstructed rather than contemporaneous. Moreover, even if the time entries attached to the *Supplement* were considered contemporaneous, their accuracy would be suspect. Most of the entries are billed in half-hour or whole-hour increments. Arent Fox's Tab 3, Schedule C includes 390 separate time entries, of which 256 meet these criteria.[7] This indicates that time was recorded in round numbers without any significant effort to detail the actual time spent on services.

Of greater concern, many of these large blocks of time contain woefully vague descriptions and lumped entries, such as "reviewing," "working" on or "drafting" various documents of general or no description, "participating" in conferences or telephone calls described in the most general way, or simply "preparing" for court, making it impossible to determine if the amount of time spent was reasonable. A sampling of these entries is annexed to this opinion as Schedule C. Under the circumstances, the Court will exercise its discretion to apply a 20% across the board reduction to the balance of the time entries in Tab 3, Schedule C that were not previously addressed. Accordingly, Arent Fox's fees are allowed in the amount of

---

[7]    One would expect that 20% of the time, or only 78 entries, would be billed in half-hour or whole-hour increments.

$173,953.65.  The Court has considered the remaining objections, and to the extent not specifically addressed, are overruled as lacking in merit.

### 3.        Resolution of Objection to Expenses

As noted, the debtors and the Committee also objected to the reimbursement of certain expenses sought by Arent Fox, charging that Radke and Arent Fox lawyers traveled first class between New York and Washington and stayed in expensive New York hotels.  In its *Supplement*, Arent Fox agreed to reduce its out-of-town transportation and lodging expenses by 25% or $3,127.84.  This is an appropriate resolution, and accordingly, the firm is entitled to an award of reimbursed expenses in the sum of $17,121.35.

The debtors' counsel is directed to submit a fee order consistent with this decision.

Dated: New York, New York
        July 2, 2012

                                /s/  *Stuart M. Bernstein*
                                STUART M. BERNSTEIN
                                United States Bankruptcy Judge

Schedule A

| DATE | ATTY | TIME (hrs) | RATE | VALUE | DIARY | CHART |
|------|------|-----------|------|-------|-------|-------|
| 3/22/2011 | AMG | 2.00 | 550.00 | 1,100.00 | REVIEW OF US TRUSTEE MOTION TO CONVERT OR APPOINT CHAPTER 11 TRUSTEE | ASSET DISPOSITION |
| 4/15/2011 | AMG | 0.50 | 550.00 | 275.00 | REVIEW OF TRANSCRIPT OF DECISION RE: DIRECTED VERDICT | ASSET DISPOSITION |
| 5/27/2011 | AMG | 0.20 | 550.00 | 110.00 | REVIEW HANK EMAIL REGARDING SALE OF FUSION STOCK (.2) | ASSET DISPOSITION |
| 8/17/2011 | AMG | 0.50 | 550.00 | 275.00 | REVIEW OF APPROVAL REGARDING SOUTHWOOD COURT SALE OF LOT | ASSET DISPOSITION |
| 10/18/2011 | AMG | 0.40 | 550.00 | 220.00 | REVIEW OF STIPULATION REGARDING SOUTHWOOD RELEASE | ASSET DISPOSITION |
| 12/14/2011 | FBR | 1.50 | 475 | 712.50 | REVIEW OF OPERATING AGREEMENT OF ALL FOUR LLC'S TO DETERMINE RESTRICTION ON TRANSFERABILITY AND JUSTIFICATION FOR PRIVATE SALE | ASSET DISPOSITION |
| 12/15/2011 | AMG | 0.60 | 550.00 | 330.00 | REVIEW OF DZ AMENDMENT | ASSET DISPOSITION |
| 12/20/2011 | FBR | 2.00 | 475 | 950.00 | REVIEW OF OPERATING AGREEMENTS FOR SALES ENTITIES | ASSET DISPOSITION |
| 12/20/2011 | FBR | 2.00 | 475 | 950.00 | REVIEW OF SALES AGREEMENT AND PROPOSED ORDER | ASSET DISPOSITION |
| 1/4/2012 | AMG | 0.40 | 550.00 | 220.00 | REVIEW OF COMMENT TO SALE MOTION | ASSET DISPOSITION |
| 1/4/2012 | FBR | 0.90 | 475 | 427.50 | REVIEW OF MEMBERSHIP INTEREST MOTION | ASSET DISPOSITION |
| 1/5/2012 | FBR | 0.20 | 475 | 95.00 | REVIEW FINAL VERSION OF PURCHASE AGREEMENT (0.2) | |
| 7/5/2011 | AMG | 1.00 | 550.00 | 550.00 | REVIEW OF FTI REPORT | BUSINESS OPERATIONS |
| 7/27/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF REVISED 20 LARGEST AND MASTER MAILING LIST | BUSINESS OPERATIONS |
| 9/15/2011 | AMG | 0.80 | 550.00 | 440.00 | REVIEW OF NORTHLIGHT FRANCHISE FUND AGING OF LOANS | BUSINESS OPERATIONS |
| 9/16/2011 | AMG | 1.20 | 550.00 | 660.00 | REVIEW OF REPORT FROM FRANCHISE FUND | BUSINESS OPERATIONS |
| 9/19/2011 | AMG | 0.50 | 550.00 | 275.00 | REVIEW OF SERVICER REPORT WITH RAY | BUSINESS OPERATIONS |
| 10/3/2011 | AMG | 0.30 | 550.00 | 165.00 | REVIEW OF SEC COMMENT TO DISCLOSURE STATEMENT | BUSINESS OPERATIONS |
| 10/25/2011 | AMG | 0.50 | 550.00 | 275.00 | REVIEW OF SERVICING REPORTS | BUSINESS OPERATIONS |
| 11/11/2011 | AMG | 0.80 | 550.00 | 440.00 | REVIEW OF OPERATING SERVICING REPORT | BUSINESS OPERATIONS |
| 12/22/2011 | AMG | 0.80 | 550.00 | 440.00 | REVIEW OF NFA BAILOUT PLAN AND SCHEDULES | BUSINESS OPERATIONS |
| 12/22/2011 | AMG | 0.60 | 550.00 | 330.00 | REVIEW OF AMENDMENTS TO TRUST AGREEMENTS | BUSINESS OPERATIONS |
| 12/27/2011 | AMG | 0.20 | 550.00 | 110.00 | REVIEW OF EMAILS FILED ON ECF | BUSINESS OPERATIONS |
| 12/28/2011 | AMG | 0.80 | 550.00 | 440.00 | REVIEW OF NORTH LIGHT AMENDMENT LOAN DOCUMENTS | BUSINESS OPERATIONS |
| 12/31/2011 | AMG | 0.50 | 550.00 | 275.00 | REVIEW OF NORTH LIGHT AMENDED LOAN DOCUMENT | BUSINESS OPERATIONS |
| 1/5/2012 | FBR | 0.90 | 475 | 427.50 | REVIEW OF PROPOSED NORTH LIGHT LOAN AND SECURITY AGREEMENT MARKUP | BUSINESS OPERATIONS |
| 1/8/2012 | FBR | 1.60 | 475 | 760.00 | REVIEW OF REVISED NORTHLIGHT LOAN DOCUMENTS | BUSINESS OPERATIONS |
| 1/12/2012 | AMG | 1.60 | 550.00 | 880.00 | REVIEW OF IBERIA LOAN DOCUMENT ISSUES | BUSINESS OPERATIONS |
| 3/1/2011 | AMG | 0.50 | 550.00 | 275.00 | REVIEW OF MONITOR LETTER TO COURT REQUESTING ANTIBANKRUPTCY INJUNCTION | CASE ADMINISTRATION |
| 3/1/2011 | LS | 0.40 | 400.00 | 160.00 | REVIEW OF 1007 EXHIBITS AND BANKRUPTCY SCHEDULES | CASE ADMINISTRATION |
| 3/1/2011 | RMS | 0.20 | 400.00 | 80.00 | REVIEW OF DOCS ON RETENTION ISSUES | CASE ADMINISTRATION |
| 3/2/2011 | AMG | 0.40 | 550.00 | 220.00 | REVIEW OF SEC LETTER | CASE ADMINISTRATION |
| 3/2/2011 | LS | 0.70 | 400.00 | 280.00 | REVIEW OF PETITIONS | CASE ADMINISTRATION |
| 3/2/2011 | LS | 0.50 | 400.00 | 200.00 | REVIEW OF PETITION BACKUP | CASE ADMINISTRATION |
| 3/2/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF 362 RE SEC & ENFORCEMENT | CASE ADMINISTRATION |
| 3/2/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF CAPTION RE CHAPTER 11 FILINGS | CASE ADMINISTRATION |
| 3/2/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF RETAINER CORRESPONDENCE | CASE ADMINISTRATION |
| 3/2/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF BILLING | CASE ADMINISTRATION |
| 3/4/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF CONSOLIDATED CREDITOR SCHEDULES | CASE ADMINISTRATION |
| 3/4/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF CONSOLIDATED SCHEDULE OF ASSETS AND LIABILITIES | CASE ADMINISTRATION |
| 3/4/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF REVISIONS TO SCHEDULES | CASE ADMINISTRATION |
| 3/7/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF RESERVATION WITH AMG | CASE ADMINISTRATION |
| 3/7/2011 | LS | 1.00 | 400.00 | 400.00 | REVIEW OF SCHEDULES TO 1007 | CASE ADMINISTRATION |
| 3/7/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF LOCAL RULES RE: COMPLIANCE | CASE ADMINISTRATION |
| 3/8/2011 | JDD | 0.30 | 425.00 | 127.50 | REVIEW OF COURT DECISION ON RADKE'S LETTER MOTION | CASE ADMINISTRATION |
| 3/9/2011 | BBN | 1.80 | 325.00 | 585.00 | REVIEW OF DZ CLOSING BINDER FOR ORIGINAL DZ LOAN RE: WEST END FIRST DAY ORDERS | CASE ADMINISTRATION |
| 3/9/2011 | BBN | 2.00 | 325.00 | 650.00 | REVIEW OF CLOSING BINDER FOR AMENDED AND RESTATED DZ LOAN RE: WEST END FIRST DAY ORDERS | CASE ADMINISTRATION |

Schedule A

| DATE | ATTY | TIME (hrs) | RATE | VALUE | DIARY | CHART |
|------|------|-----------|------|-------|-------|-------|
| | | | | | REVIEW OF CLOSING BINDER FOR SECOND A&R DZ | |
| 3/9/2011 | BBN | 2.30 | 325.00 | 747.50 | LOAN RE: WEST END FIRST DAY ORDERS | CASE ADMINISTRATION |
| 3/10/2011 | AMG | 0.30 | 550.00 | 165.00 | REVIEW RADKE LETTERS | CASE ADMINISTRATION |
| 3/10/2011 | AMG | 0.50 | 550.00 | 275.00 | REVIEW OF SEC ARTICLE ON CLAW BACKS | CASE ADMINISTRATION |
| 3/11/2011 | AMG | 0.60 | 550.00 | 330.00 | REVIEW OF RADKE LETTER TO COURT | CASE ADMINISTRATION |
| 3/11/2011 | LS | 0.80 | 400.00 | 320.00 | REVIEW OF EXPENSE JOURNAL | CASE ADMINISTRATION |
| 3/11/2011 | RRL | 0.80 | 550.00 | 440.00 | REVIEW OF EXPENSE JOURNAL W/LS | CASE ADMINISTRATION |
| 3/14/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF COMMENTS TO 1007 SCHEDULES | CASE ADMINISTRATION |
| | | | | | REVIEW OF JUDGE CASTEL MEMO ENDORSED | |
| 3/15/2011 | AMG | 0.20 | 550.00 | 110.00 | LETTER | CASE ADMINISTRATION |
| 3/15/2011 | AMG | 0.20 | 550.00 | 110.00 | REVIEW OF INSURANCE MEDIATION DEMAND | CASE ADMINISTRATION |
| | | | | | REVIEW OF ORG CHART FOR FILING OF | |
| 3/15/2011 | BBN | 0.60 | 325.00 | 195.00 | BANKRUPTCY FOR ACCURACY OF OWNERSHIP | CASE ADMINISTRATION |
| | | | | | REVIEW OF CORRESP TO CASTEL RE NOTICE OF | |
| 3/15/2011 | LS | 0.10 | 400.00 | 40.00 | FILING | CASE ADMINISTRATION |
| 3/16/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF IBERIA BANK CORRESP RE SET-OFF | CASE ADMINISTRATION |
| | | | | | REVIEW OF DOCS REGARDING AMENDING | |
| 3/16/2011 | RMS | 1.00 | 400.00 | 400.00 | PETITIONS AND MOTIONS WITH LS | CASE ADMINISTRATION |
| 3/18/2011 | AMG | 0.30 | 550.00 | 165.00 | REVIEW OF RADKE LETTER TO INVESTORS | CASE ADMINISTRATION |
| | | | | | REVIEW OF JUDGE CASTEL'S ORDER(.5) AND | |
| 3/18/2011 | AMG | 0.80 | 550.00 | 440.00 | RADKE'S NEW LETTER(.3) | CASE ADMINISTRATION |
| | | | | | REVIEW OF DZ CLOSING DOCUMENTS FOR CASH | |
| 3/18/2011 | BBN | 1.20 | 325.00 | 390.00 | COLLATERAL ISSUES | CASE ADMINISTRATION |
| 3/18/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF RADKE EMAILS RE: CASES | CASE ADMINISTRATION |
| 3/18/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF COMMITTEE SOLICITATION FORM | CASE ADMINISTRATION |
| 3/18/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF RAD AND EQUITY LISTS | CASE ADMINISTRATION |
| | | | | | RECEIVED AND REVIEW OF EMAIL FROM G.H. AND | |
| 3/18/2011 | RMS | 0.10 | 400.00 | 40.00 | AMG REGARDING DOCS FOR ATTORNEY ON FILING | CASE ADMINISTRATION |
| | | | | | RECEIVED AND REVIEW OF EMAIL AMG REGARDING | |
| | | | | | ATTORNEY CONTACT INFORMATION ON POSSIBLE | |
| 3/18/2011 | RMS | 0.10 | 400.00 | 40.00 | REPRESENTATION | CASE ADMINISTRATION |
| | | | | | REVIEW OF RAD AND DEBT AND L TO PARTNER | |
| 3/21/2011 | AMG | 1.00 | 550.00 | 550.00 | SCHEDULES FOR ORGANIZATIONAL MEETING | CASE ADMINISTRATION |
| 3/21/2011 | LS | 0.80 | 400.00 | 320.00 | REVIEW OF 1007 TO COMPLETE OTHER MOTIONS | CASE ADMINISTRATION |
| 3/21/2011 | LS | 0.60 | 400.00 | 240.00 | REVIEW OF EQUITY HOLDER LISTS | CASE ADMINISTRATION |
| | | | | | REVIEW OF NORTHLIGHT CLOSING BINDER AND DZ | |
| 3/22/2011 | BBN | 0.70 | 325.00 | 227.50 | DISK FOR CERTIFICATE OF GOOD STANDING | CASE ADMINISTRATION |
| | | | | | REVIEW OF E-MAILS RE RADS - WEST END SPECIAL | |
| 3/22/2011 | BBN | 2.40 | 325.00 | 780.00 | OPPORTUNITY FUND LP | CASE ADMINISTRATION |
| 3/25/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF EQUITY, RAD, LP SCHEDULES | CASE ADMINISTRATION |
| | | | | | REVIEW OF UST CORRESP RE EQUITY, RAD AND LP | |
| 3/25/2011 | LS | 0.20 | 400.00 | 80.00 | LISTS | CASE ADMINISTRATION |
| | | | | | REVIEW DOCUMENT PRODUCTION FOR ACCURACY | |
| 3/28/2011 | LN | 1.00 | 110.00 | 110.00 | AND COMPLETENESS | CASE ADMINISTRATION |
| 3/31/2011 | AMG | 0.30 | 550.00 | 165.00 | REVIEW OF TOM REED EMAIL | CASE ADMINISTRATION |
| 4/1/2011 | LS | 0.10 | 400.00 | 40.00 | REVIEW OF 2004 FORM | CASE ADMINISTRATION |
| | | | | | REVIEW OF CHECKLIST - FIRST-DAY ORDERS AND | |
| 4/4/2011 | LS | 0.30 | 400.00 | 120.00 | SCHEDULES | CASE ADMINISTRATION |
| | | | | | REVIEW OF WEST END INCOME STRATEGIES FUND | |
| | | | | | AND WEST END SPECIAL OPPORTUNITY FUND | |
| 4/5/2011 | HEF | 0.80 | 400.00 | 320.00 | OFFERING MEMOS (.8); | CASE ADMINISTRATION |
| 4/5/2011 | HEF | 1.20 | 400.00 | 480.00 | REVIEW OF NORTHLIGHT LOAN DOCUMENTS (1 .2); | CASE ADMINISTRATION |
| 4/5/2011 | HEF | 0.20 | 400.00 | 80.00 | REVIEW OF FILE DOCUMENTS (.2) | CASE ADMINISTRATION |
| 4/5/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF CONSOLIDATED CREDITOR SCHEDULES | CASE ADMINISTRATION |
| | | | | | REVIEW OF MEMO-ENDORSED RE LPS | |
| 4/5/2011 | LS | 0.10 | 400.00 | 40.00 | COMMUNICATIONS | CASE ADMINISTRATION |
| | | | | | REVIEW OF ML MIPA FOR NOTIFICATION | |
| 4/6/2011 | BBN | 1.60 | 325.00 | 520.00 | REQUIREMENTS TO ML UPON BANKRUPTCY | CASE ADMINISTRATION |
| 4/6/2011 | BBN | 1.50 | 325.00 | 487.50 | REVIEW OF FILES FOR SWAP AGREEMENTS | CASE ADMINISTRATION |
| | | | | | REVIEW OF TRANSACTION DOCUMENTS AND | |
| 4/6/2011 | HEF | 2.20 | 400.00 | 880.00 | MEMBERSHIP INTEREST PURCHASE AGREEMENT | CASE ADMINISTRATION |
| | | | | | REVIEW OF 2008 FLOA AND RELATED DOCUMENTS | |
| 4/6/2011 | HEF | 1.30 | 400.00 | 520.00 | REVIEW OF 1007 AND SCHEDULES RE MERRILL | CASE ADMINISTRATION |
| 4/6/2011 | LS | 0.20 | 400.00 | 80.00 | LYNCH CONTACT COUNSEL INFO | CASE ADMINISTRATION |
| 4/7/2011 | HEF | 0.10 | 400.00 | 40.00 | REVIEW NFA I FILE DOCUMENTS (.1); | CASE ADMINISTRATION |
| | | | | | REVIEW OF 327 PROVISIONS RE DISINTERESTED | |
| 4/7/2011 | LS | 0.20 | 400.00 | 80.00 | STANDARDS | CASE ADMINISTRATION |
| 4/7/2011 | LS | 0.40 | 400.00 | 160.00 | REVIEW OF ESCROW RUN | CASE ADMINISTRATION |
| 4/8/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF SCHEDULES WITH CW | CASE ADMINISTRATION |

Schedule A

| DATE | ATTY | TIME (hrs) | RATE | VALUE | DIARY | CHART |
|------|------|-----------|------|-------|-------|-------|
| | | | | | REVIEW OF NY UCC FILINGS - NO NORTHLIGHT FILINGS FOR WEFA AND WEMFF (.4); REVIEW DE | |
| 4/11/2011 | BBN | 1.20 | 325.00 | 390.00 | UCC WEB SEARCH (.8) | CASE ADMINISTRATION |
| | | | | | REVIEW DECEMBER 18, 2009 AMENDED AND RESTATED LOAN AGREEMENT WITH NORTHLIGHT; REVIEW VENTURE RESTAURANT PARTNERS GOVERNANCE DOCUMENTS AND 2008 TAX | |
| 4/11/2011 | HEF | 2.60 | 400.00 | 1,040.00 | RETURNS (2.6); | CASE ADMINISTRATION |
| | | | | | REVIEW OF TERM SHEETS (1.3) AND REVIEW OF FILE RECORDS RE ALLEGED EXCLUSIVITY BREACHES | |
| 4/11/2011 | HEF | 1.60 | 400.00 | 640.00 | (.3). | CASE ADMINISTRATION |
| 4/11/2011 | LS | 0.60 | 400.00 | 240.00 | REVIEW OF SCHEDULES TO 1007 | CASE ADMINISTRATION |
| | | | | | REVIEW OF NORTHLIGHT AND DZ ISDA SWAP | |
| 4/12/2011 | HEF | 2.30 | 400.00 | 920.00 | TRANSACTION DOCUMENTS (2.3) | CASE ADMINISTRATION |
| | | | | | REVIEW OF PLEADINGS AND TRIAL MATERIALS (.2); REVIEW OF WEST END GOVERNANCE DOCUMENTS | |
| 4/13/2011 | HEF | 2.20 | 400.00 | 880.00 | (2.0) | CASE ADMINISTRATION |
| 4/13/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF 363 AND 327 RE RETENTION LANGUAGE | CASE ADMINISTRATION |
| 4/14/2011 | KS | 2.00 | 201.35 | 402.70 | REVIEW LP AND LLC DOCUMENTS OF ALL ENTITIES | CASE ADMINISTRATION |
| 4/14/2011 | LS | 0.40 | 400.00 | 160.00 | REVIEW OF 341 NOTICES | CASE ADMINISTRATION |
| | | | | | REVIEW OF NORTHLIGHT LOAN DOCUMENTS (.6) AND REVIEW OF HESLIN DECLARATION IN SUPPORT | |
| 4/15/2011 | HEF | 0.70 | 400.00 | 280.00 | OF FIRST DAY MOTIONS (.1) | CASE ADMINISTRATION |
| 4/15/2011 | LS | 0.60 | 400.00 | 240.00 | REVIEW OF TRIAL TRANSCRIPT | CASE ADMINISTRATION |
| 4/15/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF RETENTION ORDER AND APPLICATION | CASE ADMINISTRATION |
| 4/15/2011 | KS | 2.50 | 201.35 | 503.38 | REVIEW WEST END APRIL 12 HEARING TRANSCRIPT | CASE ADMINISTRATION |
| 4/20/2011 | HEF | 0.30 | 400.00 | 120.00 | REVIEW OF NORTH LIGHT LOAN DOCUMENTS | CASE ADMINISTRATION |
| 4/20/2011 | LS | 0.40 | 400.00 | 160.00 | REVIEW OF AUGIE RESTIVO | CASE ADMINISTRATION |
| | | | | | REVIEWED E-MAILS DEMONSTRATING CO- | |
| 4/25/2011 | AJG | 3.30 | 315.42 | 1,040.87 | MINGLING (2.0); REVIEW OF BANK STATEMENTS | CASE ADMINISTRATION |
| 4/26/2011 | AMG | 0.20 | 550.00 | 110.00 | REVIEW OF FOGERTY LEITER TO COURT | CASE ADMINISTRATION |
| | | | | | REVIEW OF SEC EMAIL REGARDING ADJOURNMENT | |
| 4/26/2011 | AMG | 0.30 | 550.00 | 165.00 | OF RADKE REPORT | CASE ADMINISTRATION |
| | | | | | REVIEW OF MEMO OF LAW ON OSC TO REMOVE | |
| 4/26/2011 | AMG | 0.40 | 550.00 | 220.00 | RADKE | CASE ADMINISTRATION |
| 4/26/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF BUDGET | CASE ADMINISTRATION |
| | | | | | REVIEW OF WEST END PRODUCTION TO INVESTORS | |
| 4/27/2011 | AMG | 0.40 | 550.00 | 220.00 | AND CREDITORS | CASE ADMINISTRATION |
| | | | | | REVIEW OF RADKE EMAIL RE: HIS CONDITIONS FOR | |
| 4/28/2011 | AMG | 0.20 | 550.00 | 110.00 | APPROVAL OF PRODUCTION RE: PROFF OF CLAIMS | CASE ADMINISTRATION |
| | | | | | REVIEW OF VRP ORGANIZATIONAL DOCUMENTS | |
| 4/28/2011 | HEF | 1.00 | 400.00 | 400.00 | (.5); REVIEW OF DOCUMENTS (.5) | CASE ADMINISTRATION |
| 4/28/2011 | LS | 0.40 | 400.00 | 160.00 | REVIEW OF BUDGET | CASE ADMINISTRATION |
| 4/28/2011 | LS | 0.40 | 400.00 | 160.00 | REVIEW OF LEASES AND LEASE SCHEDULES | CASE ADMINISTRATION |
| 4/28/2011 | LS | 0.40 | 400.00 | 160.00 | REVIEW OF 1007 AND SCHEDULES | CASE ADMINISTRATION |
| | | | | | REVIEW OF WEST END NON-DEBTOR AFFILIATES | |
| 4/28/2011 | LS | 0.30 | 400.00 | 120.00 | SCHEDULES | CASE ADMINISTRATION |
| 4/28/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF TAX RETURNS | CASE ADMINISTRATION |
| 4/29/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF UPDATED NON-DEBTOR AFFILIATE LIST | CASE ADMINISTRATION |
| 4/29/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF WEST END 101 CHECKLIST | CASE ADMINISTRATION |
| | | | | | REVIEW OF CONSOLIDATED RAD, NOTEHOLDER | |
| 4/29/2011 | LS | 0.30 | 400.00 | 120.00 | AND LP SCHEDULES | CASE ADMINISTRATION |
| 5/2/2011 | AMG | 0.30 | 550.00 | 165.00 | REVIEW OF OPERATING REPORTS | CASE ADMINISTRATION |
| 5/2/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF TAX RETURNS | CASE ADMINISTRATION |
| 5/2/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF SCHEDULE OF RAD AND NOTEHOLDERS | CASE ADMINISTRATION |
| 5/3/2011 | AMG | 0.30 | 550.00 | 165.00 | REVIEW OF FISCHER/RADKE EMAIL | CASE ADMINISTRATION |
| | | | | | REVIEW OF CREDITORS' COMMITTEE | |
| 5/3/2011 | LS | 0.20 | 400.00 | 80.00 | APPOINTMENT | CASE ADMINISTRATION |
| | | | | | REVIEW OF US TRUSTEE OBJECTION TO RETENTION | |
| 5/4/2011 | AMG | 0.40 | 550.00 | 220.00 | OF R & B | CASE ADMINISTRATION |
| 5/5/2011 | AMG | 0.30 | 550.00 | 165.00 | REVIEW OF TRUSTEE ORDER ON SCHEDULES | CASE ADMINISTRATION |
| | | | | | REVIEW OF EVIDENCE BINDERS RE INFO FOR | |
| 5/5/2011 | LS | 0.30 | 400.00 | 120.00 | SCHEDULES | CASE ADMINISTRATION |
| 5/9/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF INVESTOR EMAIL INQUIRIES | CASE ADMINISTRATION |
| 5/9/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF BANK RECONCILIATION FOR OP REPORT | CASE ADMINISTRATION |
| 5/9/2011 | LS | 0.10 | 400.00 | 40.00 | REVIEW OF SCHEDULES ORDER | CASE ADMINISTRATION |

Schedule A

| DATE | ATTY | TIME (hrs) | RATE | VALUE | DIARY | CHART |
|------|------|-----------|------|-------|-------|-------|
| 5/9/2011 | LS | 1.20 | 400.00 | 480.00 | REVIEW OF EVIDENCE BINDERS - ACCT RECONCILIATIONS FOR SCHEDULES PREP AND BACKUP | CASE ADMINISTRATION |
| 5/10/2011 | LS | 0.80 | 400.00 | 320.00 | REVIEW OF INFO FOR SCHEDULES | CASE ADMINISTRATION |
| 5/10/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF SPREADSHEET TEMPLATE | CASE ADMINISTRATION |
| 5/10/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF COLLIERS FOR CREDITOR LISTS AND FORMAT | CASE ADMINISTRATION |
| 5/10/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF CONTRACTS FOR SCHEDULE G | CASE ADMINISTRATION |
| 5/10/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF DISCLAIMER FOR SCHEDULES | CASE ADMINISTRATION |
| 5/10/2011 | LS | 0.70 | 400.00 | 280.00 | REVIEW OF DRAFT SCHEDULES | CASE ADMINISTRATION |
| 5/10/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF DEBTOR'S LIST WITH LN | CASE ADMINISTRATION |
| 5/11/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF SCHEDULES BACKUP | CASE ADMINISTRATION |
| 5/11/2011 | LS | 1.20 | 400.00 | 480.00 | REVIEW OF CREDITOR SPREADSHEETS | CASE ADMINISTRATION |
| 5/12/2011 | FBR | 0.30 | 475 | 142.50 | REVIEW OF STATUS OF PREP OF SCHEDULES AND OPEN ISSUES | CASE ADMINISTRATION |
| 5/12/2011 | LS | 0.40 | 400.00 | 160.00 | REVIEW OF INVESTOR SPREADSHEETS | CASE ADMINISTRATION |
| 5/12/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF NOTES TO INVESTOR SCHEDULES | CASE ADMINISTRATION |
| 5/12/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF TRUSTIIRA INFO | CASE ADMINISTRATION |
| 5/12/2011 | LS | 0.70 | 400.00 | 280.00 | REVIEW OF SCHEDULES AND BACKUP | CASE ADMINISTRATION |
| 5/13/2011 | LS | 0.40 | 400.00 | 160.00 | REVIEW OF SCHEDULES WITH AMG | CASE ADMINISTRATION |
| 5/16/2011 | LS | 1.10 | 400.00 | 440.00 | REVIEW OF SCHEDULES WITH HESLIN | CASE ADMINISTRATION |
| 5/16/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF ESCROW RUN | CASE ADMINISTRATION |
| 5/17/2011 | AMG | 0.70 | 550.00 | 385.00 | REVIEW OF OBJECTION TO CASH COLLATERAL AND SUB CONSOLIDATION BY IBERIA | CASE ADMINISTRATION |
| 5/17/2011 | AMG | 0.60 | 550.00 | 330.00 | REVIEWED UST OBJECTION TO SUB CON | CASE ADMINISTRATION |
| 5/17/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF SCHEDULES WITH AMG | CASE ADMINISTRATION |
| 5/17/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF SCHEDULES WITH FBR | CASE ADMINISTRATION |
| 5/17/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF 3 CALF CREEK BACKUP | CASE ADMINISTRATION |
| 5/18/2011 | AMG | 0.50 | 550.00 | 275.00 | REVIEW OF APRIL SERVICING REPORT | CASE ADMINISTRATION |
| 5/18/2011 | AMG | 3.60 | 550.00 | 1,980.00 | REVIEW OF ALL CENTURY LOAN DOCUMENTS | CASE ADMINISTRATION |
| 5/18/2011 | BBN | 1.20 | 325.00 | 390.00 | REVIEW OF FILE FOR CENTURY LIEN ISSUE | CASE ADMINISTRATION |
| 5/19/2011 | AMG | 0.50 | 550.00 | 275.00 | REVIEW OF SCHEDULES | CASE ADMINISTRATION |
| 5/19/2011 | BBN | 0.80 | 325.00 | 260.00 | REVIEW OF CENTURY BANK CREDIT AGREEMENT WITH WEMFF FOR CHOICE OF LAW PROVISION, COLLATERAL, ETC | CASE ADMINISTRATION |
| 5/19/2011 | BBN | 0.60 | 325.00 | 195.00 | REVIEW OF CENTURY BANK PLEDGE AGREEMENT RE COLLATERAL DESCRI PTION | CASE ADMINISTRATION |
| 5/19/2011 | LS | 0.80 | 400.00 | 320.00 | REVIEW OF OP REPORTS | CASE ADMINISTRATION |
| 5/19/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF COMMITTEE RETENTION DOCS | CASE ADMINISTRATION |
| 5/19/2011 | RRL | 0.40 | 550.00 | 220.00 | REVIEW OF COMMITTEE RETENTION | CASE ADMINISTRATION |
| 5/20/2011 | AMG | 0.80 | 550.00 | 440.00 | REVIEW OF MOTION FOR STAY RELIEF OF SETOFF BY IBERIA BANK | CASE ADMINISTRATION |
| 5/20/2011 | BBN | 1.20 | 325.00 | 390.00 | REVIEW OF UCC ARTICLE 9 RE BASICS OF CREATION OF A VALID SECURITY INTEREST | CASE ADMINISTRATION |
| 5/20/2011 | BBN | 2.80 | 325.00 | 910.00 | REVIEW OF CASES RE CENTURY ISSUE | CASE ADMINISTRATION |
| 5/20/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF FINANCIALS FOR OP REPORTS | CASE ADMINISTRATION |
| 5/20/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF OP REPORTS WITH AMG | CASE ADMINISTRATION |
| 5/23/2011 | BBN | 1.20 | 325.00 | 390.00 | REVIEW OF SECTION OF CENTURY AGREEMENTS AND UCC FILINGS RE APPLICABLE LAW | CASE ADMINISTRATION |
| 5/23/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF OP REPORTS WITH R. HESLIN | CASE ADMINISTRATION |
| 5/23/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF UST INVOICES | CASE ADMINISTRATION |
| 5/23/2011 | MEB | 1.30 | 500.00 | 650.00 | REVIEW OF BBN MEMO RE: CENTURY LIEN | CASE ADMINISTRATION |
| 5/24/2011 | BBN | 1.70 | 325.00 | 552.50 | REVIEW OF DELAWARE CASES RE IBERIA REVIEW OF ARTICLE RE UCC ARTICLE 9-406 - PAYMENT INTANGIBLE RE: IBERIA | CASE ADMINISTRATION |
| 5/24/2011 | BBN | 0.80 | 325.00 | 260.00 | REVIEW OF ARTICLES RE 9-406/9-408 RE: IBERIA | CASE ADMINISTRATION |
| 5/25/2011 | BBN | 1.50 | 325.00 | 487.50 | REVIEW OF UCC SECTIONS 9-406 AND 9-408. (.3) | CASE ADMINISTRATION |
| 5/25/2011 | HEF | 0.30 | 400.00 | 120.00 | REVIEW OF SCHEDULES WITH AMG | CASE ADMINISTRATION |
| 5/25/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF ANALYSIS IN POWELL ARTICLE RE IBERIA | CASE ADMINISTRATION |
| 5/26/2011 | BBN | 2.40 | 325.00 | 780.00 | REVIEW OF CERTIFICATES, WARRANTS, CONVERSION LETTER AND SCHEDULE 13D (1.9) | CASE ADMINISTRATION |
| 5/26/2011 | HEF | 1.90 | 400.00 | 760.00 | REVIEW OF EMAILS RE SOUTHWOOD COURT PROPERTIES | CASE ADMINISTRATION |
| 5/26/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF MASTER SERVICE LIST | CASE ADMINISTRATION |
| 5/26/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF RETURN MAIL FOR UPDATE TO SERVICE LIST | CASE ADMINISTRATION |
| 5/26/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF REVISED MEMO RE: CENTURY LIEN | CASE ADMINISTRATION |
| 5/26/2011 | MEB | 0.50 | 500.00 | 250.00 | REVIEW OF FTI RETENTION PAPERS | CASE ADMINISTRATION |
| 5/27/2011 | AMG | 0.40 | 550.00 | 220.00 | REVIEW OF ADDITIONAL ANALYSIS RE EUREKA CASE RE: IBERIA | CASE ADMINISTRATION |
| 5/27/2011 | BBN | 1.40 | 325.00 | 455.00 | REVIEW OF EUREKA CASE RE: IBERIA | CASE ADMINISTRATION |
| 5/27/2011 | BBN | 2.30 | 325.00 | 747.50 | REVIEW OF FUSION 10K'S FOR TRANSFER RESTRICTIONS ON STOCK (2.6); REVIEW LOCK UP AGREEMENT (1.4); | CASE ADMINISTRATION |
| 5/27/2011 | HEF | 4.00 | 400.00 | 1,600.00 | | CASE ADMINISTRATION |

Schedule A

| DATE | ATTY | TIME (hrs) | RATE | VALUE | DIARY | CHART |
|------|------|-----------|------|-------|-------|-------|
| 5/27/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF RETENTION DOCS | CASE ADMINISTRATION |
| 5/31/2011 | AMG | 0.50 | 550.00 | 275.00 | REVIEW OF LETTER TO COURT | CASE ADMINISTRATION |
| | | | | | REVIEWOF NOTES RE SECTION 9-406, 9-408, 8-103 | |
| 5/31/2011 | AMG | 1.80 | 550.00 | 990.00 | AND DEFINITIONS RE: IBERIA DEBT | CASE ADMINISTRATION |
| 5/31/2011 | LS | 0.40 | 400.00 | 160.00 | REVIEW OF BILLING WITH AMG | CASE ADMINISTRATION |
| 5/31/2011 | MEB | 0.70 | 500.00 | 350.00 | REVIEW OF BBN REVISED MEMO RE: CENTURY LIEN | CASE ADMINISTRATION |
| 6/1/2011 | AMG | 0.20 | 550.00 | 110.00 | REVIEW E-MAIL (.2) | CASE ADMINISTRATION |
| 6/1/2011 | BBN | 0.70 | 325.00 | 227.50 | REVIEW OF ANDERSON DEBT | CASE ADMINISTRATION |
| | | | | | REVIEW OF DELAWARE TREATMENT OF LIENS IN | |
| 6/2/2011 | BBN | 3.40 | 325.00 | 1,105.00 | VIOLATION OF OPERATING AGREEMENT | CASE ADMINISTRATION |
| 6/2/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF PETITION BACKUP RE TAX ID NOS. | CASE ADMINISTRATION |
| 6/2/2011 | LS | 0.10 | 400.00 | 40.00 | REVIEW OF EMAILS RE BCD ADDRESS | CASE ADMINISTRATION |
| 6/2/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF MASTER SERVICE LIST | CASE ADMINISTRATION |
| | | | | | REVIEW OF RADKE ORDER TO SHOW CAUSE AND | |
| 6/3/2011 | AMG | 0.50 | 550.00 | 275.00 | STIPULATION AND ORDER | CASE ADMINISTRATION |
| | | | | | REVIEW OF NFA INTEREST PURCHASED FROM ML | |
| 6/3/2011 | BBN | 0.80 | 325.00 | 260.00 | PURSUANT TO A&R MIPA | CASE ADMINISTRATION |
| | | | | | REVIEW OF TRANSFER AND EXCHANGE | |
| | | | | | AGREEMENT BETWEEN WEST END & NORTHLIGHT | |
| 6/3/2011 | BBN | 1.20 | 325.00 | 390.00 | W/RESPECT TO NFA FUNDING LLC | CASE ADMINISTRATION |
| | | | | | REVIEW OF NORTHLIGHT FOOD FRANCHISE FUND | |
| 6/3/2011 | BBN | 1.50 | 325.00 | 487.50 | LP OPERATING AGREEMENT | CASE ADMINISTRATION |
| | | | | | REVIEW OF DRAFT OF MEMO ADDRESSING SAME | |
| 6/3/2011 | HEF | 1.60 | 400.00 | 640.00 | FROM BRENDA NATARAJAN. (1.6) | CASE ADMINISTRATION |
| 6/6/2011 | BBN | 0.60 | 325.00 | 195.00 | REVIEW OF HEF MARKUP TO CENTURY MEMO | CASE ADMINISTRATION |
| | | | | | REVIEW OF NOTICE LETTERS FROM IBERIABANK TO | |
| 6/6/2011 | BBN | 0.60 | 325.00 | 195.00 | WEMFF AND MERCURY | CASE ADMINISTRATION |
| 6/7/2011 | AMG | 0.50 | 550.00 | 275.00 | REVIEW OF FTI PRELIMINARY REPORT | CASE ADMINISTRATION |
| 6/7/2011 | AMG | 0.60 | 550.00 | 330.00 | REVIEW OF SUB CON MATERIAL | CASE ADMINISTRATION |
| 6/7/2011 | BBN | 0.60 | 325.00 | 195.00 | REVIEW OF MERCURY OPERATING AGREEMENT | CASE ADMINISTRATION |
| | | | | | REVIEW OF UCC SECTION 9-104, 9106, 9-312, 9-306 | |
| 6/7/2011 | BBN | 1.80 | 325.00 | 585.00 | AND 9-304 | CASE ADMINISTRATION |
| | | | | | REVIEW OF REVISED MEMO RE: CENTURY LIEN RE: | |
| 6/7/2011 | MEB | 0.40 | 500.00 | 200.00 | WEMFF | CASE ADMINISTRATION |
| | | | | | REVIEW OF ISSUES AND MEMO RE: CENTURY LIEN | |
| 6/7/2011 | MEB | 0.30 | 500.00 | 150.00 | RE: MERCURY | CASE ADMINISTRATION |
| | | | | | REVIEW OF JDD DISKS FOR DOC PRODUCTION | |
| 6/8/2011 | BBN | 0.30 | 325.00 | 97.50 | DISKS | CASE ADMINISTRATION |
| 6/8/2011 | BBN | 0.60 | 325.00 | 195.00 | REVIEW OF DOC PRODUCTIONS DISKS FOR WESTLB | CASE ADMINISTRATION |
| 6/9/2011 | BBN | 0.30 | 325.00 | 97.50 | REVIEW OF CD FOR WESTLB LOAN | CASE ADMINISTRATION |
| | | | | | REVIEW OF FRED STEVENS LETTERS TO THE COURT | |
| 6/10/2011 | AMG | 0.30 | 550.00 | 165.00 | REGARDING SUB CON ADJOURNMENT REQUEST | CASE ADMINISTRATION |
| | | | | | REVIEW OF EMAILS FROM NORTHLIGHT, SEC | |
| 6/13/2011 | AMG | 0.40 | 550.00 | 220.00 | REGARDING SUB CONSOLIDATION | CASE ADMINISTRATION |
| 6/13/2011 | AMG | 0.20 | 550.00 | 110.00 | REVIEW OF FOGERTY LETTER | CASE ADMINISTRATION |
| 6/13/2011 | FBR | 0.20 | 475 | 95.00 | REVIEW OF PROPOSED RESPONSE TO GREENBERG | CASE ADMINISTRATION |
| 6/13/2011 | LS | 0.10 | 400.00 | 40.00 | REVIEW OF LP EMAILS | CASE ADMINISTRATION |
| 6/17/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF FILE RE OP REPORT BACKUP | CASE ADMINISTRATION |
| 6/20/2011 | LS | 0.40 | 400.00 | 160.00 | REVIEW OF OP REPORTS | CASE ADMINISTRATION |
| 6/20/2011 | LS | 0.10 | 400.00 | 40.00 | REVIEW OF BALANCE SHEET | CASE ADMINISTRATION |
| 6/20/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF EMAILS RE 2004 | CASE ADMINISTRATION |
| 6/21/2011 | BBN | 0.40 | 325.00 | 130.00 | REVIEW OF IMEST END UCC FILE | CASE ADMINISTRATION |
| | | | | | REVIEW OF MEMO RE UCC FILINGS AGAINST WEST | |
| 6/21/2011 | BBN | 0.70 | 325.00 | 227.50 | END ENTITIES | CASE ADMINISTRATION |
| 6/21/2011 | LS | 0.40 | 400.00 | 160.00 | REVIEW OF ASSET SCHEDULES | CASE ADMINISTRATION |
| 6/22/2011 | LS | 0.40 | 400.00 | 160.00 | REVIEW OF CASH LIQUIDITY PET/MATRIX | CASE ADMINISTRATION |
| | | | | | REVIEW OF SCHEDULES OF ASSETS RE LLC | |
| 6/22/2011 | LS | 0.30 | 400.00 | 120.00 | INTERESTS; CHICAGO DIVERSIFIED NOTE | CASE ADMINISTRATION |
| 6/22/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF LIST OF AFFILIATED DEBTORS | CASE ADMINISTRATION |
| 6/23/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF TRANSCRIPT RE: EXAMINER | CASE ADMINISTRATION |
| 6/24/2011 | BBN | 0.40 | 325.00 | 130.00 | REVIEW OF NFA FUNDING II LLC ORG CHART | CASE ADMINISTRATION |
| 6/24/2011 | BBN | 0.40 | 325.00 | 130.00 | REVIEW OF NFA EQUIPMENT FUND ORG CHART | CASE ADMINISTRATION |
| 6/24/2011 | BBN | 0.40 | 325.00 | 130.00 | REVIEW OF MCC FUNDING ORG CHART | CASE ADMINISTRATION |
| | | | | | REVIEW OF NOTES RE WEST END ORG. STRUCTURE | |
| 6/24/2011 | BBN | 0.80 | 325.00 | 260.00 | POST JANUARY 2010 TRANSACTION | CASE ADMINISTRATION |
| 6/27/2011 | AJG | 0.60 | 315.42 | 189.25 | REVIEWED CAPLEASE UCC'S (.6) | CASE ADMINISTRATION |
| 6/29/2011 | LS | 0.10 | 400.00 | 40.00 | REVIEW OF COMMITTEE CORRESP | CASE ADMINISTRATION |
| | | | | | REVIEW OF FTI REPORT WITH NOTES SENT TO | |
| 7/4/2011 | AJG | 2.10 | 315.42 | 662.37 | AMG.(2.1) | CASE ADMINISTRATION |
| 7/6/2011 | LS | 0.50 | 400.00 | 200.00 | REVIEW OF PETITION BACKUP | CASE ADMINISTRATION |
| 7/6/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF WEST END DIVIDENDS STRATEGY FILE | CASE ADMINISTRATION |

Schedule A

| DATE | ATTY | TIME (hrs) | RATE | VALUE | DIARY | CHART |
|------|------|-----------|------|-------|-------|-------|
| 7/6/2011 | RRL | 1.10 | 550.00 | 605.00 | REVIEW OF FIRST INTERIM REPORT OF 1M | CASE ADMINISTRATION |
| 7/8/2011 | AMG | 1.40 | 550.00 | 770.00 | REVIEW OF REVISED SUB CON REPORT | CASE ADMINISTRATION |
| 7/8/2011 | RRL | 0.30 | 550.00 | 165.00 | REVIEW ESCROW ACCOUNTS | CASE ADMINISTRATION |
| 7/11/2011 | AMG | 1.20 | 550.00 | 660.00 | REVIEW OF FTI REPORT AND EXHIBIT | CASE ADMINISTRATION |
| 7/11/2011 | RRL | 0.80 | 550.00 | 440.00 | REVIEW OF DRAFT FTI REPORT | CASE ADMINISTRATION |
| 7/12/2011 | AJG | 0.80 | 315.42 | 252.33 | REVIEW OF FTI MODEL (.8) | CASE ADMINISTRATION |
| 7/15/2011 | LS | 0.50 | 400.00 | 200.00 | REVIEW OF MERGED CREDITOR SCHEDULES | CASE ADMINISTRATION |
| 7/15/2011 | LS | 0.50 | 400.00 | 200.00 | REVIEW OF LP ACCT RECONCILIATIONS | CASE ADMINISTRATION |
| 7/19/2011 | AMG | 0.50 | 550.00 | 275.00 | REVIEW OF REVISED FTI REPORT | CASE ADMINISTRATION |
| 7/19/2011 | BBN | 0.40 | 325.00 | 130.00 | REVIEW OF CENTURY FILE AND NOTES | CASE ADMINISTRATION |
| | | | | | REVIEW OF SCHEDULES/LP ACCOUNT | |
| 7/19/2011 | LS | 0.60 | 400.00 | 240.00 | RECONCILIATIONS | CASE ADMINISTRATION |
| 7/20/2011 | AMG | 0.30 | 550.00 | 165.00 | REVIEW OF SUB CON (.3) | CASE ADMINISTRATION |
| 7/20/2011 | LN | 1.50 | 110.00 | 165.00 | REVIEW OF OPERATING REPORTS FOR JUNE | CASE ADMINISTRATION |
| 7/20/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF OP REPORT | CASE ADMINISTRATION |
| 7/20/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF ASSET LIST FOR JUNE OP REPORTS | CASE ADMINISTRATION |
| | | | | | REVIEW OF EMAILS TO COURT REGARDING | |
| 7/21/2011 | AMG | 0.30 | 550.00 | 165.00 | FOGERTY, BAUM | CASE ADMINISTRATION |
| 7/22/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF INVESTOR CORRESPONDENCE | CASE ADMINISTRATION |
| 7/22/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF HESLIN REVISIONS TO OP REPORTS | CASE ADMINISTRATION |
| | | | | | REVIEW OF DOCKETS RE APPEARANCES; CLOSING | |
| 7/25/2011 | LS | 0.40 | 400.00 | 160.00 | CASES | CASE ADMINISTRATION |
| 7/25/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF CASE ASSOCIATIONS | CASE ADMINISTRATION |
| 7/25/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF OP REPORTS WITH AMG | CASE ADMINISTRATION |
| 7/25/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF IBERIA STIP RE SALE/DEED IN LIEU | CASE ADMINISTRATION |
| 7/25/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF ORIGINAL SCHEDULES AND ASSET LIST | CASE ADMINISTRATION |
| 7/26/2011 | LS | 0.60 | 400.00 | 240.00 | REVIEW OF SCHEDULES | CASE ADMINISTRATION |
| 7/26/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF APPEARANCES & SERVICE LISTS | CASE ADMINISTRATION |
| 7/26/2011 | RRL | 1.20 | 550.00 | 660.00 | REVIEW OF SUBS CON SOL TRANSCRIPT | CASE ADMINISTRATION |
| 7/27/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF ASSET LIST - REVISED | CASE ADMINISTRATION |
| 7/27/2011 | RMS | 0.20 | 400.00 | 80.00 | REVIEW OF DOCS AND STATUTES ON MONITOR | CASE ADMINISTRATION |
| 7/28/2011 | RRL | 0.40 | 550.00 | 220.00 | REVIEW OF DIST COURT TRANSCRIPT | CASE ADMINISTRATION |
| 7/29/2011 | HEF | 0.60 | 400.00 | 240.00 | REVIEW OF RADS OFFERING DOCUMENTS (.6); | CASE ADMINISTRATION |
| 8/1/2011 | BBN | 0.80 | 325.00 | 260.00 | REVIEW OF UCC FILE | CASE ADMINISTRATION |
| 8/1/2011 | LS | 0.60 | 400.00 | 240.00 | REVIEW OF LP RECONCILIATION BINDERS | CASE ADMINISTRATION |
| 8/2/2011 | HEF | 0.70 | 400.00 | 280.00 | REVIEW OF KULISH DOCUMENTS (.7) | CASE ADMINISTRATION |
| 8/2/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF NOTES TO SCHEDULE REVISIONS | CASE ADMINISTRATION |
| 8/2/2011 | LS | 0.40 | 400.00 | 160.00 | REVIEW OF LP RECONCILIATIONS | CASE ADMINISTRATION |
| | | | | | REVIEW OF HEDGE ARRANGEMENTS (2.4); REVIEW | |
| | | | | | OF RELATED DZ BANK TRANSACTION DOCUMENTS | |
| 8/3/2011 | HEF | 4.80 | 400.00 | 1,920.00 | (2.4); | CASE ADMINISTRATION |
| | | | | | REVIEW OF DOCUMENTS AND REVIEW AND REVISE | |
| 8/4/2011 | HEF | 1.90 | 400.00 | 760.00 | DRAFT SWAPS PLAN PROVISION | CASE ADMINISTRATION |
| | | | | | REVIEW OF E-MAIL RE CAPLEASE AND REVIEW | |
| 8/5/2011 | BBN | 1.20 | 325.00 | 390.00 | DOCUMENTS | CASE ADMINISTRATION |
| | | | | | REVIEW OF REVISIONS TO SCHEDULES FROM WEST | |
| 8/5/2011 | LS | 0.80 | 400.00 | 320.00 | END | CASE ADMINISTRATION |
| 8/5/2011 | LS | 0.40 | 400.00 | 160.00 | REVIEW OF UPDATES LPACCOUNT INFO | CASE ADMINISTRATION |
| | | | | | REVIEW NORTHLIGHT FUND LP AGREEMENTS (1.3); | |
| 8/8/2011 | HEF | 3.50 | 400.00 | 1,400.00 | REVIEW DELAWARE PARTNERSHIP STATUTES (2.2); | CASE ADMINISTRATION |
| 8/8/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF DOCKET | CASE ADMINISTRATION |
| 8/8/2011 | LS | 0.40 | 400.00 | 160.00 | REVIEW OF LP SPREADSHEET | CASE ADMINISTRATION |
| 8/9/2011 | LS | 0.40 | 400.00 | 160.00 | REVIEW OF UPDATED ACCOUNT RECONCILIATIONS | CASE ADMINISTRATION |
| 8/10/2011 | AJG | 2.40 | 315.42 | 757.00 | REVIEW OF SCHEDULES (2.4) | CASE ADMINISTRATION |
| 8/10/2011 | LN | 0.80 | 110.00 | 88.00 | REVIEW SCHEDULES AND SPREADSHEETS FOR LS. | CASE ADMINISTRATION |
| | | | | | REVIEW OF W.E. REAL ESTATE SCHEDULES AND | |
| 8/10/2011 | LS | 0.30 | 400.00 | 120.00 | AMENDMENT | CASE ADMINISTRATION |
| 8/10/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF DOCKET | CASE ADMINISTRATION |
| | | | | | REVIEW OF 3/15/11 STATEMENT OF ASSETS AND | |
| 8/10/2011 | LS | 0.10 | 400.00 | 40.00 | LIABILITIES | CASE ADMINISTRATION |
| | | | | | REVIEW OF JUNE 30, 2011 CONSOLIDATED ASSET & | |
| 8/10/2011 | LS | 0.10 | 400.00 | 40.00 | LIABILITIES STATEMENT | CASE ADMINISTRATION |
| 8/10/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF ADDITIONAL REVISIONS TO SCHEDULES | CASE ADMINISTRATION |
| 8/11/2011 | RMS | 0.20 | 400.00 | 80.00 | REVIEW OF BAR DOCS FROM LS | CASE ADMINISTRATION |
| | | | | | REVIEW OF BAR DOCS, SERVICE LIST AND SERVICE | |
| 8/12/2011 | RMS | 0.30 | 400.00 | 120.00 | COPY OF RADKE MOTION | CASE ADMINISTRATION |
| | | | | | REVIEW OF AOS FROM AG AND LISTS FOR SAME | |
| 8/12/2011 | RMS | 0.30 | 400.00 | 120.00 | AND FILING NOTICES | CASE ADMINISTRATION |
| 8/15/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF SERVICE LIST | CASE ADMINISTRATION |
| 8/17/2011 | LS | 0.50 | 400.00 | 200.00 | REVIEW OF TRUST AGREEMENT | CASE ADMINISTRATION |
| 8/18/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF NEW NORTH LIGHT TERM SHEET | CASE ADMINISTRATION |

Schedule A

| DATE | ATTY | TIME (hrs) | RATE | VALUE | DIARY | CHART |
|------|------|------------|------|-------|-------|-------|
| 8/22/2011 | BBN | 2.50 | 325.00 | 812.50 | REVIEW OF DZ 6/8/2008 CLOSING BINDER FOR ISDA AGREEMENTS - NFA FUNDING LLC | CASE ADMINISTRATION |
| 8/22/2011 | BBN | 2.40 | 325.00 | 780.00 | REVIEW OF DZ 6/8/2008 CLOSING BINDER FOR ISDA AGREEMENTS - NFA EQUIPMENT FUND I LP | CASE ADMINISTRATION |
| 8/22/2011 | HEF | 2.30 | 400.00 | 920.00 | REVIEW OF ALL DOCUMENTS(2.3) | CASE ADMINISTRATION |
| 8/22/2011 | LN | 0.80 | 110.00 | 88.00 | REVIEW OF SCHEDULES FOR JULY FOR LS. | CASE ADMINISTRATION |
| 8/23/2011 | BBN | 1.30 | 325.00 | 422.50 | REVIEW OF 2008 DZ BINDER FOR PRIOR WATERFALL RE: WHERE CENTURY WOULD BE POSSIBLE PRIME OF NORTHLIGHT | CASE ADMINISTRATION |
| 8/23/2011 | HEF | 2.20 | 400.00 | 880.00 | REVIEW OF EMAILS INCLUDING 04/11/11 EMAIL TO BOB WOODS, 04/12/11 EMAIL TO MARC LOPRESTI, 05/08/11 EMAIL TO ROBERT LEINWAND (2.2); | CASE ADMINISTRATION |
| 8/23/2011 | JDD | 0.60 | 425.00 | 255.00 | REVIEW OF INSURANCE POLICY RE DISCLOSURE STATEMENT AND FRAUD ISSUE | CASE ADMINISTRATION |
| 8/23/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF JULY OP REPORTS | CASE ADMINISTRATION |
| 8/23/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF CONSOLIDATED ASSET LIST | CASE ADMINISTRATION |
| 8/24/2011 | BBN | 1.20 | 325.00 | 390.00 | REVIEW OF REQUEST RE CENTURY SECURITIES PLEDGEAGREEMENT AND UCC 1 FILINGS AND REVIEW FILES FOR MATERIALS | CASE ADMINISTRATION |
| 8/24/2011 | BBN | 0.50 | 325.00 | 162.50 | REVIEW OF HEF EMAILS RE DEC 2009 NORTHLIGHT CLOSING BINDER | CASE ADMINISTRATION |
| 8/24/2011 | LN | 0.30 | 110.00 | 33.00 | REVIEWED DISCLOSURE STATEMENT FOR LS (.3). | CASE ADMINISTRATION |
| 8/24/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF HISTORY WITH AJG | CASE ADMINISTRATION |
| 8/25/2011 | JDD | 1.50 | 425.00 | 637.50 | REVIEW OF PROPOSED DISCLOSURE STATEMENT | CASE ADMINISTRATION |
| 8/25/2011 | LS | 0.50 | 400.00 | 200.00 | REVIEW OF OP REPORTS | CASE ADMINISTRATION |
| 8/25/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF CONSOLIDATED ASSET LIST | CASE ADMINISTRATION |
| 8/26/2011 | LS | 0.70 | 400.00 | 280.00 | REVIEW OF PCEAWITH RRL | CASE ADMINISTRATION |
| 8/26/2011 | LS | 0.40 | 400.00 | 160.00 | REVIEW OF NOTES RE PCEA | CASE ADMINISTRATION |
| 8/29/2011 | AMG | 1.50 | 550.00 | 825.00 | REVIEW OF NORTHLIGHT REPORTS ON HARD MONEY AND FRANCHISE FUNDS | CASE ADMINISTRATION |
| 8/30/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF MEMO RE IBERIA BANK/CENTURY BANK LOANS | CASE ADMINISTRATION |
| 8/31/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF SPREADSHEET RE NET EQUITY INTEREST WONFF | CASE ADMINISTRATION |
| 8/31/2011 | RMS | 0.10 | 400.00 | 40.00 | REVIEW OF NOTES FROM LS TO AMG ON REPORTS | CASE ADMINISTRATION |
| 9/1/2011 | LS | 0.40 | 400.00 | 160.00 | REVIEW OF PCEA | CASE ADMINISTRATION |
| 9/9/2011 | RMS | 0.50 | 400.00 | 200.00 | REVIEW OF DOCS REGARDING BUDGET AND D.S. BY LISTS WITH LS TO PREPARE FOR SERVICE AND AOS FROM LS | CASE ADMINISTRATION |
| 9/12/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF IRS NOTICES RE TAX RETURNS | CASE ADMINISTRATION |
| 9/13/2011 | BBN | 0.60 | 325.00 | 195.00 | REVIEW OF SYSTEM FOR MEMO RE WATERFALL | CASE ADMINISTRATION |
| 9/14/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF ASSET & LIABILITIES SCHEDULES | CASE ADMINISTRATION |
| 9/19/2011 | HEF | 4.90 | 400.00 | 1,960.00 | REVIEW OF WEST END MORTGAGE FINANCE FUND LP AGREEMENT AND WEST END FIXED INCOME PARTNERS LP AGREEMENT AND THREE (3) NORTHLIGHT FUND LP AGREEMENTS (4.9); | CASE ADMINISTRATION |
| 9/19/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF CONSOLIDATED SCHEDULES | CASE ADMINISTRATION |
| 9/19/2011 | LS | 0.70 | 400.00 | 280.00 | REVIEW OF PETITION BACKUP | CASE ADMINISTRATION |
| 9/19/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF 1007 AND ASSET/LIABILITIES SCHEDULE | CASE ADMINISTRATION |
| 9/19/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF UPDATED CONSOLIDATED SCHEDULE OF ASSETS AND LIABILITIES | CASE ADMINISTRATION |
| 9/20/2011 | BBN | 0.70 | 325.00 | 227.50 | REVIEW OF EMAILS FOR A CROWDER/MERRILL MIPA AND DOCUMENTS FOR DAYLIGHT REPORT AND SUPPORTING SCHEDULES FOR REQUESTED DOCUMENTS AND EMAIL | CASE ADMINISTRATION |
| 9/20/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF ASSET/LIABILITIES SCHEDULE FOR AUG OP REPORT | CASE ADMINISTRATION |
| 9/20/2011 | LS | 0.60 | 400.00 | 240.00 | REVIEW OF JUNE AND JULY OP REPORTS | CASE ADMINISTRATION |
| 9/21/2011 | BBN | 1.70 | 325.00 | 552.50 | REVIEW OF HEF MEMO RE DZ WATERFALL | CASE ADMINISTRATION |
| 9/21/2011 | BBN | 2.30 | 325.00 | 747.50 | REVIEW OF CD OF DZ BANK JAN 2010 CLOSING FOR DETAILS REQUIRED | CASE ADMINISTRATION |
| 9/21/2011 | BBN | 1.20 | 325.00 | 390.00 | REVIEWOF DZ FLOA WATERFALL LANGUAGE | CASE ADMINISTRATION |
| 9/21/2011 | HEF | 1.30 | 400.00 | 520.00 | REVIEW OF DRAFTS OF CONSENTS FOR WEST END CAPITAL MANAGEMENT LLC; UC FAMILY LIMITED PARTNERSHIP AND WEST END FINANCIAL ADVISORS LLC (.8); REVIEW OF DRAFT OF OFFER OF SETTLEMENT OF SENTINEL (.5) | CASE ADMINISTRATION |
| 9/21/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF AUG OP REPORT WITH AMG | CASE ADMINISTRATION |
| 9/21/2011 | LS | 1.20 | 400.00 | 480.00 | REVIEW OF IBENA STIP RE WHALER LANE PROPERTY | CASE ADMINISTRATION |
| 9/21/2011 | LS | 0.40 | 400.00 | 160.00 | REVIEW OF SCHEDULE OF ASSETS AND LIABILITIES | CASE ADMINISTRATION |

Schedule A

| DATE | ATTY | TIME (hrs) | RATE | VALUE | DIARY | CHART |
|------|------|-----------|------|-------|-------|-------|
| 9/21/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF OP REPORTS AND BACKUP | CASE ADMINISTRATION |
| 9/22/2011 | BBN | 1.30 | 325.00 | 422.50 | REVIEW OF ISSUE RE WATERFALL PAYMENT | CASE ADMINISTRATION |
| 9/22/2011 | HEF | 2.40 | 400.00 | 960.00 | REVIEW OF WEST LB CREDIT AGREEMENT (1.4) AND FILES (1 .0). | CASE ADMINISTRATION |
| 9/23/2011 | HEF | 1.40 | 400.00 | 560.00 | REVIEW OF TRANSACTION DOCUMENTS (1.2) AND EMAILS TO AND FROM MITCHELL GREENE AND FRED RINGEL (.2); | CASE ADMINISTRATION |
| 9/23/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF SCHEDULES | CASE ADMINISTRATION |
| 9/26/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF PCEA | CASE ADMINISTRATION |
| 9/26/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF RETURN MAIL | CASE ADMINISTRATION |
| 9/27/2011 | HEF | 0.90 | 400.00 | 360.00 | REVIEW OF FILE DOCUMENTS AND PROPOSED SUBORDINATION AGREEMENT (.9); | CASE ADMINISTRATION |
| 9/27/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF DOCKETS RE FILING DATES | CASE ADMINISTRATION |
| 9/27/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF E-FILING RULES RE SERVICE VIA EMAIL | CASE ADMINISTRATION |
| 9/28/2011 | FBR | 0.20 | 475 | 95.00 | REVIEW OF EMAILS FROM HESLIN REGARDING REQUESTED CHANGES TO POST-CONFIRMATION AGREEMENT (0.2); | CASE ADMINISTRATION |
| 9/28/2011 | HEF | 1.40 | 400.00 | 560.00 | REVIEW OF EXTENSION AND MODIFICATION AGREEMENT (.4); REVIEW OF AMAGANSETT GOVERNANCE DOCUMENTS (.8); AND EMAILS TO AND FROM DON DEVITT (.2) | CASE ADMINISTRATION |
| 9/28/2011 | HEF | 1.20 | 400.00 | 480.00 | REVIEW OF W/E MORTGAGE OPPORTUNITY FUND FILE DOCUMENTS (1.2); | CASE ADMINISTRATION |
| 9/28/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF PCEA | CASE ADMINISTRATION |
| 9/30/2011 | HEF | 2.80 | 400.00 | 1,120.00 | REVIEW OF DECEMBER 18, 2009 SECOND AMENDMENT TO WESTLB CREDIT AGREEMENT (1 .0) AND 09/21/07 WESTLB CREDIT AGREEMENT (1.8) | CASE ADMINISTRATION |
| 9/30/2011 | HEF | 2.80 | 400.00 | 1,120.00 | REVIEW OF NORTH LIGHT LP AGREEMENTS AND LOAN AGREEMENT (2.8); | CASE ADMINISTRATION |
| 10/3/2011 | FBR | 0.20 | 475 | 95.00 | REVIEW OF FIORETTI CV--CANDIDATE FOR PA POSITION FROM COMMITTEE | CASE ADMINISTRATION |
| 10/3/2011 | FBR | 1.80 | 475 | 855.00 | REVIEW OF SECOND AMENDED NOTE FOR REAL ESTATE FUND TO PREPARE DISCUSSION OF WATERFALL | CASE ADMINISTRATION |
| 10/3/2011 | LS | 0.40 | 400.00 | 160.00 | REVIEW OF SCHEDULES | CASE ADMINISTRATION |
| 10/3/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF ASSET LIST | CASE ADMINISTRATION |
| 10/3/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF AUG OP REPORT FOR ECF AND UST | CASE ADMINISTRATION |
| 10/4/2011 | BBN | 1.20 | 325.00 | 390.00 | REVIEW OF WEST LB PDF | CASE ADMINISTRATION |
| 10/5/2011 | AJG | 1.50 | 315.42 | 473.12 | REVIEW OF NUMBERS WITH AMG AND FBR FOR PROJECTIONS ON DISCO STATEMENTS (1.2) REVIEWED REORG VS LIQUIDATING OPTION WITH FBR (1.3) | CASE ADMINISTRATION |
| 10/5/2011 | BBN | 1.10 | 325.00 | 357.50 | REVIEW OF ISDA MASTER HEDGE AGREEMENT AND NOTE RE REQUIREMENTS FOR COMPLETE AGREEMENT | CASE ADMINISTRATION |
| 10/5/2011 | HEF | 2.80 | 400.00 | 1,120.00 | REVIEW OF DOCUMENTS IN CONNECTION THEREWITH (2.8) | CASE ADMINISTRATION |
| 10/6/2011 | AJG | 2.20 | 315.42 | 693.91 | REVIEW OF TREASURY REGULATIONS RE LIQUIDATING TRUST AND 5 YR TIME LIMITS | CASE ADMINISTRATION |
| 10/6/2011 | BBN | 1.80 | 325.00 | 585.00 | REVIEW OF HEF DISCLOSURE STMT RE WEST LB WATERFALL | CASE ADMINISTRATION |
| 10/6/2011 | BBN | 2.60 | 325.00 | 845.00 | REVIEW OF WEST LB 2007 CREDIT AND SECURITY AGREEMENT FOR KEY TERMS OF LOAN | CASE ADMINISTRATION |
| 10/6/2011 | BBN | 0.70 | 325.00 | 227.50 | REVIEW OF NOTES RE WEST LB FACILITY AND PARTIES | CASE ADMINISTRATION |
| 10/6/2011 | BBN | 1.70 | 325.00 | 552.50 | REVIEW OF WEST LB 2007 PURCHASE AGREEMENT FOR TERMS OF MORTGAGE LOAN PURCHASE BETWEEN MERCURY AND MCC | CASE ADMINISTRATION |
| 10/7/2011 | BBN | 2.10 | 325.00 | 682.50 | REVIEW OF SECOND AMENDMENT TO CREDIT FACILITY | CASE ADMINISTRATION |
| 10/7/2011 | HEF | 0.50 | 400.00 | 200.00 | REVIEW OF REVISED DRAFT. (.5) | CASE ADMINISTRATION |
| 10/10/2011 | BBN | 0.60 | 325.00 | 195.00 | REVIEWOF DISCLOSURE STATEMENT CIRCULATED RE HISTORY | CASE ADMINISTRATION |
| 10/10/2011 | FBR | 1.10 | 475 | 522.50 | REVIEW OF PA CANDIDATE RESUMES AND CV AND TRANSMIT TO HESLIN | CASE ADMINISTRATION |
| 10/10/2011 | HEF | 1.20 | 400.00 | 480.00 | REVIEW DOCUMENTS PROVIDED BY KOUFFMAN (.4); REVIEW OF AMAGANSETT REALTY GROUP, LLC OPERATING AGREEMENT (.4); AND AMAGANSETT REALTY HOLDINGS LLC OPERATING AGREEMENT (.4) | CASE ADMINISTRATION |
| 10/10/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF 15 SOUTHWOOD COURT CONTRACT AND RIDER | CASE ADMINISTRATION |
| 10/10/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF APPRAISERS | CASE ADMINISTRATION |

8

Schedule A

| DATE | ATTY | TIME (hrs) | RATE | VALUE | DIARY | CHART |
|---|---|---|---|---|---|---|
| 10/11/2011 | HEF | 1.40 | 400.00 | 560.00 | REVIEW OF NORTHLIGHT LOAN & LPAGMTS (1.4) | CASE ADMINISTRATION |
| 10/11/2011 | LS | 0.40 | 400.00 | 160.00 | REVIEW OF SCHEDULES RE SOUTHWOOD COURT OWNERSHIP; PARCELS AND MORTGAGES | CASE ADMINISTRATION |
| 10/11/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF TRUSTEE GUIDELINES RE FEE SCHEDULE | CASE ADMINISTRATION |
| 10/12/2011 | AJG | 1.10 | 315.42 | 346.96 | REVIEW OF WATERFALL SERVING REPORTS FOR AMOUNT OF INTEREST NL HAS TAKEN OUT OVER THE LAST 8 MONTHS RE PROJECTIONS (1.1) | CASE ADMINISTRATION |
| 10/12/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF SCHEDULES | CASE ADMINISTRATION |
| 10/13/2011 | AJG | 4.30 | 315.42 | 1,356.29 | REVIEW OF DUTY OF CARE DEL CASES CONCERNING GP'S. (4.3) | CASE ADMINISTRATION |
| 10/14/2011 | HEF | 1.20 | 400.00 | 480.00 | REVIEW OF WESTLB LOAN DOCUMENTS (1.2). | CASE ADMINISTRATION |
| 10/14/2011 | HEF | 1.30 | 400.00 | 520.00 | REVIEW DZ BANK LOAN AND NORTHLIGHT LP AGREEMENTS (1.3) | CASE ADMINISTRATION |
| 10/14/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF SCHEDULES | CASE ADMINISTRATION |
| 10/14/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF LP SPREADSHEET RE CONTACT INFORMATION | CASE ADMINISTRATION |
| 10/14/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF SOUTHWOOD COURT APPRAISALS | CASE ADMINISTRATION |
| 10/17/2011 | AJG | 1.30 | 315.42 | 410.04 | REVIEW OF NL LEGAL BILLS | CASE ADMINISTRATION |
| 10/17/2011 | BBN | 2.40 | 325.00 | 780.00 | REVIEW OF DZ BANK CONFIRMATION FOR HEDGE AGREEMENTS AND REVIEW NOTES ON ISDA MASTER AGREEMENT TERMS WITH RESPECT TO NEW YORK AND LONDON TERMS | CASE ADMINISTRATION |
| 10/17/2011 | FBR | 0.20 | 475 | 95.00 | REVIEW OF PROPOSALS FOR PA INCENTIVES (0.2); | CASE ADMINISTRATION |
| 10/18/2011 | BBN | 0.30 | 325.00 | 97.50 | REVIEW OF RESPONSE RE REQUEST FOR REFERENCE NUMBER LIST AND UNDERLYING LOAN | CASE ADMINISTRATION |
| 10/18/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF ASSIGNMENT TO WESOP | CASE ADMINISTRATION |
| 10/18/2011 | LS | 0.10 | 400.00 | 40.00 | REVIEW OF WESOP SCHEDULES | CASE ADMINISTRATION |
| 10/19/2011 | BBN | 0.50 | 325.00 | 162.50 | REVIEW OF NOTES ON WESTLB FACILITY FROM FILE RE DISCO | CASE ADMINISTRATION |
| 10/19/2011 | BBN | 1.70 | 325.00 | 552.50 | REVIEW OF FIRST AMENDMENT AND DRAFT NOTES RE KEY POINTS RE DISCO | CASE ADMINISTRATION |
| 10/19/2011 | BBN | 0.80 | 325.00 | 260.00 | REVIEW OF DISCLOSURE STATEMENT AND HIGHLIGHT REFERENCES TO MISSING FIRST AMENDMENT | CASE ADMINISTRATION |
| 10/19/2011 | HEF | 0.40 | 400.00 | 160.00 | REVIEW OF FIRST AMENDMENT TO WESTLB CREDIT AGREEMENT AND CONFERENCE WITH BRENDA NATARAJAN (.4 | CASE ADMINISTRATION |
| 10/19/2011 | RMS | 0.20 | 400.00 | 80.00 | REVIEW OF CLAIMS FILED AND LETTERS TO COURT | CASE ADMINISTRATION |
| 10/20/2011 | BBN | 0.80 | 325.00 | 260.00 | REVIEW OF FIRST AND SECOND AMENDMENT FOR POSSIBLE EXPLANATION OF INCONSISTENCIES RE WEST LB | CASE ADMINISTRATION |
| 10/20/2011 | BBN | 0.30 | 325.00 | 97.50 | REVIEW DRAFT AND REDLINE OF WEST LB DISCLOSURE STATEMENT | CASE ADMINISTRATION |
| 10/20/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF SERVICE LIST & UPDATED ADDRESSES | CASE ADMINISTRATION |
| 10/21/2011 | HEF | 0.20 | 400.00 | 80.00 | REVIEW OF NEW DRAFT OF WESTLB WATERFALL SUMMARY FROM BRENDA NATARAJAN. | CASE ADMINISTRATION |
| 10/24/2011 | AJG | 3.00 | 315.42 | 946.25 | REVIEW OF N/L LEGAL BILLS FOR REASONABLENESS (1.9); REVIEW OF LOPRESTI POST PETITION BILLS FOR REASONABLENESS(1.1 ) | CASE ADMINISTRATION |
| 10/24/2011 | FBR | 0.30 | 475 | 142.50 | REVIEW OF SIX MONTH POST CONFIRMATION BUDGET REQUESTED BY NORTHLIGHT | CASE ADMINISTRATION |
| 10/26/2011 | AMG | 0.30 | 550.00 | 165.00 | REVIEW OF SEC DECISION ON GOULD | CASE ADMINISTRATION |
| 10/27/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF RELEASE WITH HEF | CASE ADMINISTRATION |
| 10/27/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF SIGNATURES FOR RELEASE WITH HEF | CASE ADMINISTRATION |
| 10/27/2011 | LS | 0.60 | 400.00 | 240.00 | REVIEW OF SEPTEMBER OPERATING REPORT | CASE ADMINISTRATION |
| 10/27/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF REVISED SEPTEMBER OPERATING REPORT | CASE ADMINISTRATION |
| 10/27/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF WEFA & WESOP SCHEDULES RE SOUTHWOOD COURT, LLC INT & MORTGAGE | CASE ADMINISTRATION |
| 10/27/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF DISCO RE SW COURT MORTGAGE | CASE ADMINISTRATION |
| 10/28/2011 | HEF | 0.40 | 400.00 | 160.00 | REVIEW OF SOUTHWOOD COURT RELEASE | CASE ADMINISTRATION |
| 10/31/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF HESLIN EXECUTION PAGES ON STIPIRELEASE | CASE ADMINISTRATION |
| 11/1/2011 | HEF | 1.30 | 400.00 | 520.00 | REVIEW OF AUGUST 19, 2010 SUBORDINATION AGREEMENT AND RELATED DOCUMENTS (1.0); REVIEW OF DECEMBER 1, 2005 ASSIGNMENT (.3); | CASE ADMINISTRATION |
| 11/1/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF SUBORDINATION AGT | CASE ADMINISTRATION |

Schedule A

| DATE | ATTY | TIME (hrs) | RATE | VALUE | DIARY | CHART |
|------|------|-----------|------|-------|-------|-------|
| 11/7/2011 | AJG | 1.10 | 315.42 | 346.96 | REVIEWED NEW CASH COLLATERAL STIP FROM N/L. | CASE ADMINISTRATION |
| 11/8/2011 | RRL | 0.40 | 550.00 | 220.00 | REVIEW OF COURT TRANSCRIPT RE 11/8 HEARING | CASE ADMINISTRATION |
| 11/15/2011 | RRL | 0.50 | 550.00 | 275.00 | REVIEW OF ALLOCUTION OF ISRAEL AND MADOFF RE: MEETING WITH LANDBERG'S LAWYER | CASE ADMINISTRATION |
| 11/18/2011 | AMG | 0.20 | 550.00 | 110.00 | REVIEW OF LANDBERG PLEA | CASE ADMINISTRATION |
| 11/18/2011 | AJG | 0.60 | 315.42 | 189.25 | REVIEW OF LANDBERG PLEA | CASE ADMINISTRATION |
| 11/21/2011 | AMG | 0.50 | 550.00 | 275.00 | REVIEW OF LANDBERG PLEA | CASE ADMINISTRATION |
| 11/21/2011 | AJG | 0.60 | 315.42 | 189.25 | REVIEWED THE CRANDEL SETTLEMENT WITH THE SEC,(.6) | CASE ADMINISTRATION |
| 11/22/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF OCTOBER OPERATING REPORT | CASE ADMINISTRATION |
| 11/23/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF CALENDAR | CASE ADMINISTRATION |
| 11/29/2011 | AMG | 0.80 | 550.00 | 440.00 | REVIEW OF TRANSCRIPT OF SEC SETTLEMENT WITH LANDBERG (.8); | CASE ADMINISTRATION |
| 11/29/2011 | AJG | 0.80 | 315.42 | 252.33 | REVIEW OF KRAMER'S DEAL WITH THE SEC RE INSURANCE AND HIS RIGHT TO THE POLICY. (.8) | CASE ADMINISTRATION |
| 11/30/2011 | AJG | 2.80 | 315.42 | 883.16 | REVIEW OF DOCS WITH CLIENT TO EXPLAIN ALL CHANGES AND MADE HIS LAST EDITS (2.8) | CASE ADMINISTRATION |
| 12/1/2011 | LS | 0.10 | 400.00 | 40.00 | REVIEW OF NOTICE OF ADJOURNMENT OF KRAMER STAY MOTION | CASE ADMINISTRATION |
| 12/1/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF SCHEDULING ORDER | CASE ADMINISTRATION |
| 12/1/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF OCTOBER OPERATING REPORT | CASE ADMINISTRATION |
| 12/1/2011 | LS | 0.10 | 400.00 | 40.00 | REVIEW OF SEPT OP REPORT TO COMPARE WITH OCTOBER | CASE ADMINISTRATION |
| 12/5/2011 | AJG | 2.40 | 315.42 | 757.00 | REVIEW OF DEFAULTS OF LOANS IN FRANCHISE FUND. REVIEW OF LOAN AGREEMENTS (2.4) | CASE ADMINISTRATION |
| 12/9/2011 | AMG | 1.00 | 550.00 | 550.00 | REVIEW OF LETTER TO PROSECUTOR FROM RAY AND MOORE REVISIONS | CASE ADMINISTRATION |
| 12/16/2011 | AMG | 0.20 | 550.00 | 110.00 | REVIEW OF EMAIL TO RAY AND NORTH LIGHT REGARDING DEFAULT | CASE ADMINISTRATION |
| 12/16/2011 | AJG | 1.30 | 315.42 | 410.04 | REVIEW OF DZ LOAN AGREEMENT (1.3) | CASE ADMINISTRATION |
| 12/20/2011 | HEF | 0.40 | 400.00 | 160.00 | REVIEW OF IVYWOOD LLC AGREEMENT FOR SALE OF MEMBERSHIP AGREEMENT | CASE ADMINISTRATION |
| 12/22/2011 | AJG | 1.00 | 315.42 | 315.42 | REVIEW OF NORTHLIGHT LOAN DOCS (1.0) | CASE ADMINISTRATION |
| 12/22/2011 | HEF | 1.00 | 400.00 | 400.00 | REVIEW OF DECEMBER 18, 2009 LOAN AGREEMENT AND ALLONGE, WITH NORTHLIGHT | CASE ADMINISTRATION |
| 12/22/2011 | HEF | 0.90 | 400.00 | 360.00 | REVIEW OF DRAFT OF NOTE. WITH NORTH LIGHT | CASE ADMINISTRATION |
| 12/22/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF SCHEDULES AND INVESTOR CREDITORS SCHEDULES | CASE ADMINISTRATION |
| 12/27/2011 | AJG | 2.80 | 315.42 | 883.16 | REVIEW OF LOAN DOCS RELATED TO UNDERSTAND THE DEFAULTS NFA | CASE ADMINISTRATION |
| 12/28/2011 | LS | 0.10 | 400.00 | 40.00 | REVIEW OF RETURN MAIL | CASE ADMINISTRATION |
| 1/3/2012 | HEF | 0.30 | 400.00 | 120.00 | REVIEW VRP PURCHASE AGREEMENT REGARDING PASS THROUGH OF SWAP PAYMENTS RE NORTH LIGHT LOAN | CASE ADMINISTRATION |
| 1/4/2012 | AMG | 0.30 | 550.00 | 165.00 | REVIEW OF RADKE CLAIM | CASE ADMINISTRATION |
| 1/4/2012 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF ADMIN WAIVER WITH AMG | CASE ADMINISTRATION |
| 1/4/2012 | LS | 0.10 | 400.00 | 40.00 | REVIEW OF EMAIL RE FTI FEES AND EXPENSES | CASE ADMINISTRATION |
| 1/5/2012 | BBN | 1.20 | 325.00 | 390.00 | REVIEW OF NOTES AND DIAGRAMS RE LIMITED RECOURSE FUNDS AND STRUCTURE OF DZ DEAL | CASE ADMINISTRATION |
| 1/5/2012 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF SALE MOTION | CASE ADMINISTRATION |
| 1/5/2012 | LS | 0.40 | 400.00 | 160.00 | REVIEW OF EXHIBITS TO SALE MOTION | CASE ADMINISTRATION |
| 1/6/2012 | AJG | 1.60 | 315.42 | 504.66 | REVIEW OF RADKE FEE APPLICATION (1.6) | CASE ADMINISTRATION |
| 1/6/2012 | HEF | 1.40 | 400.00 | 560.00 | REVIEW OF REVISED DRAFT OF FIRST AMENDMENT TO THIRD AMENDED AND RESTATED FLOA. | CASE ADMINISTRATION |
| 1/6/2012 | HEF | 0.50 | 400.00 | 200.00 | REVIEW NFA ACTION PLAN DATED NOVEMBER 30, 2011 AND UPDATED AS OF DECEMBER 21, 2011 REGARDING JRG, GILLETTE, H&B AND STEWART BROTHERS FRANCHISE LOANS AND PROPOSED COLLECTION PLANS IN RESPECT THEREOF. | CASE ADMINISTRATION |
| 1/6/2012 | HEF | 3.40 | 400.00 | 1,360.00 | REVIEW OF JUNE 11,2010 THIRD AMENDED AND RESTATED FRANCHISE LOAN AGREEMENT TO DETERMINE IF ANY MECHANISM ALLOWS FOR DEFAULTED FRANCHISE LOANS TO BE RETURNED TO "ELIGIBLE LOAN" STATUS, LENDER OBLIGATIONS RESPECTING THE DECLARATION OF A DEFAULT AND ANY OTHER POTENTIAL RESPONSIVE ACTIONS TO MOST RECENT DECLARATION OF DEFAULT BY DZ BANK. | CASE ADMINISTRATION |

Schedule A

| DATE | ATTY | TIME (hrs) | RATE | VALUE | DIARY | CHART |
|---|---|---|---|---|---|---|
| 1/6/2012 | RMS | 0.20 | 400.00 | 80.00 | REVIEW OF AOS FOR AMG REGARDING HEARINGS | CASE ADMINISTRATION |
| 1/8/2012 | HEF | 3.00 | 400.00 | 1,200.00 | REVIEW REVISED DRAFT OF LOAN AGREEMENT FROM KASOWITZ BENSON FIRM | CASE ADMINISTRATION |
| 1/9/2012 | AMG | 1.20 | 550.00 | 660.00 | REVIEW OF NORTH LIGHT DOCUMENTS | CASE ADMINISTRATION |
| 1/9/2012 | HEF | 1.10 | 400.00 | 440.00 | REVIEW OF REVISED DRAFT OF NEW NORTH LIGHT PLEDGE AGREEMENT FROM KASOWITZ BENSON LAW FIRM. | CASE ADMINISTRATION |
| 1/10/2012 | AJG | 2.20 | 315.42 | 693.91 | REVIEW OF RECENT CASE LAW RE INSURANCE SETILEMENT E.G 11 CIRCUIT RULING(.6); AND BRIEFS (1.6) RELATION BACK RE SENTINEL INSURANCE POLICY | CASE ADMINISTRATION |
| 1/10/2012 | HEF | 0.40 | 400.00 | 160.00 | REVIEW OF EMAILS FROM ADAM GREENE RE IBERIA (.2); AND JOHN BOUGIAMAS RE IBERIA (.2) | CASE ADMINISTRATION |
| 1/10/2012 | HEF | 2.40 | 400.00 | 960.00 | REVIEW JANUARY 26, 2010 SERVICING AGREEMENT FOR RESPONSIVE ACTIONS TO DZ CLAIM OF DEFAULTED FRANCHISE LOANS. | CASE ADMINISTRATION |
| 1/10/2012 | HEF | 2.20 | 400.00 | 880.00 | REVIEW EXHIBIT E- POST-CONFIRMATION ESTATE AGREEMENT IN CONNECTION WITH NEW IBERIA BANK LOAN DOCUMENTS. | CASE ADMINISTRATION |
| 1/11/2012 | AJG | 2.10 | 315.42 | 662.37 | REVIEW OF NL SERVICING REPORT FOR LATEST UPDATE RE FRANCHISE DEFAULTS (1.8) REVIEW OF PROJECTIONS RE FRANCHISE FUND IN PLAN SUPPLEMENT IN LIGHT OF DEFAULTS (.3) | CASE ADMINISTRATION |
| 1/11/2012 | HEF | 0.70 | 400.00 | 280.00 | REVIEW OF DRAFT OF SCHEDULE 3.1 (A) TO LOAN AND SECURITY AGREEMENT FROM KASOWITZ BENSON | CASE ADMINISTRATION |
| 1/11/2012 | HEF | 1.60 | 400.00 | 640.00 | REVIEW OF JUNE 2008 NATIONAL FRANCHISE ACCEPTANCE, LLC SERVICING GUIDELINES FOR PROSPECTIVE CLAIMS AGAINST NFA REGARDING NEW DEFAULT LOANS. | CASE ADMINISTRATION |
| 1/12/2012 | HEF | 1.60 | 400.00 | 640.00 | REVIEW OTTERBOURG DRAFT OF IBERIA BANK PLEDGE AGREEMENT | CASE ADMINISTRATION |
| 1/13/2012 | AMG | 0.40 | 550.00 | 220.00 | REVIEW OF SEC LETTER REGARDING GOULD SUIT | CASE ADMINISTRATION |
| 1/13/2012 | AMG | 0.50 | 550.00 | 275.00 | REVIEW OF BALLOTS | CASE ADMINISTRATION |
| 1/13/2012 | BBN | 1.00 | 325.00 | 325.00 | REVIEW OF DZ BANK 1/2010 CLOSING BINDER FOR SERVICING GUIDELINES | CASE ADMINISTRATION |
| 1/13/2012 | BBN | 1.20 | 325.00 | 390.00 | REVIEW OF DZ BANK 6/2008 CLOSING BINDER FOR SERVICING GUIDELINES | CASE ADMINISTRATION |
| 1/13/2012 | HEF | 0.20 | 400.00 | 80.00 | REVIEW OF SECTION 2.2(B) OF IBERIA LOAN AGREEMENT (0.2) | CASE ADMINISTRATION |
| 1/16/2012 | AMG | 0.80 | 550.00 | 440.00 | REVIEW OF HESLIN PROFER | CASE ADMINISTRATION |
| 1/16/2012 | HEF | 2.40 | 400.00 | 960.00 | REVIEW REVISED DRAFT OF NEW IBERIA BANK LOAN AGREEMENT FROM IBERIA'S COUNSEL. | CASE ADMINISTRATION |
| 1/17/2012 | BBN | 0.20 | 325.00 | 65.00 | REVIEW LOAN SERVICING GUIDELINES IN DZ BANK 2008 BINDER RE: NFA DEFAULTS | CASE ADMINISTRATION |
| 1/17/2012 | BBN | 0.70 | 325.00 | 227.50 | REVIEW OF DZ BANK 2008 BINDER FOR SERVICING GUIDELINES FOR NFA AND NFA II LOANS | CASE ADMINISTRATION |
| 1/17/2012 | HEF | 1.60 | 400.00 | 640.00 | REVIEW NORTH LIGHT COMMENTS TO NEW IBERIA LOAN DOCUMENTS AND INTER-CREDITOR PROVISIONS. | CASE ADMINISTRATION |
| 1/18/2012 | HEF | 1.00 | 400.00 | 400.00 | REVIEW OF REVISED DRAFT OF IBERIA LOAN AGREEMENT FROM IBERIA'S COUNSEL (1.0); | CASE ADMINISTRATION |
| 1/18/2012 | HEF | 0.80 | 400.00 | 320.00 | REVIEW OF REVISED DRAFT OF IBERIA PLEDGE AGREEMENT FROM IBERIA'S COUNSEL | CASE ADMINISTRATION |
| 1/18/2012 | HEF | 0.50 | 400.00 | 200.00 | REVIEW OF REVISED IBERIA PROMISSORY NOTE [0.5] | CASE ADMINISTRATION |
| 1/18/2012 | HEF | 0.40 | 400.00 | 160.00 | REVIEW OF SECOND REVISED DRAFT OF IBERIA LOAN AGREEMENT FROM MATT MILLER. | CASE ADMINISTRATION |
| 1/20/2012 | AJG | 0.80 | 315.42 | 252.33 | REVIEW TURN OF IBERIA LOAN DOC SENT BY IBERIA | CASE ADMINISTRATION |
| 1/20/2012 | HEF | 0.30 | 400.00 | 120.00 | REVIEW OF NORTH LIGHT COMMENTS TO LOAN DOCUMENTS | CASE ADMINISTRATION |
| 1/20/2012 | HEF | 0.80 | 400.00 | 320.00 | REVIEW OF REVISED CAPLEASE CREDIT AND SECURITY AGREEMENT | CASE ADMINISTRATION |
| 1/23/2012 | AJG | 1.20 | 315.42 | 378.50 | REVIEW OF MARK UP OF IBERIA LOAN DOCS(1.2) | CASE ADMINISTRATION |
| 1/23/2012 | HEF | 1.00 | 400.00 | 400.00 | REVIEW REVISED DRAFT OF NEW IBERIA PLEDGE AGREEMENT | CASE ADMINISTRATION |
| 1/23/2012 | HEF | 1.60 | 400.00 | 640.00 | REVIEW REVISED DRAFT OF NEW IBERIA LOAN AGREEMENT | CASE ADMINISTRATION |
| 1/23/2012 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF WUPAC CORRESPONDENCE | CASE ADMINISTRATION |
| 1/23/2012 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF DOCKET | CASE ADMINISTRATION |
| 1/23/2012 | LS | 0.60 | 400.00 | 240.00 | REVIEW OF NOV AND DEC OP REPORTS | CASE ADMINISTRATION |

Schedule A

| DATE | ATTY | TIME (hrs) | RATE | VALUE | DIARY | CHART |
|------|------|-----------|------|-------|-------|-------|
| 1/24/2012 | HEF | 2.40 | 400.00 | 960.00 | REVIEW FRANCHISE LOAN SERVICING GUIDELINES REGARDING PROSPECTIVE CLAIM VS NATIONAL FRANCHISE ACCEPTANCE, LLC | CASE ADMINISTRATION |
| 1/24/2012 | KS | 0.50 | 201.35 | 100.68 | REVIEW MORS, REVISE, DISCUSS WITH LS AND HAVE HESLIN EXECUTE | CASE ADMINISTRATION |
| 1/24/2012 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF UST INVOICES | CASE ADMINISTRATION |
| 1/24/2012 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF DOCKETS AND CASE CLOSING FLAGS | CASE ADMINISTRATION |
| 1/25/2012 | HEF | 1.00 | 400.00 | 400.00 | REVIEW REVISED DRAFT OF IBERIA LOAN AGREEMENT. | CASE ADMINISTRATION |
| 1/25/2012 | HEF | 0.70 | 400.00 | 280.00 | REVIEW REVISED DRAFT OF IBERIA PLEDGE AGREEMENT. | CASE ADMINISTRATION |
| 1/25/2012 | HEF | 0.50 | 400.00 | 200.00 | REVIEW REVISED DRAFT OF IBERIA PROMISSORY NOTE. | CASE ADMINISTRATION |
| 4/29/2011 | KS | 0.50 | 201.35 | 100.68 | REVIEW MOTION FOR SUBSTANTIVE CONSOLIDATION RE ISSUES WITH NON DEBTOR ENTITES (.5) | CLAIMS ADMINISTRATION AND OBJECTIONS |
| 5/19/2011 | AMG | 1.00 | 550.00 | 550.00 | REVIEW OF IBERIA DISPUTED CLAIMS | CLAIMS ADMINISTRATION AND OBJECTIONS |
| 6/1/2011 | AMG | 0.20 | 550.00 | 110.00 | REVIEW OF RELIEF FROM STAY STIPULATION REGARDING IBERIA | CLAIMS ADMINISTRATION AND OBJECTIONS |
| 6/1/2011 | AMG | 0.40 | 550.00 | 220.00 | REVIEW OF MEMO REGARDING IBERIA, UCC AND AVOIDANCE OF CLAIM | CLAIMS ADMINISTRATION AND OBJECTIONS |
| 6/1/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF CLASS ACTION CORRESP/CLAIM NOTICE | CLAIMS ADMINISTRATION AND OBJECTIONS |
| 6/8/2011 | AMG | 0.50 | 550.00 | 275.00 | REVIEW OF IBERIA/CENTURY BACK UP REGARDING VOID SECURITY INTEREST AND EQUITABLE SUBORDINATION | CLAIMS ADMINISTRATION AND OBJECTIONS |
| 7/25/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF BAR DATE ORDER & NOTICE | CLAIMS ADMINISTRATION AND OBJECTIONS |
| 7/25/2011 | LS | 0.40 | 400.00 | 160.00 | REVIEW OF CLAIMS | CLAIMS ADMINISTRATION AND OBJECTIONS |
| 7/27/2011 | LS | 0.10 | 400.00 | 40.00 | REVIEW OF BAR DATE MOTION | CLAIMS ADMINISTRATION AND OBJECTIONS |
| 8/3/2011 | LS | 0.60 | 400.00 | 240.00 | REVIEW OF CLAIMS/CLAIMS NOTICE | CLAIMS ADMINISTRATION AND OBJECTIONS |
| 8/8/2011 | AMG | 0.50 | 550.00 | 275.00 | REVIEW OF CAPLEASE SECURED CLAIM | CLAIMS ADMINISTRATION AND OBJECTIONS |
| 8/8/2011 | LS | 0.80 | 400.00 | 320.00 | REVIEW OF CLAIMS REGISTERS AND CLAIMS | CLAIMS ADMINISTRATION AND OBJECTIONS |
| 8/10/2011 | LS | 0.40 | 400.00 | 160.00 | REVIEW OF CLAIMS | CLAIMS ADMINISTRATION AND OBJECTIONS |
| 8/11/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF CLAIMS | CLAIMS ADMINISTRATION AND OBJECTIONS |
| 8/25/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF CLAIMS WITH LN | CLAIMS ADMINISTRATION AND OBJECTIONS |
| 8/29/2011 | AMG | 1.20 | 550.00 | 660.00 | REVIEW OF CENTURY LOAN FILES AND DOCUMENTS REGARDING CENTURYIIBERIA DISPUTED CLAIM | CLAIMS ADMINISTRATION AND OBJECTIONS |
| 8/29/2011 | RRL | 0.40 | 550.00 | 220.00 | REVIEW OF IBERIA CLAIM | CLAIMS ADMINISTRATION AND OBJECTIONS |
| 8/30/2011 | AMG | 1.60 | 550.00 | 880.00 | REVIEW OF TRUST AGREEMENT (.4); PLAN (.3) AND DISCO (.9) | CLAIMS ADMINISTRATION AND OBJECTIONS |
| 8/31/2011 | AMG | 0.30 | 550.00 | 165.00 | REVIEW OF COMPUTATIONS (.3) | CLAIMS ADMINISTRATION AND OBJECTIONS |
| 9/6/2011 | AMG | 0.50 | 550.00 | 275.00 | REVIEW OF JANIS EMAIL AND CENTURY CLAIM (.5) | CLAIMS ADMINISTRATION AND OBJECTIONS |
| 9/6/2011 | FBR | 3.00 | 475 | 1,425.00 | REVIEW OF LOAN DOCUMENTATION RELATIVE TO PROPOSED SETTLEMENT OF CLAIM OF IBERIA BANK (3.0); | CLAIMS ADMINISTRATION AND OBJECTIONS |
| 9/7/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF BAR DATE NOTICE REVISIONS | CLAIMS ADMINISTRATION AND OBJECTIONS |
| 9/7/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF DOCKET RE BAR DATE | CLAIMS ADMINISTRATION AND OBJECTIONS |
| 9/7/2011 | LS | 0.50 | 400.00 | 200.00 | REVIEW OF FILED CLAIMS | CLAIMS ADMINISTRATION AND OBJECTIONS |
| 9/9/2011 | LS | 0.40 | 400.00 | 160.00 | REVIEW OF CLAIMS | CLAIMS ADMINISTRATION AND OBJECTIONS |
| 9/9/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF DECISIONS RE DISTRIBUTION | CLAIMS ADMINISTRATION AND OBJECTIONS |
| 9/12/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF CLAIMS REGISTER | CLAIMS ADMINISTRATION AND OBJECTIONS |
| 9/15/2011 | AMG | 0.80 | 550.00 | 440.00 | REVIEW OF CLAIMS REPORT | CLAIMS ADMINISTRATION AND OBJECTIONS |
| 9/15/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF BAR DATE MOTION RETURN MAIL AND MASTER SERVICE LIST | CLAIMS ADMINISTRATION AND OBJECTIONS |
| 9/15/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF CLAIMS | CLAIMS ADMINISTRATION AND OBJECTIONS |
| 9/20/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF CLAIMS | CLAIMS ADMINISTRATION AND OBJECTIONS |
| 9/27/2011 | AMG | 0.50 | 550.00 | 275.00 | REVIEW OF RAKOFF DECISION | CLAIMS ADMINISTRATION AND OBJECTIONS |
| 9/28/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF CLAIMS | CLAIMS ADMINISTRATION AND OBJECTIONS |
| 10/3/2011 | AMG | 0.60 | 550.00 | 330.00 | REVIEW MORTGAGE NOTE AND ASSIGNMENT REGARDING SOUTHWOOD (.6) | CLAIMS ADMINISTRATION AND OBJECTIONS |
| 10/4/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF CLAIMS WITH CL | CLAIMS ADMINISTRATION AND OBJECTIONS |
| 10/5/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF SCHEDULES RE DATAMINING CLAIM | CLAIMS ADMINISTRATION AND OBJECTIONS |
| 10/7/2011 | LS | 0.40 | 400.00 | 160.00 | REVIEW OF CLAIMS | CLAIMS ADMINISTRATION AND OBJECTIONS |
| 10/10/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF CLAIMS | CLAIMS ADMINISTRATION AND OBJECTIONS |
| 10/12/2011 | AMG | 1.30 | 550.00 | 715.00 | REVIEW OF NORTH LIGHT PROOF OF CLAIM AND BACK UP | CLAIMS ADMINISTRATION AND OBJECTIONS |
| 10/12/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF CLAIMS | CLAIMS ADMINISTRATION AND OBJECTIONS |
| 10/13/2011 | AMG | 0.50 | 550.00 | 275.00 | REVIEW OF PROOFS OF CLAIM OF GOLDSTEIN, LANDBERG AND CRANDLE | CLAIMS ADMINISTRATION AND OBJECTIONS |
| 10/14/2011 | AMG | 0.80 | 550.00 | 440.00 | REVIEW OF CLAIMS OF IBERIA AND NORTH LIGHT | CLAIMS ADMINISTRATION AND OBJECTIONS |
| 10/14/2011 | LS | 0.90 | 400.00 | 360.00 | REVIEW OF CLAIMS | CLAIMS ADMINISTRATION AND OBJECTIONS |

Schedule A

| DATE | ATTY | TIME (hrs) | RATE | VALUE | DIARY | CHART |
|------|------|-----------|------|-------|-------|-------|
| | | | | | REVIEWED PROOFS OF CLAIM FILED BY: HOFFMAN, | |
| | | | | | MOORE, VENTURE RESTAURANT, HESLIN, BASILE | |
| | | | | | 2X, PORTER, CHRONICLES TRUST, BEY, KURZMAN, | |
| 10/14/2011 | RRL | 0.50 | 550.00 | 275.00 | KAPLAN, SIEGEL, CONTE | CLAIMS ADMINISTRATION AND OBJECTIONS |
| 10/17/2011 | LS | 0.60 | 400.00 | 240.00 | REVIEW OF CLAIMS | CLAIMS ADMINISTRATION AND OBJECTIONS |
| 10/18/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF CLAIMS | CLAIMS ADMINISTRATION AND OBJECTIONS |
| | | | | | REVIEW OF SCHEDULES FOR CLAIMS ANALYSIS | |
| 10/19/2011 | LS | 0.20 | 400.00 | 80.00 | PREP | CLAIMS ADMINISTRATION AND OBJECTIONS |
| 10/19/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF CLAIMS | CLAIMS ADMINISTRATION AND OBJECTIONS |
| 10/21/2011 | AMG | 0.40 | 550.00 | 220.00 | REVIEW OF PROJECTIONS FOR IBERIA SETTLEMENT | CLAIMS ADMINISTRATION AND OBJECTIONS |
| 10/27/2011 | LS | 0.10 | 400.00 | 40.00 | REVIEW OF NYC PROOF OF CLAIM | CLAIMS ADMINISTRATION AND OBJECTIONS |
| 11/14/2011 | AMG | 0.50 | 550.00 | 275.00 | REVIEW OF IBERIA SETTLEMENT | CLAIMS ADMINISTRATION AND OBJECTIONS |
| 11/14/2011 | AMG | 0.20 | 550.00 | 110.00 | REVIEW OF IBERIA SETTLEMENT LETTER | CLAIMS ADMINISTRATION AND OBJECTIONS |
| | | | | | REVIEW OF EMAIL FOR IBERIA REGARDING | |
| 11/15/2011 | AMG | 0.30 | 550.00 | 165.00 | SETTLEMENT | CLAIMS ADMINISTRATION AND OBJECTIONS |
| | | | | | REVIEW OF INSURANCE SETTLEMENT CASE SENT BY | |
| 11/21/2011 | AMG | 0.50 | 550.00 | 275.00 | INSURANCE COMPANY | CLAIMS ADMINISTRATION AND OBJECTIONS |
| 11/29/2011 | AMG | 0.60 | 550.00 | 330.00 | REVIEW SEC SETTLEMENT WITH KRAMER (.6) | CLAIMS ADMINISTRATION AND OBJECTIONS |
| 12/7/2011 | LS | 0.10 | 400.00 | 40.00 | REVIEW OF CONSENT FORM - ADMIN RE WAIVER | CLAIMS ADMINISTRATION AND OBJECTIONS |
| 1/5/2012 | AMG | 0.60 | 550.00 | 330.00 | REVIEW OF INSURANCE CLAIM | CLAIMS ADMINISTRATION AND OBJECTIONS |
| 1/5/2012 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF RADKE POC | CLAIMS ADMINISTRATION AND OBJECTIONS |
| | | | | | REVIEW NEW DRAFTS OF LOAN AGREEMENT AND | |
| 1/9/2012 | HEF | 1.80 | 400.00 | 720.00 | PLEDGE AGREEMENT FROM KASOWITZ BENSON. | CLAIMS ADMINISTRATION AND OBJECTIONS |
| 1/10/2012 | LS | 0.40 | 400.00 | 160.00 | REVIEW OF BALLOTS | CLAIMS ADMINISTRATION AND OBJECTIONS |
| 1/13/2012 | AMG | 0.70 | 550.00 | 385.00 | REVIEW OF RADKE OBJECTIONS | CLAIMS ADMINISTRATION AND OBJECTIONS |
| | | | | | REVIEW OF ARENT FEE APP(1.2); REVIEW OF | |
| | | | | | UST GUIDELINES RE HOTEL STAYS (.2) AND TRAVEL | |
| 1/13/2012 | AJG | 1.60 | 315.42 | 504.66 | (.2) | CLAIMS ADMINISTRATION AND OBJECTIONS |
| 1/24/2012 | KS | 1.00 | 201.35 | 201.35 | REVIEW FTI FEE APPLICATION | CLAIMS ADMINISTRATION AND OBJECTIONS |
| 3/4/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF RETENTION DOCS RE: RB. | FEE/EMPLOYMENT APPLICATIONS |
| | | | | | REVIEW OF STIPULATION RE 1M FOR PREP OF | |
| 4/6/2011 | LS | 0.30 | 400.00 | 120.00 | RETENTION APP | FEE/EMPLOYMENT APPLICATIONS |
| 4/8/2011 | AMG | 0.50 | 550.00 | 275.00 | REVIEW OF RETENTION PAPERS | FEE/EMPLOYMENT APPLICATIONS |
| | | | | | REVIEW OF TRIAL TRANSCRIPTS RE RADKE | |
| | | | | | TESTIMONY AND RELATED ITEMS FOR OPPOSITION | |
| 5/13/2011 | FBR | 2.50 | 475 | 1,187.50 | TO UST RETENTION OBJECTION | FEE/EMPLOYMENT APPLICATIONS |
| | | | | | REVIEW OF ENRON CASE TO PREP FOR HEARING ON | |
| 5/23/2011 | FBR | 0.50 | 475 | 237.50 | RETENTION (0.5) | FEE/EMPLOYMENT APPLICATIONS |
| 5/23/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF UST RETENTION OBJECTION | FEE/EMPLOYMENT APPLICATIONS |
| 5/26/2011 | LS | 0.10 | 400.00 | 40.00 | REVIEW OF COMMITTEE COUNSEL RETENTION | FEE/EMPLOYMENT APPLICATIONS |
| | | | | | REVIEW OF CORRESPONDENCE TO 5MB RE | |
| 5/27/2011 | LS | 0.30 | 400.00 | 120.00 | RETENTION | FEE/EMPLOYMENT APPLICATIONS |
| 6/16/2011 | AMG | 0.20 | 550.00 | 110.00 | REVIEW OF REVISED RETENTION ORDER (.2) | FEE/EMPLOYMENT APPLICATIONS |
| 6/17/2011 | AMG | 0.30 | 550.00 | 165.00 | REVIEW OF UST EMAIL REGARDING EXAMINER | FEE/EMPLOYMENT APPLICATIONS |
| 6/17/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF RETENTION ORDER | FEE/EMPLOYMENT APPLICATIONS |
| 12/20/2011 | LS | 0.50 | 400.00 | 200.00 | REVIEW OF BILLING FOR FEE APP | FEE/EMPLOYMENT APPLICATIONS |
| 12/23/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF FEE APP | FEE/EMPLOYMENT APPLICATIONS |
| 12/23/2011 | LS | 0.60 | 400.00 | 240.00 | REVIEW OF BILLING FOR FEE APP | FEE/EMPLOYMENT APPLICATIONS |
| 1/3/2012 | LS | 2.30 | 400.00 | 920.00 | REVIEW OF BILLING FOR FEE APP | FEE/EMPLOYMENT APPLICATIONS |
| 1/4/2012 | LS | 2.40 | 400.00 | 960.00 | REVIEW OF BILLING FOR FEE APP | FEE/EMPLOYMENT APPLICATIONS |
| 1/5/2012 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF RADKE RETENTION | FEE/EMPLOYMENT APPLICATIONS |
| 1/6/2012 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF ARENT FOX FEE APP | FEE/EMPLOYMENT APPLICATIONS |
| | | | | | REVIEW ARENT FOX FEE APP. (1.1); REVIEW FTI FEE | |
| 1/6/2012 | RRL | 1.80 | 550.00 | 990.00 | APP (.7) | FEE/EMPLOYMENT APPLICATIONS |
| 1/9/2012 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF FEE APP BACKUP | FEE/EMPLOYMENT APPLICATIONS |
| 1/9/2012 | LS | 4.00 | 400.00 | 1,600.00 | REVIEW OF BILLING FOR FEE APP | FEE/EMPLOYMENT APPLICATIONS |
| 1/10/2012 | LS | 2.50 | 400.00 | 1,000.00 | REVIEW OF BILLING FOR FEE APP | FEE/EMPLOYMENT APPLICATIONS |
| | | | | | REVIEW OF TOGUT FEE APP MOTION SHORTENING | |
| 1/10/2012 | LS | 0.10 | 400.00 | 40.00 | TIME | FEE/EMPLOYMENT APPLICATIONS |
| 1/10/2012 | RMS | 0.20 | 400.00 | 80.00 | REVIEW OF NOTICE OF FEE RATE CHANGES | FEE/EMPLOYMENT APPLICATIONS |
| | | | | | REVIEW HEARING TRANSCRIPT AND DISCUSS WITH | |
| 1/11/2012 | KS | 0.80 | 201.35 | 161.08 | RRL | FEE/EMPLOYMENT APPLICATIONS |
| 1/11/2012 | LS | 3.80 | 400.00 | 1,520.00 | REVIEW OF BILLING FOR FEE APP | FEE/EMPLOYMENT APPLICATIONS |
| | | | | | REVIEW OF CREDITOR COMMITTEE OBJECTION TO | |
| 1/16/2012 | AMG | 1.00 | 550.00 | 550.00 | RADKE FEES | FEE/EMPLOYMENT APPLICATIONS |
| 1/20/2012 | LS | 0.30 | 400.00 | 120.00 | PREPARATION OF SUPPLEMENT TO FEE APP | FEE/EMPLOYMENT APPLICATIONS |
| 1/25/2012 | AMG | 1.50 | 550.00 | 825.00 | REVIEW OF TOGUT FEE APPLICATIONS | FEE/EMPLOYMENT APPLICATIONS |
| | | | | | REVIEW OF TOGUT FEE APPLICATION AND TOGUT | |
| | | | | | SEGAL FEE APPLICATION (PRELIMINARY | |
| 1/25/2012 | FBR | 0.40 | 475 | 190.00 | REVIEW)(0.4); | FEE/EMPLOYMENT APPLICATIONS |
| 1/25/2012 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF TOGUT FEE APP | FEE/EMPLOYMENT APPLICATIONS |
| | | | | | REVIEW OF CASH COLLATERAL DOCS AND LOAN | |
| 3/16/2011 | RMS | 0.30 | 400.00 | 120.00 | DOCS | FINANCING |

Schedule A

| DATE | ATTY | TIME (hrs) | RATE | VALUE | DIARY | CHART |
|---|---|---|---|---|---|---|
| 3/17/2011 | RMS | 0.20 | 400.00 | 80.00 | REVIEW OF LOAN DOCS FROM H.F. FOR CASH COLLATERAL | FINANCING |
| 3/18/2011 | RMS | 0.30 | 400.00 | 120.00 | REVIEW OF NORTHLIGHT DOCS RE: CASH COLLATERAL | FINANCING |
| 4/20/2011 | FBR | 1.00 | 475 | 475.00 | REVIEW OF CASH COLLATERAL ORDER | FINANCING |
| 4/20/2011 | RMS | 0.20 | 400.00 | 80.00 | REVIEW OF FINANCING RULES FOR CASH COLLATERAL | FINANCING |
| 4/25/2011 | AMG | 0.50 | 550.00 | 275.00 | REVIEW OF REVISED CASH COLLATERAL DOCS | FINANCING |
| 4/25/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF CASH COLLATERAL ORDER | FINANCING |
| 4/26/2011 | LS | 1.50 | 400.00 | 600.00 | REVIEW OF INTERIM CASH COLLATERAL ORDER | FINANCING |
| 4/28/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF LOCAL RULES RE CASH COLLATERAL | FINANCING |
| 4/29/2011 | LS | 0.40 | 400.00 | 160.00 | REVIEW OF NORTH LIGHT COMMENTS TO CASH COLLATERAL | FINANCING |
| 5/16/2011 | AMG | 0.50 | 550.00 | 275.00 | REVIEW OF US TRUSTEE OBJECTIONS TO CASH COLLATERAL AND SUBSTANTIVE CONSOLIDATION | FINANCING |
| 6/1/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF INTERIM CASH COLLATERAL ORDER | FINANCING |
| 6/14/2011 | AMG | 0.30 | 550.00 | 165.00 | REVIEW OF EMAIL FROM CREDITORS COMMITTEE ON CASH COLLATERAL | FINANCING |
| 8/29/2011 | LS | 0.20 | 400.00 | 80.09 | REVIEW OF CASH COLLATERAL STIPULATION RE NL LIENS | FINANCING |
| 10/17/2011 | AMG | 0.60 | 550.00 | 330.00 | REVIEW OF EMAIL ON NORTH LIGHT TERM SHEET | FINANCING |
| 10/18/2011 | AMG | 0.20 | 550.00 | 110.00 | REVIEW OF NORTH LIGHT PROPOSAL | FINANCING |
| 10/27/2011 | AMG | 0.50 | 550.00 | 275.00 | REVIEW OF EMAIL FROM CASHER | FINANCING |
| 11/15/2011 | AMG | 0.30 | 550.00 | 165.00 | REVIEW OF EMAIL REGARDING NORTH LIGHT ON FEE ISSUE | FINANCING |
| 1/9/2012 | AMG | 0.80 | 550.00 | 440.00 | REVIEW OF CAPLEASE LOAN DOCUMENTS | FINANCING |
| 1/16/2012 | AMG | 1.20 | 550.00 | 660.00 | REVIEW OF DECEMBER NFA FRANCHISE REPORT | FINANCING |
| 1/20/2012 | AMG | 0.50 | 550.00 | 275.00 | REVIEW OF EMAIL ON IBERIA COMMENTS TO CAPLEASE LOAN DOCUMENTS | FINANCING |
| 1/20/2012 | AMG | 0.80 | 550.00 | 440.00 | REVIEW OF IBERIA (.3) AND NORTHLIGHT (.5) FINAL LOAN DOCUMENTS | FINANCING |
| 3/17/2011 | AMG | 0.20 | 550.00 | 110.00 | REVIEW OF JUDGE CASTELL DECISION RE: RADKE'S LETTER | LITIGATION |
| 3/17/2011 | AMG | 0.30 | 550.00 | 165.00 | REVIEW OF RADKE LETTER TO INVESTORS | LITIGATION |
| 3/17/2011 | AMG | 0.40 | 550.00 | 220.00 | REVIEW OF RADKE'S LEITERS TO PREPARE RESPONSE | LITIGATION |
| 3/17/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF SEC QUESTIONS | LITIGATION |
| 3/17/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF 2004 RULES, LOCAL RULES AND FORMS | LITIGATION |
| 3/17/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF CASTEL RULING RE RADKE LETTER | LITIGATION |
| 3/17/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF RADKE EMAIL | LITIGATION |
| 3/18/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF 2004 APPLICATION | LITIGATION |
| 3/22/2011 | AMG | 1.50 | 550.00 | 825.00 | REVIEW OF SEC JOINDER AND FISHER DECLARATION AND RELATED PAPERS | LITIGATION |
| 3/22/2011 | LS | 0.90 | 400.00 | 360.00 | REVIEW OF UST MOTION TO APPOINT TRUSTEE AND EXHIBITS | LITIGATION |
| 3/22/2011 | LS | 1.20 | 400.00 | 480.00 | REVIEW OF FISHER DECLARATION AND EXHIBITS IN SUPPORT OF TRUSTEE MOTION | LITIGATION |
| 3/22/2011 | LS | 0.50 | 400.00 | 200.00 | REVIEW OF MASUMOTO 9077 DOC | LITIGATION |
| 3/22/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF NOA'S FILED | LITIGATION |
| 3/22/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF SEC JOINDER TO UST MOTION TO APPOINT TRUSTEE | LITIGATION |
| 3/22/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF ORDER SCHEDULING EVIDENTIARY HEARING ON MOTION TO APPOINT TRUSTEE | LITIGATION |
| 3/23/2011 | JDD | 2.00 | 425.00 | 850.00 | REVIEW OF UNITED STATES TRUSTEE'S MOTION FOR THE APPOINTMENT OF A TRUSTEE | LITIGATION |
| 3/23/2011 | LS | 1.2 | 400.00 | 480.00 | REVIEW OF UST MOTION TO APPOINT TRUSTEE | LITIGATION |
| 3/23/2011 | LS | 0.50 | 400.00 | 200.00 | REVIEW OF 1104(A)(I) AND (2) LANGUAGE | LITIGATION |
| 3/23/2011 | LS | 0.60 | 400.00 | 240.00 | REVIEW OF FISHER DOC IN SUPPORT OF MOTION TO APPOINT TRUSTEE | LITIGATION |
| 3/23/2011 | RRL | 3.30 | 550.00 | 1,815.00 | REVIEW OF UST MOTIONS AND SEC JOINDER FOR APPOINTMENT OF 1104 TRUSTEE | LITIGATION |
| 3/24/2011 | AMG | 0.80 | 550.00 | 440.00 | REVIEW OF RADKE DECLARATION | LITIGATION |
| 3/24/2011 | JDD | 0.60 | 425.00 | 255.00 | REVIEW OF RADKE DECLARATION | LITIGATION |
| 3/24/2011 | KS | 0.30 | 201.35 | 60.41 | REVIEW RADKE DECLARATION (.3); | LITIGATION |
| 3/24/2011 | LS | 0.40 | 400.00 | 160.00 | REVIEW OF PRE-TRIAL MEMO | LITIGATION |
| 3/24/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF DOCS RE: UST MOTION TO APPT TRUSTEE | LITIGATION |
| 3/25/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF EXHIBIT LIST | LITIGATION |
| 3/25/2011 | RMS | 0.20 | 400.00 | 80.00 | REVIEW OF FILES FOR DOCSIFORMS OF FINDING OF FACTS | LITIGATION |
| 3/25/2011 | RMS | 0.30 | 400.00 | 120.00 | REVIEW OF REVISED DOCS ON UST MOTION | LITIGATION |
| 3/28/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF SUBPOENAS | LITIGATION |
| 3/28/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF US/ISEC WITNESS AND EXHIBITS LIST | LITIGATION |

Schedule A

| DATE | ATTY | TIME (hrs) | RATE | VALUE | DIARY | CHART |
|------|------|-----------|------|-------|-------|-------|
| | | | | | REVIEW OF FISHER 2ND DECLARATION AND | |
| 3/28/2011 | LS | 0.80 | 400.00 | 320.00 | EXHIBITS | LITIGATION |
| 3/28/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF RADKE OBJECTION TO DOC DEMAND | LITIGATION |
| 3/28/2011 | LS | 0.10 | 400.00 | 40.00 | REVIEW OF LOCAL RULES RE DISCOVERY DISPUTES | LITIGATION |
| 3/28/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF WATKINS' DECLARATION AND EXHIBITS | LITIGATION |
| 3/28/2011 | RMS | 0.20 | 400.00 | 80.00 | REVIEW OF LISTS FOR COURT ON UST MOTION | LITIGATION |
| 3/28/2011 | RMS | 0.20 | 400.00 | 80.00 | REVIEW OF DOCS, LISTS FILED BY UST AND LISTS | LITIGATION |
| 3/28/2011 | RRL | 0.80 | 550.00 | 440.00 | REVIEW OF MOVANTS' EXHIBITS | LITIGATION |
| 3/29/2011 | AMG | 1.20 | 550.00 | 660.00 | REVIEW OF TRUSTEE PROPOSED FACTS | LITIGATION |
| 3/29/2011 | LS | 0.80 | 400.00 | 320.00 | REVIEW OF USTISEC PROPOSED FINDINGS OF FACT | LITIGATION |
| | | | | | REVIEW OF REVISED FINDING AND FACT AND REPLY | |
| 3/29/2011 | RMS | 0.20 | 400.00 | 80.00 | DOCS (2) | LITIGATION |
| 3/29/2011 | RMS | 0.20 | 400.00 | 80.00 | REVIEW OF FINAL DRAFT OF SAME WITH LS | LITIGATION |
| 3/30/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF 2004 APPS | LITIGATION |
| 3/30/2011 | LS | 0.50 | 400.00 | 200.00 | REVIEW OF STATEMENT OF FACTS | LITIGATION |
| | | | | | REVIEW OF DECISIONS GRANTING SUBSTANTIVE | |
| 4/4/2011 | LS | 0.60 | 400.00 | 240.00 | CONSOLIDATION | LITIGATION |
| 4/5/2011 | BBN | 0.70 | 325.00 | 227.50 | REVIEW OF EXHIBITS FOR TRIAL | LITIGATION |
| | | | | | REVIEW OF DECISIONS RE SUBSTANTIVE | |
| 4/5/2011 | LS | 0.30 | 400.00 | 120.00 | CONSOLIDATION | LITIGATION |
| | | | | | REVIEW OF SUBSTANTIVE CONSOLIDATION | |
| 4/6/2011 | LS | 0.40 | 400.00 | 160.00 | MOTIONS | LITIGATION |
| 4/7/2011 | FBR | 0.60 | 475 | 285.00 | REVIEW OF NORTH LIGHT STIP AND EXHIBITS | LITIGATION |
| 4/7/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF STIP RE RADKE RESPONSIBILITY | LITIGATION |
| | | | | | REVIEW OF ALL EXHIBIT BINDERS TO SEE WHAT WE | |
| 4/11/2011 | AJG | 0.50 | 315.42 | 157.71 | STILL NEEDED TO INTRODUCE INTO EVIDENCE.(.5) | LITIGATION |
| 4/12/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF TRIAL NOTES | LITIGATION |
| | | | | | REVIEW OF SUBSTANTIVE CONSOLIDATION | |
| 4/13/2011 | LS | 0.90 | 400.00 | 360.00 | STANDARDS | LITIGATION |
| 4/13/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF RESPONSES BY LPS TO TRUSTEE | LITIGATION |
| | | | | | REVIEW OF PARTNERSHIP AGREEMENT RE SUB CON | |
| 4/14/2011 | LP | 0.60 | 450 | 270.00 | (.6) | LITIGATION |
| | | | | | REVIEW OF 9006 RE EXT OF TIME TO FILE | |
| 4/14/2011 | LS | 0.20 | 400.00 | 80.00 | SCHEDULES AND SERVICE REQUIREMENTS | LITIGATION |
| 4/14/2011 | LS | 0.40 | 400.00 | 160.00 | REVIEW OF 11 04(A)(2) DECISIONS | LITIGATION |
| | | | | | REVIEW OF SUBSTANTIVE CONSOLIDATION | |
| 4/14/2011 | LS | 0.50 | 400.00 | 200.00 | MOTIONS | LITIGATION |
| | | | | | REVIEW OF TRANSCRIPT RE: RADKE'S TESTIMONY | |
| 4/15/2011 | AJG | 1.10 | 315.42 | 346.96 | (1.1): | LITIGATION |
| | | | | | REVIEW OF SEC COMPLAINT RE EVIDENCE OF CO- | |
| | | | | | MINGLING (0.4); REVIEW OF MADOFF PLEADINGS | |
| | | | | | RE EVIDENCE FOR SUBSTANTIVE CONSOLIDATION | |
| 4/15/2011 | FBR | 1.10 | 475 | 522.50 | (0.7) | LITIGATION |
| 4/15/2011 | RRL | 0.60 | 550.00 | 330.00 | REVIEW OF TRANSCRIPT | LITIGATION |
| 4/18/2011 | AMG | 0.60 | 550.00 | 330.00 | REVIEW OF RADKE LETTER TO COURT AND TO RAY | LITIGATION |
| | | | | | REVIEW OF BACKUP TO SUBSTANTIVE | |
| 4/19/2011 | LS | 0.70 | 400.00 | 280.00 | CONSOLIDATION MOTION | LITIGATION |
| 4/19/2011 | LS | 0.70 | 400.00 | 280.00 | REVIEW OF PROPOSED FACTS AND 1007 | LITIGATION |
| | | | | | REVIEW OF MADOFF SUBSTANTIVE | |
| 4/20/2011 | LS | 0.80 | 400.00 | 320.00 | CONSOLIDATION BRIEF | LITIGATION |
| | | | | | REVIEW OF SUBSTANTIVE CONSOLIDATION | |
| 4/20/2011 | LS | 0.20 | 400.00 | 80.00 | MOTION WITH AJG | LITIGATION |
| | | | | | REVIEW OF OPERATING AGREEMENTS RE: SAME | |
| 4/21/2011 | AJG | 2.30 | 315.42 | 725.45 | (2.3) | LITIGATION |
| 4/22/2011 | LS | 0.50 | 400.00 | 200.00 | REVIEW OF BILLING MEMO AND EXHIBITS | LITIGATION |
| | | | | | REVIEW OF EMAILS RE BACKUP TO SUBSTANTIVE | |
| 4/22/2011 | LS | 0.20 | 400.00 | 80.00 | CONSOLIDATION | LITIGATION |
| | | | | | REVIEW OF SUBSTANTIVE CONSOLIDATION | |
| 4/25/2011 | LS | 0.50 | 400.00 | 200.00 | AFFIDAVIT & BACKUP | LITIGATION |
| | | | | | REVIEW OF HESLIN AFFIDAVIT IN SUPPORT OF | |
| 4/26/2011 | LS | 0.20 | 400.00 | 80.00 | SUBSTANTIVE CONSOLIDATION | LITIGATION |
| 4/27/2011 | FBR | 2.00 | 475 | 950.00 | REVIEW OF DAYLIGHT REPORT RE SUBCON | LITIGATION |
| | | | | | REVIEW OF OBJECTION TO EXTENSION TO FILE | |
| 4/28/2011 | LS | 0.30 | 400.00 | 120.00 | SCHEDULES | LITIGATION |
| | | | | | REVIEW OF DECLARATION IN SUPPORT OF | |
| 4/29/2011 | LS | 0.80 | 400.00 | 320.00 | SUBSTANTIVE CONSOLIDATION | LITIGATION |
| | | | | | REVIEW OF 4001 REQUIREMENTS FOR FORM OF | |
| 4/29/2011 | LS | 0.50 | 400.00 | 200.00 | MOTION | LITIGATION |

Schedule A

| DATE | ATTY | TIME (hrs) | RATE | VALUE | DIARY | CHART |
|------|------|-----------|------|-------|-------|-------|
| 5/2/2011 | FBR | 2.20 | 475 | 1,045.00 | REVIEW OF DOCUMENTS FROM HESLIN REGARDING EVIDENCE SUPPORTING SUBSTANTIVE CONSOLIDATION AND CO-MINGLING (2.2); | LITIGATION |
| 5/2/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF APPEARANCES | LITIGATION |
| 5/2/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF 1007 DECLARATION | LITIGATION |
| 5/2/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF EMAIlS AND BANK RECORDS REGARDING COMMINGLING FOR SUBSTANTIVE CONSOLIDATION MOTION | LITIGATION |
| 5/3/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF EMAIl TO UST RE PROPOSAL ON EVIDENTIARY HEARING | LITIGATION |
| 5/3/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF COMMENTS TO SUBSTANTIVE CONSOLIDATION MOTION | LITIGATION |
| 5/4/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF HESLIN DECLARATION WITH AJG | LITIGATION |
| 5/4/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF OBJECTION TO RBLGG&G RETENTION | LITIGATION |
| 5/5/2011 | FBR | 0.40 | 475 | 190.00 | REVIEW MOTION AND UST OBJECTION (0.4) | LITIGATION |
| 5/6/2011 | JDD | 0.50 | 425.00 | 212.50 | REVIEW OF DRAFT OF LETTER TO JUDGE BERNSTEIN AND CONFERENCES RELATING THERETO | LITIGATION |
| 5/9/2011 | FBR | 1.30 | 475 | 617.50 | REVIEW OF HESLIN DIRECT EXAMINATION FOR 5/10 HEARING | LITIGATION |
| 5/9/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF RADKE CORRESP RE REQUEST FOR INFO ON FEES | LITIGATION |
| 5/9/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF BILLING WITH AMG FOR RESP TO RETENTION OBJECTION | LITIGATION |
| 5/10/2011 | LS | 0.90 | 400.00 | 360.00 | REVIEW OF EVIDENTIARY BINDERS AND SPREADSHEET OF LP'S, RADS AND NOTEHOLDERS | LITIGATION |
| 5/10/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF NON-DEBTOR LIST FOR SUBSTANTIVE CONSOLIDATION MOTION | LITIGATION |
| 5/11/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF SUBSTANTIVE CONSOLIDATION MOTION FOR CREDITOR DESIGNATIONS | LITIGATION |
| 5/11/2011 | LS | 0.60 | 400.00 | 240.00 | REVIEW OF LITIGATION SCHEDULES | LITIGATION |
| 5/11/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF CONTRACTS | LITIGATION |
| 5/12/2011 | FBR | 0.20 | 475 | 95.00 | REVIEW OF RRL REVISIONS TO SCHEDULE DISCLAIMER | LITIGATION |
| 5/13/2011 | LS | 0.10 | 400.00 | 40.00 | REVIEW OF BACKUP (CHECKS; BANK RECORDS) FOR SUBSTANTIVE CONSOLIDATION MOTION | LITIGATION |
| 5/14/2011 | FBR | 2.30 | 475 | 1,092.50 | REVIEW OF TRUSTEE TRANSCRIPTS FOR 3.31.11 AND 4.1.11 | LITIGATION |
| 5/16/2011 | FBR | 4.20 | 475 | 1,995.00 | REVIEW OF BACKUP INFO FOR ASHLEY AND FRUITVILLE LOANS FOR USE IN SUB CON HEARING | LITIGATION |
| 5/16/2011 | LS | 0.40 | 400.00 | 160.00 | REVIEW OF UST OBJECTION TO SUBSTANTIVE CONSOLIDATION | LITIGATION |
| 5/17/2011 | FBR | 4.00 | 475 | 1,900.00 | REVIEW OF BACKUP FOR FRUITVillE AND ASHLEY FURNITURE LOAN | LITIGATION |
| 5/17/2011 | LS | 0.90 | 400.00 | 360.00 | REVIEW OF IBERIA BANK OPP TO SUBSTANTIVE CONSOLIDATION; CASH COLLATERAL & STAY MOTION | LITIGATION |
| 5/18/2011 | FBR | 0.80 | 475 | 380.00 | REVIEW OF IBERIA BANK CASH COLLATERAL OBJECTION AND EXHIBITS TO DEVELOP DEFENSE TO RELIEF REQUESTED | LITIGATION |
| 5/18/2011 | FBR | 2.20 | 475 | 1,045.00 | REVIEW OF DOCUMENTATION REGARDING VALIDITY OF IBERIA BANK'S SECURITY INTERESTS IN WATERFAll PAYMENTS INCLUDING REVIEW OF MEMBERSHIP INTEREST PURCHASE AGREEMENT (1 .6) AND NFA FUNDING llC llC AGREEMENT (.6) | LITIGATION |
| 5/18/2011 | LS | 0.40 | 400.00 | 160.00 | REVIEW OF SUBSTANTIVE CONSOLIDATION MOTION | LITIGATION |
| 5/23/2011 | FBR | 1.00 | 475 | 475.00 | REVIEW OF DOCUMENTS RELATING TO IBERIABANK'S SECURITY INTEREST | LITIGATION |
| 5/24/2011 | FBR | 2.00 | 475 | 950.00 | REVIEW OF DOCKETS OF SIMILAR CASES FOR EXAMPLES OF RETENTION IN SIMILAR CIRCUMSTANCES IN SDNY WHICH WERE APPROVED. | LITIGATION |
| 5/25/2011 | AJG | 0.30 | 315.42 | 94.62 | REVIEWED RADKE'S LETTER TO RB (.3). | LITIGATION |
| 5/26/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF 9019 PROVISIONS RE SETTLING SEC LITIGATION AND PROCEDURE FOR NOTICE | LITIGATION |
| 6/2/2011 | FBR | 1.00 | 475 | 475.00 | REVIEW DOCUMENTS (1.0); | LITIGATION |
| 6/3/2011 | AMG | 0.30 | 550.00 | 165.00 | REVIEW OF DISCOVERY SUBMISSION SEC DISTRICT COURT ACTION | LITIGATION |

Schedule A

| DATE | ATTY | TIME (hrs) | RATE | VALUE | DIARY | CHART |
|------|------|-----------|------|-------|-------|-------|
| | | | | | REVIEW OF BACKUP MATERIAL ON VALUATION OF | |
| | | | | | POTENTIAL FRAUDULENT CONVEYANCE CLAIMS TO | |
| 6/3/2011 | FBR | 2.00 | 475 | 950.00 | ASSIST FTI WITH VALUATION ISSUES | LITIGATION |
| | | | | | REVIEW OF DOCUMENTS RELATED TO CLAW BACKS | |
| 6/6/2011 | FBR | 1.00 | 475 | 475.00 | (1.0) | LITIGATION |
| 6/7/2011 | FBR | 1.50 | 475 | 712.50 | REVIEW OF FTI RECOVERY ANALYSIS | LITIGATION |
| | | | | | REVIEW OF DEPOSIT CONTROL ACCOUNT | |
| | | | | | AGREEMENT FOR ITEREST RESERVE ACCOUNT AND | |
| 6/7/2011 | FBR | 0.90 | 475 | 427.50 | COLLECTION ACCOUNT | LITIGATION |
| | | | | | REVIEW OF THE GENEVA SOURCE OF FUNDS | |
| 6/10/2011 | AJG | 0.80 | 315.42 | 252.33 | DOCUMENTS PROVIDED BY HESLIN.(.8) | LITIGATION |
| 6/13/2011 | FBR | 0.60 | 475 | 285.00 | REVIEW OF REVISED SUB CON MOTION | LITIGATION |
| | | | | | REVIEW OF REVISED CASH COLLATERAL ORDER | |
| 6/13/2011 | FBR | 0.50 | 475 | 237.50 | FROM NORTHLIGHT | LITIGATION |
| 6/15/2011 | FBR | 0.20 | 475 | 95.00 | REVIEW OF UST PROPOSED ORDER (0.2); | LITIGATION |
| | | | | | REVIEW OF MOTION TO DISPLACE INDEPENDENT | |
| 6/16/2011 | FBR | 1.00 | 475 | 475.00 | MONITORS | LITIGATION |
| 6/17/2011 | FBR | 0.30 | 475 | 142.50 | REVIEW OF EXAMINER ORDER | LITIGATION |
| 6/17/2011 | FBR | 0.20 | 475 | 95.00 | REVIEW OF RBL RETENTION ORDER (0.2) | LITIGATION |
| 6/17/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF FEE EXAMINER ORDER | LITIGATION |
| 6/20/2011 | LS | 0.40 | 400.00 | 160.00 | REVIEW OF 2004 APPLICATION AND BACKUP | LITIGATION |
| | | | | | REVIEW OF INFO AND BACKUP ON GENEVA | |
| 6/21/2011 | FBR | 1.50 | 475 | 712.50 | TRANSACTION | LITIGATION |
| | | | | | REVIEW OF SUBST CON SOL MOTION RE RELATED | |
| 6/21/2011 | LS | 0.20 | 400.00 | 80.00 | NON-DEBTORS | LITIGATION |
| 6/22/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF 2004 DRAFT APP | LITIGATION |
| | | | | | REVIEW OF EXAMINER APPOINTMENT AND | |
| 6/23/2011 | FBR | 0.30 | 475 | 142.50 | APPLICATION | LITIGATION |
| 6/23/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF ORDER APPOINTING EXAMINER | LITIGATION |
| | | | | | REVIEW OF RESEARCH REGARDING D&O PROCEEDS | |
| | | | | | AS PROPERTY OF THE ESTATE; REVIEW OF 5 | |
| | | | | | ARTICLES AND ENDOCSCOPY CASE, DOWNEY CASE, | |
| | | | | | ADELPHIA CASE AND WORLD HEALTH CASES ON | |
| 6/24/2011 | FBR | 4.50 | 475 | 2,137.50 | ISSUE | LITIGATION |
| 6/24/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF COLLIERS RE 2004 RESEARCH | LITIGATION |
| 6/27/2011 | FBR | 0.80 | 475 | 380.00 | REVIEW AIG D*O POLICY COVERAGEOF | LITIGATION |
| 6/29/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF 2004 DRAFTS AND NOTES | LITIGATION |
| | | | | | REVIEW OF RADKE LETTER, AND HIS DRAFT REPORT | |
| 7/1/2011 | AJG | 1.00 | 315.42 | 315.42 | (1 .0). | LITIGATION |
| | | | | | REVIEW OF COMMITTEE CHANGES TO COMMON | |
| 7/1/2011 | FBR | 0.70 | 475 | 332.50 | INTEREST AGREEMENT AND ISSUES WITH SUB CON | LITIGATION |
| | | | | | REVIEW OF RADKE LETTER TO KASTEL AND | |
| 7/1/2011 | FBR | 1.40 | 475 | 665.00 | SUBMISSION TO DISTRICT COURT | LITIGATION |
| | | | | | REVIEW OF COMMITTEE COMMENTS TO SUB CON | |
| 7/5/2011 | FBR | 0.20 | 475 | 95.00 | ORDER | LITIGATION |
| 7/5/2011 | FBR | 0.90 | 475 | 427.50 | REVIEW OF SLOANE REPORT | LITIGATION |
| | | | | | REVIEW OF IETTER WITH MEMO ENDORSED ON | |
| 7/5/2011 | RMS | 0.10 | 400.00 | 40.00 | SAME | LITIGATION |
| | | | | | REVIEW OF SLOANE DRAFT REPORT AND PARTIAL | |
| 7/8/2011 | FBR | 6.00 | 475 | 2,850.00 | REVIEW OF EXHIBITS | LITIGATION |
| 7/12/2011 | FBR | 1.00 | 475 | 475.00 | REVIEW OF FTI RECOVERY ANALYSIS | LITIGATION |
| 7/13/2011 | FBR | 3.20 | 475 | 1,520.00 | REVIEW OF DRAFT OF EXPERT REPORT | LITIGATION |
| 7/14/2011 | AMG | 0.80 | 550.00 | 440.00 | REVIEW OF RADKE OSC | LITIGATION |
| 7/15/2011 | AMG | 0.40 | 550.00 | 220.00 | REVIEW OF JUDGE CASTEL LETTER ORDER ON RADKE | LITIGATION |
| 7/17/2011 | AMG | 0.40 | 550.00 | 220.00 | REVIEW OF RADKE OSC (.4); | LITIGATION |
| 7/18/2011 | AMG | 0.30 | 550.00 | 165.00 | REVIEW OF FINAL OSC RADKE | LITIGATION |
| | | | | | REVIEW OF SCHEDULES/BACKUP IN PREP FOR SUBS | |
| 7/18/2011 | LS | 0.90 | 400.00 | 360.00 | CONSOL | LITIGATION |
| | | | | | REVIEW OF SUPPLEMENTAL REPORT FROM RAY | |
| | | | | | SLOANE FOR HEARING AND REVIEW OF ERRATA | |
| 7/19/2011 | FBR | 1.60 | 475 | 760.00 | SHEET AND REVISED DIAGRAMS | LITIGATION |
| 7/19/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF LP CORRESP RE SUBS CONSOL | LITIGATION |
| 7/25/2011 | AMG | 0.60 | 550.00 | 330.00 | REVIEW OF RADKE AND SEC RESPONSE (.6); | LITIGATION |
| | | | | | REVIEWED RADKE PAPERS RE: RESPONSE TO ORDER | |
| 7/25/2011 | AJG | 2.00 | 315.42 | 630.83 | TO SHOW CAUSE (.8) REVIEWED SEC PAPERS RE: | LITIGATION |
| 7/25/2011 | LS | 0.20 | 400.00 | 80.00 | SAME (1 .2) REVIEW OF SUBS CONSOl ORDER | LITIGATION |
| 7/26/2011 | FBR | 0.80 | 475 | 380.00 | REVIEW OF TRANSCRIPT OF HEARING ON SUB CON | LITIGATION |
| 7/28/2011 | AMG | 0.40 | 550.00 | 220.00 | REVIEW OF RADKE DISTRICT COURT ORDER | LITIGATION |
| 7/28/2011 | FBR | 0.30 | 475 | 142.50 | REVIEW OF PROPOSED ORDER FOR JUDGE CASTEL | LITIGATION |
| 7/29/2011 | FBR | 0.40 | 475 | 190.00 | REVIEW OF REVISED RADKE ORDER | LITIGATION |

Schedule A

| DATE | ATTY | TIME (hrs) | RATE | VALUE | DIARY | CHART |
|---|---|---|---|---|---|---|
| 8/3/2011 | AJG | 4.50 | 315.42 | 1,419.37 | REVIEW OF ALL CASES THAT THE INSURANCE COMPANY CITED TO (4.5); | LITIGATION |
| 8/8/2011 | FBR | 0.30 | 475 | 142.50 | REVIEW OF CHANGES TO AGREEMENT WITH CAPLEASE RECEIVED FROM PAUL HUGHES | LITIGATION |
| 8/8/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF RADKE DECLARATION | LITIGATION |
| 8/24/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF UST OBJ TO DS - LEHMAN IN PREP FOR WEST END DSHEARING | LITIGATION |
| 8/26/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF NORTH LIGHT TREATMENT WITH RRL | LITIGATION |
| 8/31/2011 | LS | 0.40 | 400.00 | 160.00 | REVIEW OF PCEA | LITIGATION |
| 9/2/2011 | FBR | 2.30 | 475 | 1,092.50 | REVIEW OF CENTURY BANK LOAN DOCUMENTS RELATIVE TO MARCH 2, 2009 LOAN | LITIGATION |
| 9/13/2011 | FBR | 3.50 | 475 | 1,662.50 | REVIEW OF MORTGAGE SERVICER REPORTS AND PAYMENTS TO NORTHLIGHT TO DETERMINE AMOUNT OF CLAIMS AS WELL AS REVIEW ISSUES OF FEASIBILITY FOR LOAN PAYMENTS UNDER PLAN | LITIGATION |
| 9/20/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF AUGUST OP REPORTS | LITIGATION |
| 9/27/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF DISCO RE SUBCON AND JT. ADMIN. ORDERS | LITIGATION |
| 9/28/2011 | FBR | 2.00 | 475 | 950.00 | REVIEW OF RAKOFF DECISION AND LIFLAND DECISION REGARDING 546(E) ISSUE (2.0) | LITIGATION |
| 10/3/2011 | AJG | 2.00 | 315.42 | 630.83 | REVIEWED THE COMPETING SONY RULING ON CLAWBACKS, AND "NET WINNERS' AND SIX YRS NY BS 2YS FED BANK CODE (2.0); | LITIGATION |
| 10/3/2011 | FBR | 0.30 | 475 | 142.50 | REVIEW OF AMAGANSETT REAL TV NOTE EXTENSION AGREEMENT TO ADVISE REGARDING EXECUTION | LITIGATION |
| 10/10/2011 | AMG | 0.80 | 550.00 | 440.00 | REVIEW OF DELAWARE CASE LAW RE: DUTY OF LOYALTY OWED BY GP | LITIGATION |
| 10/10/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF SUB CON MOTION, ORDER AND SUPPLEMENTS | LITIGATION |
| 10/14/2011 | LS | 0.40 | 400.00 | 160.00 | REVIEW OF KRAMER LIFT-STAY MOTION | LITIGATION |
| 10/19/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF SUBCON MOTION AND DECLARATION | LITIGATION |
| 10/27/2011 | AMG | 0.20 | 550.00 | 110.00 | REVIEW OF DOCUMENT REQUEST (.2) | LITIGATION |
| 10/31/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF SOUTHWOOD COURT STIP | LITIGATION |
| 11/2/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF SUBORDINATION AGREEMENT | LITIGATION |
| 11/2/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF KRAMER STAY MOTION | LITIGATION |
| 11/3/2011 | LS | 0.40 | 400.00 | 160.00 | REVIEW OF KRAMER STAY MOTION AND REQUESTED RELIEF | LITIGATION |
| 11/3/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF 362 PROVISIONS IN RELATION TO KRAMER STAY MOTION | LITIGATION |
| 11/4/2011 | LS | 0.80 | 400.00 | 320.00 | REVIEW OF STAY MOTION | LITIGATION |
| 11/4/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF NOTICE OF ADJOURNMENT OF STAY MOTION | LITIGATION |
| 11/4/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF OBJECTION TO STAY MOTION | LITIGATION |
| 11/7/2011 | FBR | 0.50 | 475 | 237.50 | REVIEW OF TRANSCRIPT AND ORDER RE: PREP FOR STATUS CONFERENCE | LITIGATION |
| 11/9/2011 | FBR | 2.90 | 475 | 1,377.50 | REVIEW OF TWO CLAIMS FILED BY IBERIA AND UNDERLYING DOCUMENTS (1.9) AND REVIEW OF MEMO REGARDING ATTACHMENT OF SECURITY INTEREST (1.0) RE PREP OF SECTION OF DISCO IN CASE SETTLEMENT IS NOT REACHED | LITIGATION |
| 11/9/2011 | LS | 0.10 | 400.00 | 40.00 | REVIEW OF CALENDAR RE UPCOMING HEARINGS AND DEADLINES | LITIGATION |
| 11/10/2011 | FBR | 1.60 | 475 | 760.00 | REVIEW OF TRANSCRIPT FROM MARINO AND ISRAEL ALLOCUTION IN PREP FOR MEETING WITH LANDBERG'S COUNSEL | LITIGATION |
| 11/16/2011 | FBR | 0.60 | 475 | 285.00 | REVIEW OF PROJECTIONS AND FEASIBILITY ISSUES FOR HEARINGS | LITIGATION |
| 11/21/2011 | AMG | 0.50 | 550.00 | 275.00 | REVIEW OF SEC SETTLEMENT PAPERS | LITIGATION |
| 11/21/2011 | JDD | 0.20 | 425.00 | 85.00 | REVIEW OF INSURANCE CASE RE SETTLEMENT AND 9019 MOTION | LITIGATION |
| 11/28/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF KRAMER STAY MOTION | LITIGATION |
| 1/4/2012 | FBR | 0.60 | 475 | 285.00 | REVIEW OF MATERIALS FORWARDED FROM FRED STEVENS FROM JIM GUY REGARDING INQUIRIES ON CONFIRMATION ISSUES (0.6 | LITIGATION |
| 1/5/2012 | AMG | 1.20 | 550.00 | 660.00 | REVIEW OF DZ PORTFOLIO AND LOAN DOCUMENTS REGARDING DEFAULT AND SETILEMENT STIPULATION | LITIGATION |
| 1/6/2012 | RRL | 0.30 | 550.00 | 165.00 | REVIEW COMMITIEE FEE APP. | LITIGATION |
| 1/11/2012 | JDD | 1.10 | 425.00 | 467.50 | REVIEW OF POLICY AND DISCUSSION WITH AMG RE PREPARATION FOR CONFERENCE | LITIGATION |
| 4/13/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF DOCKET RE 341 MEETING | MEETINGS OF CREDITORS/STATUS HEARINGS |

Schedule A

| DATE | ATTY | TIME (hrs) | RATE | VALUE | DIARY | CHART |
|------|------|-----------|------|-------|-------|-------|
| 4/5/2011 | FBR | 1.80 | 475 | 855.00 | REVIEW OF FIRST DRAFT PLAN | PLAN AND DISCLOSURE STATEMENT |
| | | | | | REVIEW OF RAD AT REQUEST OF AMG TO | |
| | | | | | DETERMINE IF THEY MERIT A SEPARATE | |
| | | | | | CLASSIFICATION IN THE PLAN; REVIEW OF | |
| 4/5/2011 | FBR | 2.00 | 475 | 950.00 | 5%,6%,8% AND 10% RAD (2.0); | PLAN AND DISCLOSURE STATEMENT |
| 4/19/2011 | AMG | 1.00 | 550.00 | 550.00 | REVIEW OF PLAN | PLAN AND DISCLOSURE STATEMENT |
| 4/20/2011 | LS | 0.60 | 400.00 | 240.00 | REVIEW OF PLAN | PLAN AND DISCLOSURE STATEMENT |
| 5/4/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF DRAFT OF PLAN | PLAN AND DISCLOSURE STATEMENT |
| 5/18/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF PLAN | PLAN AND DISCLOSURE STATEMENT |
| 6/27/2011 | LS | 0.10 | 400.00 | 40.00 | REVIEW OF EXCLUSIVITY ORDER | PLAN AND DISCLOSURE STATEMENT |
| 8/2/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF FILING DATES FOR PLAN AND DISCO | PLAN AND DISCLOSURE STATEMENT |
| | | | | | REVIEW OF CASHER PLAN PROPOSAL-REVIEW | |
| 8/5/2011 | FBR | 1.10 | 475 | 522.50 | DRAFT LANGUAGE | PLAN AND DISCLOSURE STATEMENT |
| 8/15/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF FBR NOTES RE PLAN AND DISCO | PLAN AND DISCLOSURE STATEMENT |
| 8/16/2011 | LS | 0.70 | 400.00 | 280.00 | REVIEW OF PLAN | PLAN AND DISCLOSURE STATEMENT |
| 8/16/2011 | LS | 0.40 | 400.00 | 160.00 | REVIEW OF FBR NOTES RE DISCO | PLAN AND DISCLOSURE STATEMENT |
| 8/18/2011 | LS | 2.60 | 400.00 | 1,040.00 | REVIEW OF PLAN WITH RRL | PLAN AND DISCLOSURE STATEMENT |
| | | | | | REVIEW OF POST-CONFIRMATION TRUST | |
| 8/18/2011 | LS | 0.50 | 400.00 | 200.00 | AGREEMENT | PLAN AND DISCLOSURE STATEMENT |
| 8/18/2011 | LS | 0.40 | 400.00 | 160.00 | REVIEW OF TRUST AGREEMENT WITH RRL | PLAN AND DISCLOSURE STATEMENT |
| 8/23/2011 | RMS | 0.20 | 400.00 | 80.00 | REVIEW OF PROVISIONS TO PLAN AND D.S. WITH LS | PLAN AND DISCLOSURE STATEMENT |
| 8/26/2011 | LS | 0.40 | 400.00 | 160.00 | REVIEW OF PLAN | PLAN AND DISCLOSURE STATEMENT |
| 8/26/2011 | LS | 0.60 | 400.00 | 240.00 | REVIEW OF DISCO | PLAN AND DISCLOSURE STATEMENT |
| | | | | | REVIEW OF REQUESTED CHANGES MADE TO POST | |
| | | | | | CONFIRMATION ESTATE AGREEMENT BY AMG (1 | |
| 8/29/2011 | FBR | 1.10 | 475 | 522.50 | .1); | PLAN AND DISCLOSURE STATEMENT |
| | | | | | REVIEW OF HESLIN COMMENTS ON DISCO (0.5) | |
| | | | | | AND REVIEW AND REVISE DISCO TO INCORPORATE | |
| 8/29/2011 | FBR | 0.90 | 475 | 427.50 | CHANGES (.4) | PLAN AND DISCLOSURE STATEMENT |
| 8/29/2011 | FBR | 0.60 | 475 | 285.00 | REVIEW OF REVISED PLAN (.6); | PLAN AND DISCLOSURE STATEMENT |
| 8/29/2011 | LS | 0.60 | 400.00 | 240.00 | REVIEW OF PLAN | PLAN AND DISCLOSURE STATEMENT |
| 8/29/2011 | LS | 0.50 | 400.00 | 200.00 | REVIEW OF HESLIN COMMENTS TO DISCO | PLAN AND DISCLOSURE STATEMENT |
| | | | | | REVIEW OF FBR RESPONSE RE CLARIFICATION OF | |
| 8/29/2011 | LS | 0.20 | 400.00 | 80.00 | IBERIA TREATMENT | PLAN AND DISCLOSURE STATEMENT |
| | | | | | REVIEW OF RAY'S COMMENTS TO DISCLOSURE | |
| 8/30/2011 | FBR | 0.20 | 475 | 95.00 | STATEMENT | PLAN AND DISCLOSURE STATEMENT |
| 8/30/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF HESLIN COMMENTS TO DISCO | PLAN AND DISCLOSURE STATEMENT |
| 8/30/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF HESLIN COMMENTS TO PLAN | PLAN AND DISCLOSURE STATEMENT |
| 8/30/2011 | LS | 0.10 | 400.00 | 40.00 | REVIEW OF ASSET CHART - DISCO | PLAN AND DISCLOSURE STATEMENT |
| 8/30/2011 | LS | 0.60 | 400.00 | 240.00 | REVIEW OF PLAN AND DISCO WITH FBR | PLAN AND DISCLOSURE STATEMENT |
| 8/31/2011 | AMG | 0.40 | 550.00 | 220.00 | REVIEW OF FINAL D.S. AND TRUST DOCUMENTS | PLAN AND DISCLOSURE STATEMENT |
| | | | | | REVIEW OF NORTHLIGHT LOAN DOCUMENTS | |
| | | | | | REGARDING TREATMENT OF EXCESS WATERFALL | |
| | | | | | PAYMENTS AND POSSIBLE CHANGE IN TREATMENT | |
| 9/1/2011 | FBR | 2.20 | 475 | 1,045.00 | UNDER PLAN | PLAN AND DISCLOSURE STATEMENT |
| 9/1/2011 | LS | 0.40 | 400.00 | 160.00 | REVIEW OF PLAN & DISCO | PLAN AND DISCLOSURE STATEMENT |
| | | | | | REVIEW OF CV'S FROM PLAN ADMINISTRATOR | |
| 9/6/2011 | FBR | 0.50 | 475 | 237.50 | CANDIDATES SUGGESTED BY COMMITTEE | PLAN AND DISCLOSURE STATEMENT |
| 9/6/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF PLAN | PLAN AND DISCLOSURE STATEMENT |
| 9/6/2011 | LS | 0.10 | 400.00 | 40.00 | REVIEW OF EMAIL RE PLAN REVISIONS | PLAN AND DISCLOSURE STATEMENT |
| | | | | | REVIEW OF DISCO RE SCHEDULE OF ASSETS AND | |
| 9/6/2011 | LS | 0.30 | 400.00 | 120.00 | LIABILITIES | PLAN AND DISCLOSURE STATEMENT |
| 9/7/2011 | AMG | 0.80 | 550.00 | 440.00 | REVIEW OF CENTURYIIBERIA SET OFF CLAIMS | PLAN AND DISCLOSURE STATEMENT |
| | | | | | REVIEW OF LOCAL RULES RE PLAN & DISCO AND | |
| 9/7/2011 | LS | 0.30 | 400.00 | 120.00 | SCHEDULING CONFERENCE HEARING | PLAN AND DISCLOSURE STATEMENT |
| | | | | | REVIEW OF PLANIDISCO AND SEC NOTES AND | |
| 9/8/2011 | LS | 0.30 | 400.00 | 120.00 | REVISIONS | PLAN AND DISCLOSURE STATEMENT |
| 9/9/2011 | LS | 0.40 | 400.00 | 160.00 | REVIEW OF PROJECTIONS, LIQ ANALYSIS | PLAN AND DISCLOSURE STATEMENT |
| 9/12/2011 | AMG | 0.50 | 550.00 | 275.00 | REVIEW OF LIQUIDATION ANALYSIS | PLAN AND DISCLOSURE STATEMENT |
| 9/12/2011 | LS | 0.40 | 400.00 | 160.00 | REVIEW OF LIQUIDATION ANALYSIS | PLAN AND DISCLOSURE STATEMENT |
| 9/12/2011 | LS | 0.40 | 400.00 | 160.00 | REVIEW OF PROJECTIONS | PLAN AND DISCLOSURE STATEMENT |
| 9/12/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF DISCO RE ASSETS AND CLAIMS TABLE | PLAN AND DISCLOSURE STATEMENT |
| 9/13/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF PROJECTIONS - REVISED | PLAN AND DISCLOSURE STATEMENT |
| 9/13/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF LIQUIDATION ANALYSIS - REVISED | PLAN AND DISCLOSURE STATEMENT |
| 9/14/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF ESTIMATED RECOVERY ANALYSIS | PLAN AND DISCLOSURE STATEMENT |
| | | | | | REVIEW OF DOCUMENTS FROM NORTHLIGHT | |
| | | | | | REGARDING FRANCHISE LOAN MATURITIES AND | |
| | | | | | DISPOSITION OF NFA FUNDS (AS DEFINED IN CASH | |
| 9/15/2011 | FBR | 0.70 | 475 | 332.50 | COLLATERAL STIP (0.7); | PLAN AND DISCLOSURE STATEMENT |
| | | | | | REVIEW OF CORNEAU'S ADDITIONAL COMMENTS | |
| 9/16/2011 | FBR | 0.30 | 475 | 142.50 | ON POST-CONFIRMATION ESTATE (0.3); | PLAN AND DISCLOSURE STATEMENT |
| | | | | | REVIEW OF PROPOSED PLAN ADMINISTRATOR CVS | |
| 9/20/2011 | FBR | 0.30 | 475 | 142.50 | FROM FRED STEVENS | PLAN AND DISCLOSURE STATEMENT |

Schedule A

| DATE | ATTY | TIME (hrs) | RATE | VALUE | DIARY | CHART |
|---|---|---|---|---|---|---|
| 9/22/2011 | FBR | 0.90 | 475 | 427.50 | REVIEW OF PROPOSAL FROM NORTHLIGHT REGARDING PLAN TREATMENT | PLAN AND DISCLOSURE STATEMENT |
| 9/27/2011 | AMG | 0.40 | 550.00 | 220.00 | REVIEW OF REVISIONS TO DISCLOSURE STATEMENT | PLAN AND DISCLOSURE STATEMENT |
| 9/27/2011 | RRL | 1.10 | 550.00 | 605.00 | REVIEW OF REVISED PLAN AND DISCLOSURE STATEMENT | PLAN AND DISCLOSURE STATEMENT |
| 9/28/2011 | FBR | 1.20 | 475 | 570.00 | REVIEW OF NL PROPOSAL AND DISCUSS ISSUES WITH AMG IN PREP FOR CALL TO CASHER AND STEIN | PLAN AND DISCLOSURE STATEMENT |
| 9/28/2011 | LS | 0.40 | 400.00 | 160.00 | REVIEW OF DISCO REVISIONS | PLAN AND DISCLOSURE STATEMENT |
| 9/28/2011 | RRL | 0.60 | 550.00 | 330.00 | REVIEW OF NORTH LIGHT OFFER AND DISC WITH AMG RE NORTH LIGHT TREATMENT UNDER PLAN | PLAN AND DISCLOSURE STATEMENT |
| 10/3/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF DISCO RE ASSET LIST | PLAN AND DISCLOSURE STATEMENT |
| 10/6/2011 | FBR | 0.50 | 475 | 237.50 | REVIEW OF REV PROC 94.45 | PLAN AND DISCLOSURE STATEMENT |
| 10/6/2011 | FBR | 0.40 | 475 | 190.00 | REVIEW OF REVISED MCC WATERFALL DESCRIPTION (0.4) | PLAN AND DISCLOSURE STATEMENT |
| 10/10/2011 | LS | 0.10 | 400.00 | 40.00 | REVIEW OF PLAN, DISCO RE EXHIBIT FILING DEADLINE | PLAN AND DISCLOSURE STATEMENT |
| 10/10/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF PLAN & DISCO RE PLAN SUPPLEMENT PROVISIONS | PLAN AND DISCLOSURE STATEMENT |
| 10/11/2011 | LS | 0.50 | 400.00 | 200.00 | REVIEW OF PLAN/DISCO RE PLAN SUPPLEMENT INFO | PLAN AND DISCLOSURE STATEMENT |
| 10/17/2011 | FBR | 2.00 | 475 | 950.00 | REVIEW OF NL PLAN PROPOSAL | PLAN AND DISCLOSURE STATEMENT |
| 10/17/2011 | LS | 0.40 | 400.00 | 160.00 | REVIEW OF DISCO - REVISED | PLAN AND DISCLOSURE STATEMENT |
| 10/18/2011 | FBR | 0.40 | 475 | 190.00 | REVIEW OF PROJECTIONS FOR PLAN | PLAN AND DISCLOSURE STATEMENT |
| 10/18/2011 | FBR | 0.30 | 475 | 142.50 | REVIEW OF REVISED TERM SHEET FROM NORTHLIGHT | PLAN AND DISCLOSURE STATEMENT |
| 10/18/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF COMMITTEE COMMENTS TO DISCO AND PCEA | PLAN AND DISCLOSURE STATEMENT |
| 10/19/2011 | FBR | 0.60 | 475 | 285.00 | REVIEW OF FIRST AMENDMENT TO WEST LB NOTE TO DETERMINE IF MODIFICATIONS TO DISCLOSURE STATEMENT WERE NECESSARY | PLAN AND DISCLOSURE STATEMENT |
| 10/20/2011 | AMG | 0.30 | 550.00 | 165.00 | REVIEW OF REVISED PROJECTIONS | PLAN AND DISCLOSURE STATEMENT |
| 10/20/2011 | MEB | 0.60 | 500.00 | 300.00 | REVIEW OF BBN WATERFALL DESCRIPTION RE DISCO STATEMENT | PLAN AND DISCLOSURE STATEMENT |
| 10/24/2011 | FBR | 0.40 | 475 | 190.00 | REVIEW OF FINAL CHANGES TO NL TERM SHEET | PLAN AND DISCLOSURE STATEMENT |
| 10/27/2011 | FBR | 0.30 | 475 | 142.50 | REVIEW OF REVISION TO PLAN FROM CASHER | PLAN AND DISCLOSURE STATEMENT |
| 10/28/2011 | FBR | 2.30 | 475 | 1,092.50 | REVIEW OF NL PROPOSED CHANGES TO PLAN | PLAN AND DISCLOSURE STATEMENT |
| 10/31/2011 | FBR | 0.90 | 475 | 427.50 | REVIEW OF COMMENTS FROM CASHER ON FIRST AMENDED PLAN (.9) | PLAN AND DISCLOSURE STATEMENT |
| 11/4/2011 | AMG | 1.20 | 550.00 | 660.00 | REVIEW OF AMENDED PLAN AND DISCLOSURE STATEMENT | PLAN AND DISCLOSURE STATEMENT |
| 11/8/2011 | AMG | 0.80 | 550.00 | 440.00 | REVIEW OF AMENDED PLAN AND NORTHLIGHT EMAIL | PLAN AND DISCLOSURE STATEMENT |
| 11/8/2011 | FBR | 0.40 | 475 | 190.00 | REVIEW OF NORTHLIGHT COMMENTS TO PLAN (0.4); | PLAN AND DISCLOSURE STATEMENT |
| 11/9/2011 | AMG | 0.80 | 550.00 | 440.00 | REVIEW OF AMENDED PLAN | PLAN AND DISCLOSURE STATEMENT |
| 11/9/2011 | AMG | 0.60 | 550.00 | 330.00 | REVIEW OF AMENDED TRUST AGREEMENT | PLAN AND DISCLOSURE STATEMENT |
| 11/10/2011 | AMG | 0.40 | 550.00 | 220.00 | REVIEW OF AMENDED D.S. (.3) ;AND PLAN (.1) | PLAN AND DISCLOSURE STATEMENT |
| 11/13/2011 | FBR | 0.40 | 475 | 190.00 | REVIEW OF KASSOWITZ COMMENTS ON PLAN | PLAN AND DISCLOSURE STATEMENT |
| 11/14/2011 | AMG | 0.80 | 550.00 | 440.00 | REVIEW OF AMENDED PLAN (.3); AND D.S. (.5) | PLAN AND DISCLOSURE STATEMENT |
| 11/14/2011 | AMG | 0.70 | 550.00 | 385.00 | REVIEW OF AMENDED TRUST AGREEMENT | PLAN AND DISCLOSURE STATEMENT |
| 11/15/2011 | AMG | 1.20 | 550.00 | 660.00 | REVIEW OF ALL AMENDED DOCUMENTS FOR FILING PLAN (.3); DISCLOSURE STATEMENT (.3); AND TRUST DOCUMENT (.6) | PLAN AND DISCLOSURE STATEMENT |
| 11/15/2011 | FBR | 0.20 | 475 | 95.00 | REVIEW OF REVISED IBERIA BANK LEITER | PLAN AND DISCLOSURE STATEMENT |
| 11/17/2011 | AMG | 1.20 | 550.00 | 660.00 | REVIEW OF AMENDED PLAN, D.S. AND TRUST DOCUMENT | PLAN AND DISCLOSURE STATEMENT |
| 11/17/2011 | AMG | 0.20 | 550.00 | 110.00 | REVIEW OF EMAIL ON POC ADDITIONAL MEMBERS | PLAN AND DISCLOSURE STATEMENT |
| 11/17/2011 | FBR | 0.90 | 475 | 427.50 | REVIEW NL COMMENTS (0.4); REVIEW COMMIITEE COMMENTS (0.5) | PLAN AND DISCLOSURE STATEMENT |
| 11/18/2011 | AMG | 0.30 | 550.00 | 165.00 | REVIEW OF SEC COMMENTS | PLAN AND DISCLOSURE STATEMENT |
| 11/18/2011 | AMG | 0.50 | 550.00 | 275.00 | REVIEW OF NORTH LIGHT OBJECTION TO D.S. | PLAN AND DISCLOSURE STATEMENT |
| 11/21/2011 | AMG | 0.60 | 550.00 | 330.00 | REVIEW OF AND REVISE D.S. | PLAN AND DISCLOSURE STATEMENT |
| 11/21/2011 | AMG | 0.40 | 550.00 | 220.00 | REVIEW OF FOGERTY OBJECTION | PLAN AND DISCLOSURE STATEMENT |
| 11/23/2011 | FBR | 0.40 | 475 | 190.00 | REVIEW OF STEINS COMMENTS AND JACOBSON COMMENTS | PLAN AND DISCLOSURE STATEMENT |
| 11/30/2011 | AMG | 0.10 | 550.00 | 55.00 | REVIEW OF IBERIA TREATMENT RE:PLAN (.1) | PLAN AND DISCLOSURE STATEMENT |
| 11/30/2011 | FBR | 0.20 | 475 | 95.00 | REVIEW OF BRIAN'S COMMENTS ON REVISIONS TO DISCO (0.2); | PLAN AND DISCLOSURE STATEMENT |
| 11/30/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF PLAN & DISCO | PLAN AND DISCLOSURE STATEMENT |
| 11/30/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF DOCKET | PLAN AND DISCLOSURE STATEMENT |
| 12/7/2011 | LS | 0.50 | 400.00 | 200.00 | REVIEW OF PLAN, DISCO AND EXHIBITS WITH AJG FOR PREPARING SOLICIT PACKAGE | PLAN AND DISCLOSURE STATEMENT |

Schedule A

| DATE | ATTY | TIME (hrs) | RATE | VALUE | DIARY | CHART |
|------|------|-----------|------|-------|-------|-------|
| 12/12/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF SOLICITATION DOCS | PLAN AND DISCLOSURE STATEMENT |
| 12/13/2011 | LS | 1.40 | 400.00 | 560.00 | REVIEW OF SOLICITATION MATERIALS | PLAN AND DISCLOSURE STATEMENT |
| 12/13/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF PLAN AND DISCO RE EXHIBITS | PLAN AND DISCLOSURE STATEMENT |
| | | | | | REVIEW OF FINAL REVIEW OF SOLICITAION PACKAGE INCLUDING DISCO, PLAN, PLAN SUPPLEMENT EXHIBITS, POST0-CONFIRMATION ESTATE AGREEMENT; BALLOTS AND NOTICE OF | |
| 12/15/2011 | FBR | 1.20 | 475 | 570.00 | NON-VOTING STATUS | PLAN AND DISCLOSURE STATEMENT |
| 12/19/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF AOS RE SOLIC PACKAGE | PLAN AND DISCLOSURE STATEMENT |
| 12/20/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF SOLIC PACKAGE & SERVICE LIST | PLAN AND DISCLOSURE STATEMENT |
| 12/23/2011 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF BALLOTS | PLAN AND DISCLOSURE STATEMENT |
| 12/27/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF BALLOTS | PLAN AND DISCLOSURE STATEMENT |
| 12/28/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF BALLOTS | PLAN AND DISCLOSURE STATEMENT |
| | | | | | REVIEW OF HEF'S COMMENTS ON NL NOTE AND | |
| 12/29/2011 | FBR | 0.80 | 475 | 380.00 | LOAN AGREEMENT | PLAN AND DISCLOSURE STATEMENT |
| 12/30/2011 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF BALLOTS | PLAN AND DISCLOSURE STATEMENT |
| | | | | | REVIEW OF NORTH LIGHT PROPOSED PLAN | |
| 1/6/2012 | FBR | 0.60 | 475 | 285.00 | MODIFICATIONS | PLAN AND DISCLOSURE STATEMENT |
| | | | | | REVIEW OF CHANGES TO PLAN REQUESTED BY MILBANK TWEED REPRESENTING CERTAIN | |
| 1/6/2012 | FBR | 0.20 | 475 | 95.00 | INVESTORS (0.2); | PLAN AND DISCLOSURE STATEMENT |
| 1/6/2012 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF BALLOTS | PLAN AND DISCLOSURE STATEMENT |
| | | | | | REVIEW OF DOCS FOR FEE APPLICATIONS | |
| 1/6/2012 | RMS | 3.80 | 400.00 | 1,520.00 | REGARDING BILLINGS | PLAN AND DISCLOSURE STATEMENT |
| 1/9/2012 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF BALLOTS | PLAN AND DISCLOSURE STATEMENT |
| 1/11/2012 | LS | 0.20 | 400.00 | 80.00 | REVIEW OF BALLOTS | PLAN AND DISCLOSURE STATEMENT |
| | | | | | REVIEW OF CLAIMS AND APPLICATIONS FILED WITH | |
| 1/13/2012 | RMS | 0.20 | 400.00 | 80.00 | COURT REGARDING FEES AND DOC | PLAN AND DISCLOSURE STATEMENT |
| 1/17/2012 | LS | 0.40 | 400.00 | 160.00 | REVIEW OF BALLOTS | PLAN AND DISCLOSURE STATEMENT |
| 1/18/2012 | LS | 0.30 | 400.00 | 120.00 | REVIEW OF BALLOTS | PLAN AND DISCLOSURE STATEMENT |
| 1/23/2012 | FBR | 0.20 | 475 | 95.00 | REVIEW BLACK LINE (0.2); | PLAN AND DISCLOSURE STATEMENT |
| 1/23/2012 | FBR | 0.40 | 475 | 190.00 | REVIEW OF COMMITTEE CLASSIFICATION MEMO | PLAN AND DISCLOSURE STATEMENT |
| | | | | | REVIEW OF PROPOSED FILINGS INCLUDING REVIEW TRANSACTION DOCUMENT LITIGATION SCHEDULES | |
| 3/8/2011 | HEF | 0.30 | 400.00 | 120.00 | (.3) | CASE PREPARATION |
| 3/9/2011 | RMS | 0.20 | 400.00 | 80.00 | REVIEW OF DOCS WITH LS REGARDING SAME | CASE PREPARATION |
| 3/15/2011 | HEF | 1.00 | 400.00 | 400.00 | REVIEW OF ORGANIZATIONAL CHART (1.0); | CASE PREPARATION |
| 3/15/2011 | RMS | 0.30 | 400.00 | 120.00 | REVIEW OF DOCS AND PETITIONS FOR FILING | CASE PREPARATION |
| | | | | | REVIEW OF DOCKETS REGARDING ASSIGNMENTS | |
| 3/16/2011 | RMS | 0.20 | 400.00 | 80.00 | AND CASE | CASE PREPARATION |
| | | | | | REVIEW OF FILE FOR TRANSCRIPT OF INVESTORS | |
| 3/23/2011 | HEF | 0.60 | 400.00 | 240.00 | MEETING (.6) | CASE PREPARATION |
| | | | | | | DISMISSAL, VENUE, ABSTENTION, AND |
| 3/22/2011 | RMS | 0.30 | 400.00 | 120.00 | REVIEW OF UST MOTION TO APPOINT OR CONVERT | WITHDRAWAL |
| | | | | | | DISMISSAL, VENUE, ABSTENTION, AND |
| 3/22/2011 | RMS | 0.20 | 400.00 | 80.00 | REVIEW OF SEC DOCS IN SUPPORT OF UST DOCS | WITHDRAWAL |
| | | | | | | DISMISSAL, VENUE, ABSTENTION, AND |
| 3/23/2011 | RMS | 0.20 | 400.00 | 80.00 | REVIEW OF PORTIONS OF REPLY TO UST MOTION | WITHDRAWAL |
| | | 678.00 | | 282,541.69 | | |

| ATTORNEY | BLENDED RATE |
|----------|-------------|
| AMG | 550 |
| AJG | 315.4151851 |
| BBN | 325 |
| FBR | 475 |
| HFF | 400 |
| JDD | 425 |
| KS | 201.3524937 |
| LN | 110 |
| LP | 450 |
| LS | 400 |
| MEB | 500 |
| RMS | 400 |
| RRL | 550 |

Schedule B

| DATE | ATTY | TIME (hrs) | RATE | VALUE | DIARY | CHART |
|------|------|-----------|------|-------|-------|-------|
| | | | | | ATTENTION TO INQUIRIES FROM MERRILL INCLUDING CONFERENCES WITH MITCH GREENE | |
| 3/9/2011 | HEF | 0.4 | $400.00 | $160.00 | AND BRENDA NATARAJAN | CASE ADMINISTRATION |
| | | | | | ATTENTION TO MERRILL INQUIRIES INCLUDING | |
| 3/10/2011 | HEF | 0.4 | $400.00 | $160.00 | REVIEW OF FILE INFORMATION | CASE ADMINISTRATION |
| | | | | | ATTENTION TO MERRILL INQUIRIES INCLUDING TELEPHONE CALL WITH MITCH GREENE AND | |
| 3/14/2011 | HEF | 0.3 | $400.00 | $120.00 | EMAIL TO RAY HESLIN ON SAME | CASE ADMINISTRATION |
| | | | | | ATTENTION TO BANKING MATTERS INCLUDING REVIEW OF FILE DOCUMENTS AND TELEPHONE | |
| 3/21/2011 | HEF | 1.0 | $400.00 | $400.00 | CALLS (1.0);, | CASE ADMINISTRATION |
| | | | | | ATTENTION TO BANKING ISSUES INCLUDING | |
| 3/22/2011 | HEF | 1.8 | $400.00 | $720.00 | REVIEW OF FILE DOCUMENTS (1.8) | CASE ADMINISTRATION |
| | | | | | ATTENTION TO OPERATIONAL ISSUES INCLUDING TELEPHONE CALLS WITH, AND EMAILS TO AND FROM, CAROL GLOSPIE | |
| 3/23/2011 | HEF | 0.3 | $400.00 | $120.00 | (NEWCO SERVICES) (.3); | CASE ADMINISTRATION |
| | | | | | ATTENTION TO REQUESTS FROM DON DEVITT RE: NFA INCLUDING TELEPHONE CALL FROM | |
| 3/25/2011 | HEF | 0.3 | $400.00 | $120.00 | DON DEVITT (.2); | CASE ADMINISTRATION |
| | | | | | ATTENTION TO GENERAL PARTNER AND MANAGER ELECTION ISSUES INCLUDING | |
| 3/31/2011 | HEF | 1.7 | $400.00 | $680.00 | REVIEW OF GOVERNANCE DOCUMENTS | CASE ADMINISTRATION |
| | | | | | ATTENTION TO NFAINORTHLIGHT SWAPS AND OTHER PAYMENTS ISSUES INCLUDING REVIEW OF EMAILS FROM DON DEVITT AND MITCHELL | |
| 4/6/2011 | HEF | 0.8 | $400.00 | $320.00 | GREENE (.8). | CASE ADMINISTRATION |
| | | | | | ATTENTION TO SWAPS ISSUED BY NORTHLIGHT INCLUDING EMAILS TO AND FRO BOB WOODS, | |
| 4/7/2011 | HEF | 1.0 | $400.00 | $400.00 | DON DEVITT AND A. MITCHELL GREENE | CASE ADMINISTRATION |
| | | | | | ATTENTION TO MERRILL SERVICING FEES ISSUE | |
| 4/7/2011 | HEF | 0.2 | $400.00 | $80.00 | INCLUDING EMAIL FROM ALAN PLESKOW (.2); | CASE ADMINISTRATION |
| | | | | | ATTENTION TO NORTHLIGHT ARRANGEMENT INCLUDING CONFERENCE WITH ADAM GREENE | |
| 4/11/2011 | HEF | 0.7 | $400.00 | $280.00 | (.7); | CASE ADMINISTRATION |
| | | | | | ATTENTION TO NORTHLIGHT DISPUTE RE SWAPS AND OTHER PAYMENTS INCLUDING CONFERENCES WITH RAY HESLIN AND A | |
| 4/12/2011 | HEF | 1.2 | $400.00 | $480.00 | MITCHELL GREENE (1.2); | CASE ADMINISTRATION |
| | | | | | ATTENTION TO NORTHLIGHT SWAPS ISSUES INCLUDING CONFERENCES WITH A MITCHELL | |
| 4/13/2011 | HEF | 0.7 | $400.00 | $280.00 | GREENE (.7); | CASE ADMINISTRATION |
| | | | | | ATTENTION TO ISSUES RAISED RE: OPERATING AGREEMENTS & VOTING PROVISIONS IN BANKRUPTCY TRUSTEE'S MOTION INCLUDING CONFERENCES WITH A. MITCHELL GREENE; ROBERT R. LEINWAND AND ADAM J. GREENE | |
| 4/13/2011 | HEF | 2.8 | $400.00 | $1,120.00 | (2.8); | CASE ADMINISTRATION |
| | | | | | ATTENTION TO NFA SWAPS ISSUES INCLUDING CONFERENCES WITH A.  MITCHELL GREENE RE: | |
| 4/14/2011 | HEF | 0.5 | $400.00 | $200.00 | NL COLLATERAL (.5); | CASE ADMINISTRATION |
| | | | | | ATTENTION TO ISSUES RAISED BY JUDGE BERNSTEIN REGARDING RAY HESLIN MANAGEMENT OF UC FAMILY LP AND WEST END FUNDS INCLUDING CONFERENCES WITH A. MITCHELL GREENE, ROBERT R. | |
| 4/14/2011 | HEF | 0.1 | $400.00 | $40.00 | LEINWAND AND KAVNEET SETHI | CASE ADMINISTRATION |
| | | | | | ATTENTION TO ISSUES REGARDING WEST END CASH LIQUIDITY FUND INCLUDING CONFERENCES WITH A. MITCHELL GREENE AND | |
| 4/15/2011 | HEF | 0.6 | $400.00 | $240.00 | RAY HESLIN (.6); | CASE ADMINISTRATION |

Schedule B

| DATE | ATTY | TIME (hrs) | RATE | VALUE | DIARY | CHART |
|------|------|-----------|------|-------|-------|-------|
| 4/15/2011 | HEF | 1.1 | $400.00 | $440.00 | ATTENTION TO ISSUE RAISED BY JUDGE BERNSTEIN REGARDING LIMITATIONS ON LIMITED PARTNERS FROM HAVING MANAGEMENT ROLES IN WEST END ENTITIES INCLUDING REVIEW OF APRIL 12, 2011 TRANSCRIPT (1.1) | CASE ADMINISTRATION |
| 4/17/2011 | HEF | 2.1 | $400.00 | $840.00 | ATTENTION TO ISSUES RAISED BY JUDGE BERNSTEIN INCLUDING PROOFREAD AND REVISE FIRST DRAFT OF MEMO ADDRESSING PRESUMED INTERIM NATURE OF RAY HESLIN APPOINTMENT AND SUPPOSED LIMITATIONS ON LIMITED PARTNERS HOLDING CONTROL POSITIONS IN WEST END FUNDS | CASE ADMINISTRATION |
| 4/18/2011 | HEF | 0.6 | $400.00 | $240.00 | ATTENTION TO SWAPS ISSUES INCLUDING EMAILS TO AND FROM RYAN LUSIC (NFA LOANS), RAY HESLIN, DON DEVITT, A. MITCHELL GREENE AND JAYAN KRISHNAN (DZ BANK) (.6) | CASE ADMINISTRATION |
| 4/18/2011 | HEF | 3.3 | $400.00 | $1,320.00 | ATTENTION TO ISSUES RAISED BY JUDGE BERNSTEIN INCLUDING RESEARCH REGARDING LIMITING CLAUSES ON TERMS OF OFFICERS, GENERAL PARTNERS AND MANAGERS (3.3) | CASE ADMINISTRATION |
| 4/19/2011 | HEF | 0.2 | $400.00 | $80.00 | ATTENTION TO DEBTOR TIERS INCLUDING REVIEW OF DOCUMENTS (.2); | CASE ADMINISTRATION |
| 4/20/2011 | HEF | 0.3 | $400.00 | $120.00 | ATTENTION TO CASH COLLATERAL ISSUES INCLUDING REVIEW OF DRAFT OF INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL | CASE ADMINISTRATION |
| 4/20/2011 | HEF | 0.7 | $400.00 | $280.00 | ATTENTION TO ISSUES RAISED BY JUDGE BERNSTEIN INCLUDING REVIEW OF DOCUMENTS (.7); | CASE ADMINISTRATION |
| 4/26/2011 | HEF | 0.7 | $400.00 | $280.00 | ATTENTION TO MEMO ADDRESSING ELECTION AND LIMITATIONS ON LIMITED PARTNERS ISSUES RAISED BY JUDGE BERNSTEIN (.7) | CASE ADMINISTRATION |
| 4/27/2011 | HEF | 0.5 | $400.00 | $200.00 | ATTENTION TO CASE STRATEGY INCLUDING CONFERENCES WITH ROBERT LEINWAND AND JOHN D'ERCOLE. | CASE ADMINISTRATION |
| 4/28/2011 | HEF | 0.3 | $400.00 | $120.00 | ATTENTION TO CASE PREPARATION INCLUDING CONFERENCES WITH A. MITCHELL GREENE MITCHELL GREENE AND JOHN D'ERCOLE | CASE ADMINISTRATION |
| 5/2/2011 | HEF | 0.8 | $400.00 | $320.00 | ATTENTION TO CASE PREPARATION INCLUDING CONFERENCES WITH ADAM GREENE (.8) | CASE ADMINISTRATION |
| 5/2/2011 | HEF | 1.5 | $400.00 | $600.00 | ATTENTION TO CASE PREPARATION INCLUDING REVIEW OF FILE DOCUMENTS REGARDING RISK ADJUSTED DEBT NOTES (1.5) | CASE ADMINISTRATION |
| 5/16/2011 | HEF | 0.4 | $400.00 | $160.00 | ATTENTION TO CASE PREPARATION INCLUDING CONFERENCES WITH FRED RINGEL AND ADAM GREENE. | CASE ADMINISTRATION |
| 5/17/2011 | HEF | 0.2 | $400.00 | $80.00 | ATTENTION TO CASE PREPARATION INCLUDING CONFERENCES WITH A. MITCHELL GREENE, FRED RINGEL AND LORI SCHWARTZ | CASE ADMINISTRATION |
| 5/23/2011 | HEF | 0.2 | $400.00 | $80.00 | ATTENTION TO CENTURY CLAIM INCLUDING CONFERENCE WITH BRENDA NATARAJAN (.2); | CASE ADMINISTRATION |
| 5/25/2011 | HEF | 0.5 | $400.00 | $200.00 | ATIENTION TO CENTURY LIEN CLAIM INCLUDING CONFERENCE WITH BRENDA NATARAJAN (.5); | CASE ADMINISTRATION |
| 5/25/2011 | HEF | 1.0 | $400.00 | $400.00 | ATIENTION TO AUDIT INQUIRY INCLUDING REVIEW OF NOTATED BILLING MEMORANDUM AND CORRESPONDING DAILY TIME SHEETS (1.0) | CASE ADMINISTRATION |

Schedule B

| DATE | ATTY | TIME (hrs) | RATE | VALUE | DIARY | CHART |
|------|------|-----------|------|-------|-------|-------|
| 5/26/2011 | HEF | 1.1 | $400.00 | $440.00 | ATTENTION TO CLAIMED CENTURY LIEN INCLUDING CONFERENCES WITH MARSHALL BERNSTEIN AND BRENDA NATARAJAN RE: POLISHING MEMO | CASE ADMINISTRATION |
| 5/26/2011 | HEF | 0.4 | $400.00 | $160.00 | ATTENTION TO BASILE CLAIM REGARDING SOUTHWOOD COURT PROPERTIES LLC INCLUDING TELEPHONE CALL WITH DON DEVITT (.4) | CASE ADMINISTRATION |
| 5/26/2011 | HEF | 0.2 | $400.00 | $80.00 | ATTENTION TO PROPOSED FUSION TRANSACTION INCLUDING CONFERENCE WITH A. MITCHELL GREENE; EMAILS TO LEE PERSHAN AND MEGAN PETRUS (.2); | CASE ADMINISTRATION |
| 6/1/2011 | HEF | 0.1 | $400.00 | $40.00 | ATTENTION TO NORTHLIGHT COLLATERAL ISSUES INCLUDING REVIEW OF NORTHLIGHT LOAN AGREEMENT REGARDING WEST END SPECIAL OPPORTUNITY FUND AND WEST END CASH LIQUIDITY FUND (. 1); | CASE ADMINISTRATION |
| 6/2/2011 | HEF | 0.5 | $400.00 | $200.00 | ATTENTION TO PROPOSED FUSION TRANSACTION INCLUDING REVIEW OF CLIENT DOCUMENTS (.5); | CASE ADMINISTRATION |
| 6/3/2011 | HEF | 0.4 | $400.00 | $160.00 | ATTENTION TO INQUIRIES FROM FTI CONSULTING INCLUDING CONFERENCE CALL WITH RAY HESLIN AND MARK GREENBERG (.4) | CASE ADMINISTRATION |
| 6/3/2011 | HEF | 0.2 | $400.00 | $80.00 | ATTENTION TO CENTURY LIEN ISSUES INCLUDING CONFERENCE WITH BRENDA NATARAJAN (.2); | CASE ADMINISTRATION |
| 6/6/2011 | HEF | 0.3 | $400.00 | $120.00 | ATTENTION TO ISSUES RE: CENTURY LIENS INCLUDING CONFERENCE WITH BRENDA NATARAJAN REGARDING DRAFT OF MEMO (.3); | CASE ADMINISTRATION |
| 6/6/2011 | HEF | 1.4 | $400.00 | $560.00 | ATTENTION TO ISSUES REGARDING MERRILL HOLDINGS IN NFA FUNDING LLC AND RELATED ITEMS | CASE ADMINISTRATION |
| 6/6/2011 | HEF | 0.4 | $400.00 | $160.00 | ATTENTION TO NORTHLIGHT AND WEST LB ISSUES | CASE ADMINISTRATION |
| 6/7/2011 | HEF | 0.5 | $400.00 | $200.00 | ATTENTION TO CENTURY CLAIM TO COLLATERAL FROM WE/MERCURY INCLUDING REVIEW OF DOCUMENTS (.5); | CASE ADMINISTRATION |
| 6/7/2011 | HEF | 0.6 | $400.00 | $240.00 | ATTENTION TO REQUESTS FROM FTI CONSULTING | CASE ADMINISTRATION |
| 6/7/2011 | HEF | 0.4 | $400.00 | $160.00 | ATTENTION TO FUSION MATTER INCLUDING REVIEW OF DOCUMENTS | CASE ADMINISTRATION |
| 6/8/2011 | HEF | 1.6 | $400.00 | $640.00 | ATTENTION TO REQUESTS OF FTI CONSULTING INCLUDING REVIEW OF FILES, PREPARATION OF DOCUMENTS AND RESPONSES | CASE ADMINISTRATION |
| 6/8/2011 | HEF | 0.5 | $400.00 | $200.00 | ATTENTION TO CENTURY CLAIMS REGARDING WEST END/MERCURY | CASE ADMINISTRATION |
| 6/21/2011 | HEF | 2.8 | $400.00 | $1,120.00 | ATTENTION TO SERVICER ISSUES INCLUDING REVIEW OF SERVICER AGREEMENTS (2.8) | CASE ADMINISTRATION |
| 6/21/2011 | HEF | 0.4 | $400.00 | $160.00 | ATTENTION TO CAPLEASE ISSUES INCLUDING CONFERENCE WITH ADAM GREENE | CASE ADMINISTRATION |
| 6/24/2011 | HEF | 1.1 | $400.00 | $440.00 | ATTENTION TO NORTHLIGHT AND WESTLB ISSUES INCLUDING CONFERENCES WITH A MITCHELL GREENE AND JOHN D'ERCOLE | CASE ADMINISTRATION |
| 6/27/2011 | HEF | 0.4 | $400.00 | $160.00 | A TIENTION TO NORTH LIGHT MA TIERS INCLUDING CONFERENCE WITH BRENDA NATARAJAN | CASE ADMINISTRATION |
| 6/28/2011 | HEF | 0.3 | $400.00 | $120.00 | ATTENTION TO CAPLEASE ISSUES INCLUDING CONFERENCE WITH ADAM GREENE | CASE ADMINISTRATION |
| 6/28/2011 | HEF | 0.7 | $400.00 | $280.00 | ATTENTION TO NORTHLIGHT MATTERS INCLUDING REVISE DOCUMENTS AND EMAIL TO ADAM GREENE AND ROBERT LEINWAND RE: ML & ITS INTEREST IN NFA | CASE ADMINISTRATION |

Schedule B

| DATE | ATTY | TIME (hrs) | RATE | VALUE | DIARY | CHART |
|------|------|-----------|------|-------|-------|-------|
| 6/29/2011 | HEF | 1.1 | $400.00 | $440.00 | ATTENTION TO KULISH MATTERS INCLUDING TELEPHONE CALL WITH ELLEN BURKE (1.1) | CASE ADMINISTRATION |
| 6/30/2011 | HEF | 0.6 | $400.00 | $240.00 | ATTENTION TO KULISH MATTERS INCLUDING CONTINUED PREPARATION OF DOCUMENTS | CASE ADMINISTRATION |
| 7/5/2011 | HEF | 0.5 | $400.00 | $200.00 | ATTENTION TO FTI CONSULTING REQUESTS FOR INFORMATION INCLUDING EMAILS TO AND FROM FRED RINGEL, ESQ. | CASE ADMINISTRATION |
| 7/6/2011 | HEF | 0.8 | $400.00 | $320.00 | ATTENTION TO FTI CONSULTING DOCUMENT REQUESTS INCLUDING REVIEW OF DOCUMENTS AND EMAILS TO AND FROM FRED RINGEL, ESQ. AND MEGAN PETRUS, ESQ. | CASE ADMINISTRATION |
| 7/7/2011 | HEF | 1.1 | $400.00 | $440.00 | ATTENTION TO FTI DOCUMENTS REQUESTS INCLUDING COMPILE CERTAIN REQUESTED DOCUMENTS AND EMAIL TO FRED RINGEL, ESQ. | CASE ADMINISTRATION |
| 8/1/2011 | HEF | 0.5 | $400.00 | $200.00 | ATTENTION TO PREPARATION OF BANKRUPTCY PLAN INCLUDING WORK WITH ADAM GREENE ON NORTHLIGHT AND THEIR LIENS. | CASE ADMINISTRATION |
| 8/1/2011 | HEF | 0.4 | $400.00 | $160.00 | ATTENTION TO INSURANCE COVERAGE CLAIM INCLUDING CONFERENCE WITH JOHN D'ERCOLE AND ADAM GREENE RE: SENTIALS AFFILIATE V. SUBSIDIARIES (.4); | CASE ADMINISTRATION |
| 8/1/2011 | HEF | 0.5 | $400.00 | $200.00 | ATTENTION TO CENTURY MATTER INCLUDING REVIEW OF EMAILS FROM BRENDA NATARAJAN | CASE ADMINISTRATION |
| 8/2/2011 | HEF | 1.3 | $400.00 | $520.00 | ATTENTION TO PLAN INCLUDING CONFERENCE WITH FRED RINGEL REGARDING CAP LEASE AND KULISH MATTERS(1 .3); | CASE ADMINISTRATION |
| 8/3/2011 | HEF | 0.2 | $400.00 | $80.00 | ATTENTION TO PREPARATION OF BANKRUPTCY PLAN INCLUDING CONFERENCES WITH FRED RINGEL AND MITCHELL GREENE (.2); | CASE ADMINISTRATION |
| 8/4/2011 | HEF | 1.3 | $400.00 | $520.00 | WORK ON PLAN ISSUES INCLUDING ATTENTION TO SWAP BREAKAGE ISSUES INCLUDING SEVERAL CONFERENCES WITH FRED RINGEL AND MITCHELL GREENE (1.3); | CASE ADMINISTRATION |
| 8/5/2011 | HEF | 1.1 | $400.00 | $440.00 | ATTENTION TO BANKRUPTCY PLAN INCLUDING REVIEW OF WEST END REAL ESTATE DOCUMENTS (1.1); | CASE ADMINISTRATION |
| 8/8/2011 | HEF | 0.3 | $400.00 | $120.00 | ATTENTION TO NORTHLIGHT AND CAP LEASE INCLUDING CONFERENCES WITH MITCHELL GREENE, FRED RINGEL, ADAM GREENE AND LEE PERSHAN (.3); | CASE ADMINISTRATION |
| 8/9/2011 | HEF | 1.1 | $400.00 | $440.00 | ATTENTION TO NORTHLIGHT ISSUES INCLUDING REVIEW OF UNDERLYING DOCUMENTS (1 .1); | CASE ADMINISTRATION |
| 8/10/2011 | HEF | 1.7 | $400.00 | $680.00 | ATTENTION TO NORTHLIGHT ISSUES INCLUDING CONFERENCES WITH MITCHELL GREENE, ADAM GREENE AND ERIC KORSTEN OF FOCUS CAPITAL | CASE ADMINISTRATION |
| 8/19/2011 | HEF | 1.2 | $400.00 | $480.00 | ATTENTION TO SWAPS AND NORTHLIGHT COLLATERAL ISSUES INCLUDING REVIEW OF DOCUMENTS (1.2); | CASE ADMINISTRATION |
| 8/22/2011 | HEF | 0.1 | $400.00 | $40.00 | ATTENTION TO SWAPS ISSUE IN RESPECT TO NORTHLIGHT CLAIMS INCLUDING CONFERENCES WITH BRENDA NATARAJAN AND ADAM GREENE (.1) | CASE ADMINISTRATION |
| 8/23/2011 | HEF | 2.2 | $400.00 | $880.00 | ATTENTION TO NORTHLIGHT CLAIMS RE: SWAP PAYMENTS INCLUDING REVIEW OF DOCUMENTS; REVIEW OF EMAILS INCLUDING 04/11/11 EMAIL TO BOB WOODS, 04/12/11 EMAIL TO MARC LOPRESTI, 05/08/11 EMAIL TO ROBERT LEINWAND (2.2); | CASE ADMINISTRATION |

Schedule B

| DATE | ATTY | TIME (hrs) | RATE | VALUE | DIARY | CHART |
|------|------|-----------|------|-------|-------|-------|
| | | | | | ATTENTION TO ISSUES REGARDING NORTH LIGHT MANAGEMENT FEES INCLUDING REVIEW OF DECEMBER 18, 2009 LOAN DOCUMENTS (.8); NORTH LIGHT DISTRESSED REAL ESTATE FUND LP AGREEMENT (.4); FOUR (4) NORTHLIGHT TRANSFER AND EXCHANGE AGREEMENTS (1.9); NORTHLIGHT FOOD FRANCHISE FUND LP AGREEMENT (1.0);NORTHLIGHT FOOD FRANCHISE FUND II, LP AGREEMENT (.5); AND NORTHLIGHT EQUIPMENT FUND I, LP | |
| 8/24/2011 | HEF | 4.9 | $400.00 | $1,960.00 | AGREEMENT (.3); | CASE ADMINISTRATION |
| 9/8/2011 | HEF | 1.1 | $400.00 | $440.00 | ATTENTION TO NORTH LIGHT CLAIMS INCLUDING REVIEW DECEMBER 2009 LOAN AGREEMENT (1.1); | CASE ADMINISTRATION |
| 9/12/2011 | HEF | 0.6 | $400.00 | $240.00 | ATTENTION TO BANKRUPTCY PLAN MATTERS INCLUDING CONFERENCE WITH FRED RINGEL REGARDING FORMS OF PROMISSORY NOTE AND SECURITY AGREEMENT FOR NORTHLIGHT, IBERIA BANK AND CAPLEASE SERVICES CORP. | CASE ADMINISTRATION |
| 9/13/2011 | HEF | 1.0 | $400.00 | $400.00 | ATTENTION TO DISCLOSURE STATEMENT ISSUES INCLUDING CONFERENCES WITH MITCHELL GREENE (.7) AND FRED RINGEL (.3) | CASE ADMINISTRATION |
| 9/16/2011 | HEF | 1.1 | $400.00 | $440.00 | ATTENTION TO WATERFALL ISSUES INCLUDING 2 CONFERENCES W/ A. MITCHELL GREENE (.7) & (.4) | CASE ADMINISTRATION |
| 9/18/2011 | HEF | 4.1 | $400.00 | $1,640.00 | ATTENTION TO WATERFALL ISSUES INCLUDING REVIEW OF AUGUST 2011 WATERFALL REPORTS (2.6); AND DECEMBER 18, 2009 NORTHLIGHT LOAN AGREEMENT (1 .5) | CASE ADMINISTRATION |
| 9/19/2011 | HEF | 1.1 | $400.00 | $440.00 | ATTENTION TO EXAMINER INQUIRIES INCLUDING REVIEW OF CORRESPONDENCE WITH KATIE KADLEC AT NATIONAL FRANCHISE ACCEPTANCE, LLC (1 .1); | CASE ADMINISTRATION |
| 9/26/2011 | HEF | 0.5 | $400.00 | $200.00 | ATTENTION TO WESTLB QUESTIONS INCLUDING REVIEW OF DOCUMENTS (.5); | CASE ADMINISTRATION |
| 9/27/2011 | HEF | 0.2 | $400.00 | $80.00 | ATTENTION TO WESTLB QUESTIONS INCLUDING CONFERENCE WITH FRED RINGEL (.2); | CASE ADMINISTRATION |
| 9/27/2011 | HEF | 0.3 | $400.00 | $120.00 | ATTENTION TO SOUTHWOOD COURT TRANSACTION INCLUDING EMAIL FROM DON DEVITT (.1);  EMAIL TO MITCHELL GREENE (.2) | CASE ADMINISTRATION |
| 9/28/2011 | HEF | 2.0 | $400.00 | $800.00 | ATTENTION TO W/E MORTGAGE OPPORTUNITY FUND LP ISSUES INCLUDING REVIEW OF DECEMBER 15,2003 PROMISSORY NOTE FROM CHICAGO DIVERSIFIED FOODS CORP (.4).; REVIEW OF W/E MORTGAGE OPPORTUNITY FUND FILE DOCUMENTS (1.2); EMAILS TO AND FROM DON DEVITT (.2); AND MITCHELL GREENE (.2); | CASE ADMINISTRATION |

Schedule B

| DATE | ATTY | TIME (hrs) | RATE | VALUE | DIARY | CHART |
|------|------|-----------|------|-------|-------|-------|
| | | | | | ATTENTION TO CHICAGO DIVERSIFIED FOODS PROMISSORY NOTE INCLUDING REVIEW OF W/E MORTGAGE OPPORTUNITY FUND LP DOCUMENTS (1.7); DETERMINE APPLICABLE CURRENT FLOATING INTEREST RATE (1 .0); CONFERENCE WITH LEE PERSHAN RE NOTE & WHETHER WEFA COULD ACCELERATE SAME (.2); EMAILS TO AND FROM DON DEVITT, MITCHELL GREENE AND LEE PERSHAN RE: ACCELERATION OF THE LOAN | |
| 9/29/2011 | HEF | 3.1 | $400.00 | $1,240.00 | (.2). | CASE ADMINISTRATION |
| 9/30/2011 | HEF | 0.3 | $400.00 | $120.00 | ATTENTION TO SOUTHWOOD COURT SUBORDINATION  AGREEMENT INCLUDING EMAILS TO AND FROM MITCHELL GREENE (.3); | CASE ADMINISTRATION |
| 9/30/2011 | HEF | 3.1 | $400.00 | $1,240.00 | ATTENTION TO NORTHLIGHT WESTLB ISSUES INCLUDING EMAILS TO AND FROM MARC LOPRESTI (.3); REVIEW OF DECEMBER 18, 2009 SECOND AMENDMENT TO WESTLB CREDIT AGREEMENT (1 .0) AND 09/21/07 WESTLB CREDIT AGREEMENT (1 .8). | CASE ADMINISTRATION |
| 10/3/2011 | HEF | 0.6 | $400.00 | $240.00 | ATTENTION TO PROPOSED AMAGANSETT SUBORDINATION AGREEMENT INCLUDING REVIEW OF UNDERL YING DOCUMENTS | CASE ADMINISTRATION |
| 10/3/2011 | HEF | 0.5 | $400.00 | $200.00 | ATTENTION TO DISCLOSURE STATEMENT PREPARATION INCLUDING CONFERENCES WITH MITCHELL GREENE (.2); AND FRED RINGEL REGARDING AMENDED WESTLB CREDIT AGREEMENT (.3). | CASE ADMINISTRATION |
| 10/4/2011 | HEF | 0.3 | $400.00 | $120.00 | ATTENTION TO AMAGANSETT MATTER INCLUDING CONFERENCE WITH MITCHELL GREENE | CASE ADMINISTRATION |
| 10/5/2011 | HEF | 0.2 | $400.00 | $80.00 | ATTENTION TO ISSUES RELATING TO DZ BANK HEDGE AGREEMENTS INCLUDING CONFERENCE WITH MITCHELL GREENE (.2); | CASE ADMINISTRATION |
| 10/6/2011 | HEF | 0.2 | $400.00 | $80.00 | ATTENTION TO FORM PROMISSORY NOTES AND MORTGAGES TO NORTHLIGHT, CAPLEASE AND CENTURY INCLUDING EMAILS TO AND FROM FRED RINGEL (2); | CASE ADMINISTRATION |
| 10/10/2011 | HEF | 0.2 | $400.00 | $80.00 | ATTENTION TO AMAGANSETT MATTER INCLUDING LETTER FROM ROBERT KOUFFMAN (.2); | CASE ADMINISTRATION |
| 10/10/2011 | HEF | 0.3 | $400.00 | $120.00 | ATTENTION TO ISSUES PERTAINING TO NORTHLIGHT MANAGEMENT FEES INCLUDING CONFERENCE WITH ADAM GREENE. | CASE ADMINISTRATION |
| 10/12/2011 | HEF | 0.4 | $400.00 | $160.00 | ATTENTION TO PROPOSED SOUTHWOOD COURT TRANSACTION INCLUDING EMAILS TO AND FROM DON DEVITT (.2) AND CONFERENCE WITH MITCHELL GREENE. (.2) | CASE ADMINISTRATION |
| 10/12/2011 | HEF | 0.3 | $400.00 | $120.00 | ATTENTION TO PROPOSED AMENDMENT OF NORTHLIGHT LOAN INCLUDING CONFERENCE WITH ADAM GREENE. | CASE ADMINISTRATION |
| 10/12/2011 | HEF | 0.3 | $400.00 | $120.00 | ATTENTION TO SWAP AGREEMENT ISSUES INCLUDING EMAILS TO AND FROM DON DEVITT (.2) AND CONFERENCE WITH MITCHELL GREENE (.1) | CASE ADMINISTRATION |
| 10/13/2011 | HEF | 0.7 | $400.00 | $280.00 | ATTENTION TO ISSUES REGARDING SWAP AGREEMENTS INCLUDING CONFERENCE WITH MITCHELL GREENE AND ADAM GREENE (.4); | CASE ADMINISTRATION |

Schedule B

| DATE | ATTY | TIME (hrs) | RATE | VALUE | DIARY | CHART |
|------|------|-----------|------|-------|-------|-------|
| | | | | | ATTENTION TO NORTHLIGHT CLAIM FOR DEFAULT INTEREST INCLUDING REVIEW OF NORTHLIGHT LOAN DOCUMENTS (1.2) AND CONFERENCE WITH MITCHELL GREENE AND ADAM | |
| 10/13/2011 | HEF | 1.5 | $400.00 | $600.00 | GREENE (.3). | CASE ADMINISTRATION |
| 10/14/2011 | HEF | 0.3 | $400.00 | $120.00 | ATTENTION TO ISSUES REGARDING SWAP AGREEMENTS INCLUDING EMAILS TO AND FROM JAYAN KRISHNAN (.3) | CASE ADMINISTRATION |
| 10/18/2011 | HEF | 0.8 | $400.00 | $320.00 | ATTENTION TO HEDGE AGREEMENT BREAKAGE ISSUES INCLUDING EMAILS TO AND FROM JAYAN KRISHNAN (DZ BANK) (.5); AND BRENDA NATARAJAN (.3); | CASE ADMINISTRATION |
| 10/19/2011 | HEF | 0.4 | $400.00 | $160.00 | ATTENTION TO HEDGE AGREEMENT BREAKAGE ISSUES INCLUDING CONFERENCE WITH BRENDA NATARAJAN AND MITCHELL GREENE (.2); EMAILS TO AND FROM BRENDA NATARAJAN AND EMILY DEVILLA (.2). | CASE ADMINISTRATION |
| 11/1/2011 | HEF | 0.3 | $400.00 | $120.00 | ATTENTION TO SOUTHWOOD COURT MATTERS INCLUDING CONFERENCE WITH MITCHELL GREENE AND LORI SCHWARTZ (.3); | CASE ADMINISTRATION |
| 11/2/2011 | HEF | 0.3 | $400.00 | $120.00 | ATTENTION TO SOUTHWOOD COURT MATTER INCLUDING CONFERENCES WITH MITCHELL GREENE (.2); AND LORI SCHWARTZ (.1); | CASE ADMINISTRATION |
| 11/3/2011 | HEF | 0.7 | $400.00 | $280.00 | ATTENTION TO SOUTHWOOD COURT TRANSACTION INCLUDING EMAILS AND LETTERS TO AND FROM BOB KAUFMAN, JOE KENEALLY AND PECONIC ABSTRACT (.7); | CASE ADMINISTRATION |
| 12/5/2011 | HEF | 0.3 | $400.00 | $120.00 | ATTENTION TO PROPOSED LOAN MODIFICATION INCLUDING CONFERENCE WITH ADAM GREENE. | CASE ADMINISTRATION |
| 12/5/2011 | HEF | 1.8 | $400.00 | $720.00 | ATTENTION TO PROPOSED LOAN MODIFICATION INCLUDING REVIEW OF NORTHLIGHT DISCUSSION OUTLINE OF CERTAIN KEY LOAN RESTRUCTURING TERMS. | CASE ADMINISTRATION |
| 12/13/2011 | HEF | 1.4 | $400.00 | $560.00 | ATTENTION TO PROPOSED KULISH TRANSFERS INCLUDING REVIEW AND REVISE DRAFT OF MEMBERSHIP INTEREST PURCHASE AGREEMENT. | CASE ADMINISTRATION |
| 12/13/2011 | HEF | 0.2 | $400.00 | $80.00 | ATTENTION TO PROPOSED KULISH TRANSFERS INCLUDING CONFERENCE WITH ADAM GREENE. | CASE ADMINISTRATION |
| 12/13/2011 | HEF | 0.3 | $400.00 | $120.00 | ATTENTION TO PROPOSED KULISH TRANSFERS INCLUDING CONFERENCE WITH MITCHELL GREENE | CASE ADMINISTRATION |
| 12/13/2011 | HEF | 0.1 | $400.00 | $40.00 | ATTENTION TO PROPOSED KULISH TRANSFERS INCLUDING EMAIL TO MITCHELL GREENE | CASE ADMINISTRATION |
| 12/13/2011 | HEF | 0.5 | $400.00 | $200.00 | ATTENTION TO PROPOSED KULISH TRANSFERS INCLUDING REVIEW PROPOSED CONSENTS TO NORTH LIGHT MEMBER. | CASE ADMINISTRATION |
| 12/13/2011 | HEF | 1.2 | $400.00 | $480.00 | ATTENTION TO PROPOSED KULISH TRANSFERS INCLUDING REVIEW NORTHLIGHT FILE INCLUDING JANUARY, 2010 SIDE LETTER AGREEMENT REGARDING FEES. | CASE ADMINISTRATION |
| 12/13/2011 | HEF | 0.7 | $400.00 | $280.00 | ATTENTION TO PROPOSED KULISH TRANSFERS INCLUDING REVIEW PROPOSED CONSENTS | CASE ADMINISTRATION |
| 12/13/2011 | HEF | 0.4 | $400.00 | $160.00 | ATTENTION TO PROPOSED KULISH TRANSFERS INCLUDING REVIEW 12/13/11 NORTH LIGHT MEMO REGARDING MCC FUNDING PERFORMANCE. | CASE ADMINISTRATION |

7

Schedule B

| DATE | ATTY | TIME (hrs) | RATE | VALUE | DIARY | CHART |
|------|------|-----------|------|-------|-------|-------|
| | | | | | ATTENTION TO PROPOSED KULISH TRANSFERS INCLUDING CONFERENCE WITH MITCHELL GREENE REGARDING ABOVE | |
| 12/13/2011 | HEF | 0.3 | $400.00 | $120.00 | NORTHLIGHT MEMO. | CASE ADMINISTRATION |
| | | | | | ATTENTION TO PROPOSED MODIFICATION OF DZ BANK CREDIT FACILITY INCLUDING REVIEW OF DRAFT OF FIRST AMENDMENT TO THIRD (3RD) AMENDED AND RESTATED FRANCHISE | |
| 12/14/2011 | HEF | 0.8 | $400.00 | $320.00 | LOAN ORIGINATION AGREEMENT. | CASE ADMINISTRATION |
| | | | | | ATTENTION TO PROPOSED MODIFICATION OF DZ BANK CREDIT FACILITY INCLUDING REVIEW OF NORTH LIGHT FILE FOR JUNE | |
| 12/14/2011 | HEF | 1.0 | $400.00 | $400.00 | 11,2010 FRANCHISE LOAN AGREEMENTS | CASE ADMINISTRATION |
| | | | | | ATTENTION TO PROPOSED MODIFICATION OF DZ BANK CREDIT FACILITY INCLUDING REVIEW OF JANUARY 26,2010 SECOND AMENDED AND RESTATED FRANCHISE LOAN ORIGINATION | |
| 12/14/2011 | HEF | 1.4 | $400.00 | $560.00 | AGREEMENT | CASE ADMINISTRATION |
| | | | | | ATTENTION TO PROPOSED MODIFICATION OF DZ BANK CREDIT FACILITY INCLUDING EMAIL TO MITCHELL GREENE REGARDING | |
| 12/14/2011 | HEF | 0.3 | $400.00 | $120.00 | DRAFT OF AMENDMENT | CASE ADMINISTRATION |
| | | | | | ATTENTION TO WEST END REAL ESTATE FUND TRANSFERS INCLUDING REVIEW OF SCIOTO LLC AGREEMENT REGARDING | |
| 12/14/2011 | HEF | 0.5 | $400.00 | $200.00 | TRANSFERS. | CASE ADMINISTRATION |
| | | | | | ATTENTION TO WEST END REAL ESTATE FUND TRANSFERS INCLUDING REVIEW OF BURGUNDY LLC AGREEMENT | |
| 12/14/2011 | HEF | 0.3 | $400.00 | $120.00 | REGARDING TRANSFERS. | CASE ADMINISTRATION |
| | | | | | ATTENTION TO WEST END REAL ESTATE FUND TRANSFERS INCLUDING REVIEW OF 90 LLC AGREEMENT REGARDING | |
| 12/14/2011 | HEF | 0.3 | $400.00 | $120.00 | TRANSFERS. | CASE ADMINISTRATION |
| | | | | | ATTENTION TO WEST END REAL ESTATE FUND TRANSFERS INCLUDING REVIEW OF EASTON RIDGE LLC AGREEMENT | |
| 12/14/2011 | HEF | 0.3 | $400.00 | $120.00 | REGARDING TRANSFERS. | CASE ADMINISTRATION |
| | | | | | ATTENTION TO WEST END REAL ESTATE FUND TRANSFERS INCLUDING REVIEW OF IVYWOOD | |
| 12/14/2011 | HEF | 0.4 | $400.00 | $160.00 | LLC AGREEMENT REGARDING TRANSFERS. | CASE ADMINISTRATION |
| | | | | | ATTENTION TO WEST END REAL ESTATE FUND TRANSFERS INCLUDING CONFERENCE WITH MITCHELL GREENE REGARDING ABOVE | |
| 12/14/2011 | HEF | 0.3 | $400.00 | $120.00 | TRANSFER RESTRICTIONS. | CASE ADMINISTRATION |
| | | | | | ATTENTION TO WEST END REAL ESTATE FUND TRANSFERS INCLUDING CONFERENCE WITH FRED RINGEL REGARDING | |
| 12/14/2011 | HEF | 0.3 | $400.00 | $120.00 | ABOVE TRANSFER RESTRICTIONS | CASE ADMINISTRATION |
| | | | | | ATTENTION TO WEST END REAL ESTATE FUND TRANSFERS INCLUDING EMAIL FROM ADAM GREENE AND REVIEW NEW | |
| 12/14/2011 | HEF | 0.4 | $400.00 | $160.00 | DRAFT. | CASE ADMINISTRATION |
| | | | | | ATTENTION TO WEST END REAL ESTATE FUND TRANSFERS INCLUDING CONFERENCE WITH | |
| 12/14/2011 | HEF | 0.2 | $400.00 | $80.00 | ADAM GREENE. | CASE ADMINISTRATION |
| | | | | | ATTENTION TO WEST END REAL ESTATE FUND TRANSFERS INCLUDING EMAIL FROM RAY | |
| 12/14/2011 | HEF | 0.1 | $400.00 | $40.00 | HESLIN. | CASE ADMINISTRATION |
| | | | | | ATTENTION TO PROPOSED MODIFICATION OF DZ BANK CREDIT FACILITY INCLUDING REVIEW OF JANUARY 26, 2010 SECOND AMENDED AND RESTATED FRANCHISE LOAN FUNDING | |
| 12/14/2011 | HEF | 1.1 | $400.00 | $440.00 | AGREEMENT. | CASE ADMINISTRATION |

Schedule B

| DATE | ATTY | TIME (hrs) | RATE | VALUE | DIARY | CHART |
|---|---|---|---|---|---|---|
| 12/16/2011 | HEF | 0.1 | $400.00 | $40.00 | ATTENTION TO WATERFALL ISSUES INCLUDING EMAIL FROM MITCHELL GREENE REGARDING PROPOSED AMENDMENT | CASE ADMINISTRATION |
| 12/16/2011 | HEF | 0.2 | $400.00 | $80.00 | ATTENTION TO WATERFALL ISSUES INCLUDING EMAIL TO MARK HIRSCHHORN REGARDING PROPOSED AMENDMENT | CASE ADMINISTRATION |
| 12/16/2011 | HEF | 0.2 | $400.00 | $80.00 | ATTENTION TO WATERFALL ISSUES INCLUDING TELEPHONE CALL WITH RAY HESLIN REGARDING PROPOSED AMENDMENT | CASE ADMINISTRATION |
| 12/16/2011 | HEF | 0.2 | $400.00 | $80.00 | ATTENTION TO WATERFALL ISSUES INCLUDING TELEPHONE CALL WITH MITCHELL GREENE REGARDING SHUT-OFF OF WATERFALL. | CASE ADMINISTRATION |
| 12/16/2011 | HEF | 0.2 | $400.00 | $80.00 | ATTENTION TO WATERFALL ISSUES INCLUDING TELEPHONE CALL WITH RAY HESLIN REGARDING SHUT-OFF OF WATERFALL. | CASE ADMINISTRATION |
| 12/16/2011 | HEF | 0.2 | $400.00 | $80.00 | ATTENTION TO WATERFALL ISSUES INCLUDING EMAILS TO AND FROM MARK HIRSCHHORN REGARDING SHUT-OFF OF WATERFALL. | CASE ADMINISTRATION |
| 12/16/2011 | HEF | 0.3 | $400.00 | $120.00 | ATTENTION TO WATERFALL ISSUES INCLUDING EMAILS TO AND FROM MARK HIRSCHHORN AND ADAM GREENE REGARDING CONFERENCE CALL. | CASE ADMINISTRATION |
| 12/16/2011 | HEF | 0.4 | $400.00 | $160.00 | ATTENTION TO WATERFALL ISSUES INCLUDING WORK ON EMERGENCY ISSUES REGARDING DEFAULT FRANCHISE LOANS. | CASE ADMINISTRATION |
| 12/16/2011 | HEF | 0.3 | $400.00 | $120.00 | ATTENTION TO WATERFALL ISSUES INCLUDING CONFERENCE CALL WITH NORTHLIGHT AND MATT STEN REGARDING DEFAULTED FRANCHISE LOANS | CASE ADMINISTRATION |
| 12/16/2011 | HEF | 0.2 | $400.00 | $80.00 | ATTENTION TO WATERFALL ISSUES INCLUDING TELEPHONE CALL WITH RAY HESLIN AND ADAM GREENE REGARDING FRANCHISE LOANS NOW IN DEFAULT. | CASE ADMINISTRATION |
| 12/16/2011 | HEF | 0.2 | $400.00 | $80.00 | ATTENTION TO WATERFALL ISSUES INCLUDING CONFERENCE WITH MITCHELL GREENE REGARDING EMERGENCY ISSUES FROM DEFAULTS | CASE ADMINISTRATION |
| 12/22/2011 | HEF | 0.5 | $400.00 | $200.00 | ATTENTION TO NEW NORTH LIGHT LOAN INCLUDING EMAILS TO AND FROM MITCHELL GREENE, ADAM GREENE AND FRED RINGEL REGARDING SAME. | CASE ADMINISTRATION |
| 12/22/2011 | HEF | 2.3 | $400.00 | $920.00 | ATTENTION TO NEW NORTH LIGHT LOAN; BEGIN REVIEW OF DRAFT OF LOAN AGREEMENT. | CASE ADMINISTRATION |
| 12/22/2011 | HEF | 2.2 | $400.00 | $880.00 | ATTENTION TO NEW NORTH LIGHT LOAN; BEGIN REVIEW OF SECOND AMENDED PLAN | CASE ADMINISTRATION |
| 12/23/2011 | HEF | 1.3 | $400.00 | $520.00 | ATTENTION TO NEW NORTH LIGHT TRANSACTION INCLUDING CONTINUED REVIEW OF DRAFT OF LOAN AGREEMENT. | CASE ADMINISTRATION |
| 12/23/2011 | HEF | 2.0 | $400.00 | $800.00 | ATTENTION TO NEW NORTHLIGHT TRANSACTION INCLUDING CONTINUED REVIEW OF SECOND AMENDED PLAN OF LIQUIDATION. | CASE ADMINISTRATION |
| 12/28/2011 | HEF | 3.9 | $400.00 | $1,560.00 | ATTENTION TO NEW NORTHLIGHT LOAN INCLUDING PREPARE COMMENTS TO LOAN AGREEMENT | CASE ADMINISTRATION |
| 12/28/2011 | HEF | 1.2 | $400.00 | $480.00 | ATTENTION TO NEW NORTHLIGHT LOAN INCLUDING PREPARE COMMENTS TO PLEDGE AGREEMENT | CASE ADMINISTRATION |
| 12/28/2011 | HEF | 0.3 | $400.00 | $120.00 | ATTENTION TO NEW NORTH LIGHT LOAN INCLUDING PREPARE COMMENTS TO NEW NOTE | CASE ADMINISTRATION |

Schedule B

| DATE | ATTY | TIME (hrs) | RATE | VALUE | DIARY | CHART |
|------|------|-----------|------|-------|-------|-------|
| | | | | | ATTENTION TO NEW NORTH LIGHT LOAN INCLUDING EMAILS TO MITCHELL GREENE, FRED RINGEL AND ADAM GREENE REGARDING DRAFTS OF NEW LOAN | |
| 12/28/2011 | HEF | 0.4 | $400.00 | $160.00 | DOCUMENTS. | CASE ADMINISTRATION |
| | | | | | ATTENTION TO FROZEN DZ WATERFALL INCLUDING REVIEW OF NEW DRAFT OF PROPOSED THIRD AMENDED AND RESTATED | |
| 1/5/2012 | HEF | 1.0 | $400.00 | $400.00 | LENDER FEE LETTER AGREEMENT. | CASE ADMINISTRATION |
| | | | | | ATTENTION TO PROSPECTIVE CASH COLLATERAL AGREEMENT WITH NORTH LIGHT INCLUDING | |
| 3/16/2011 | HEF | 1.1 | $400.00 | $440.00 | REVIEW OF DOCUMENTS (1.1) | FINANCING |
| | | | | | ATTENTION TO NON-COLLATERALIZED ASSETS OF WEST END ENTITIES INCLUDING REVIEW OF DZ BANK CREDIT FACILITY DOCUMENTS, NORTHLIGHT LOAN DOCUMENTS AND VRP | |
| 3/17/2011 | HEF | 1.5 | $400.00 | $600.00 | TRANSFER DOCUMENTS (1 .5) | ASSET ANALYSIS AND RECOVERY |
| | | | | | ATTENTION TO ISSUES IN RESPECT OF SWAPS AND RADS INCLUDING REVIEW OF DOCUMENTS | |
| 3/21/2011 | HEF | 2.2 | $400.00 | $880.00 | (2.2) | ASSET ANALYSIS AND RECOVERY |
| | | | | | ATTENTION TO HOLDINGS IN KULISH ENTITIES | |
| 3/7/2011 | HEF | 0.5 | $400.00 | $200.00 | INCLUDING REVIEW OF FILE DOCUMENTS (.5) | CASE PREPARATION |
| | | | | | ATTENTION TO RADS ISSUES INCLUDING REVIEW OF DOCUMENTS AND CONFERENCES WITH MITCH GREENE AND | |
| 3/21/2011 | HEF | 1.8 | $400.00 | $720.00 | LEE PERSHAN ON SAME. | CASE PREPARATION |
| | | | | | ATTENTION TO CLAIMS OF DURESS INCLUDING CONFERENCE WITH MITCH GREENE AND BOB LEINWAND, REVIEW OF | |
| 3/24/2011 | HEF | 1.5 | $400.00 | $600.00 | CRANDALL DOCUMENTS (1 .5). | CASE PREPARATION |
| | | | | | ATTENTION TO RESPONSE TO U.S. TRUSTEE'S MOTION INCLUDING PREPARATION OF | |
| 3/25/2011 | HEF | 2.0 | $400.00 | $800.00 | DOCUMENTS | CASE PREPARATION |
| | | | | | ATTENTION TO LITIGATION ISSUES INCLUDING CONFERENCES WITH MITCH GREENE, ADAM GREENE, RAY HESLIN AND LAURA | |
| 3/28/2011 | HEF | 0.6 | $400.00 | $240.00 | NASTRO (.6); | CASE PREPARATION |
| | | 134.9 | $400.00 | $53,960.00 | | |

Schedule C

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 3/15/2011 | O'Neill | Reviewed investor emails and voicemails | 1.5 |
| 3/16/2011 | Radke | Drafted and sent out email to West End investors re: bankruptcy | 2.0 |
| 3/18/2011 | O'Neill | Check investor emails and summarize same | 1.0 |
| 3/18/2011 | O'Neill | Assist with email to investors | 1.0 |
| 3/18/2011 | Unger | Review correspondence regarding developments | 1.0 |
| 3/21/2011 | Radke | Respond to investor emails and phone calls | 1.0 |
| 3/24/2011 | Radke | Emails and telephone calls regarding bankruptcy | 2.0 |
| 3/24/2011 | O'Neill | Drafted additional emails to investors | 2.2 |
| 3/24/2011 | Radke | Review and respond to investor emails | 1.0 |
| 3/28/2011 | Unger | Conference with Radke regarding developments | 1.0 |
| 3/28/2011 | Unger | Review of materials filed in bankruptcy court proceeding | 3.0 |
| 4/4/2011 | Unger | Review of information provided by West End | 1.5 |
| 4/4/2011 | Radke | Review and respond to investor email | 1.0 |
| 4/5/2011 | Radke | Conference with Unger on developments | 2.0 |
| 4/18/2011 | Unger | Review of materials for inclusion in preliminary report of Independent Monitor | 1.5 |
| 4/19/2011 | Unger | Review of materials for inclusion in preliminary report of Independent Monitor | 1.5 |
| 4/21/2011 | Unger | Review of additional materials received from Company | 1.0 |
| 5/9/2011 | Unger | Review recent bankruptcy filings | 1.0 |
| 5/9/2011 | Unger | Preparation for trip to attend court proceedings | 1.0 |
| 5/24/2011 | Unger | Preparation for bankruptcy hearing | 1.5 |
| 6/1/2011 | Unger | Review of recent bankruptcy filings | 0.5 |
| 6/6/2011 | Unger | Review of materials filed in bankruptcy proceeding | 1.0 |
| 6/13/2011 | Unger | Review of recent bankruptcy court filings and compared to information provided directly by company | 1.0 |
| 7/20/2011 | Unger | Conference with government attorneys regarding developments | 1.0 |
| 7/21/2011 | Unger | Research on Independent Monitor status issues | 1.0 |
| 7/21/2011 | Radke | Work on memorandum in response to motion to show cause | 2.5 |
| 7/22/2011 | Unger | Work on draft reply brief | 1.0 |
| 7/26/2011 | Radke | Preparation for 7/27 District Court hearing, reviewed briefs | 2.5 |
| 7/26/2011 | Radke | Reviewed West End Reply brief | 1.0 |
| 7/26/2011 | Unger | Reviewed West End reply brief and related filings | 2.5 |
| 7/27/2011 | Radke | Preparation for court hearing | 2.5 |
| 7/27/2011 | Radke | Conference with Unger and government attorneys | 1.0 |
| 7/27/2011 | Unger | Preparation for court hearing | 1.5 |
| 7/27/2011 | Unger | Conference with Radke and government attorneys | 1.0 |
| 9/7/2011 | Unger | Preparation for 9/8 bankruptcy court hearing | 1.0 |
| 9/8/2011 | Unger | Preparation for bankruptcy court hearing | 1.0 |
| 9/8/2011 | Unger | Preparation at bankruptcy court hearing | 1.5 |
| 9/8/2011 | Radke | Preparation for bankruptcy court hearing | 3.0 |
| 9/8/2011 | Radke | Preparation in bankruptcy court hearing | 1.5 |

| Attorney | Rate |
|----------|------|
| Brown | $595 |
| Radke | $525 |
| Unger | $487 |
| Angelich | $450 |
| O'Neill | $235 |
| Utlik | $325 |