ROBINSON BROG LEINWAND GREENE          Hearing Date: June 6, 2013 @
GENOVESE & GLUCK P.C.                  10:00 a.m. (Adversary Omnibus
875 Third Avenue, 9th Floor            Hearing Date)
New York, New York 10022               .
Telephone No.: 212-603-6300
A Mitchell Greene
Counsel to the Plan Administrator and the
Post-Confirmation Estate


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

In re:                                        Confirmed Chapter 11

                                              Case No.: 11-11152 (SMB)
**West End Financial Advisors LLC et al.**    (Substantively Consolidated)

            Reorganized Debtors.
----------------------------------------------------------X

Joshua Rizack, as Plan Administrator for
The Post Confirmation Estate of West End
Financial Advisors LLC,
                         Plaintiff
            -against-

   **[SEE ATTACHED EXHIBIT A]**.,


                         Defendant(s)
----------------------------------------------------------X


**STATUS REPORT REGARDING ADVERSARY
PROCEEDINGS COMMENCED
<u>BY THE PLAN ADMINISTRATOR</u>**

  Joshua Rizack, as Plan Administrator of the Post-Confirmation Trust of West End

Financial Advisors LLC (the "Plan Administrator") and Plaintiff in the adversary

proceedings set forth on Exhibit "A" annexed hereto, respectfully submits this Status

{00623291.DOCX;1 }

Report pursuant to paragraph 1(f) of this Court's *Order Establishing Streamlined Procedures Governing Adversary Proceedings Commenced by the Plan Administrator Pursuant to 11 U.S.C. §§ 502, 510, 544, 550 and 551* of the Bankruptcy Code [Docket No. 524].

Dated:   New York, New York
         May 30, 2013

                        ROBINSON BROG LEINWAND GREENE
                        GENOVESE & GLUCK P.C.
                        Attorneys for the Plan Administrator
                        875 Third Avenue, 9th Floor
                        New York, NY  10022
                         (212) 603-6300


                        By: /s/ A. Mitchell Greene_____
                              A Mitchell Greene

Exhibit A
Status Report

| Name of Action | Adv. Pro. No. | Amount Demanded | Status |
|---|---|---|---|
| Rizack v. Berman | 13-1286 | $16,308.85 | Pursuing settlement discussions-answer due on 6/28/2013 |
| Rizack v. Buck | 13-1287 | | Settled-Notice of dismissal filed under rule 7041(a)(1)(A) |
| Rizack v. Capital Access Partners | 13-1288 | $567,069.53 | Answer due on June 28, 2013 |
| Rizack v. Deutsch | 13-1289 | $47,319.36 | Pursuing settlement discussions-Answer due on 6/28/2013 |
| Rizack v. Diaz | 13-1290 | | Settled-Notice of dismissal to be filed under rule 7041(a)(1)(A) |
| Rizack v. Eisner | 13-1291 | $99,554.07 | Pursuing settlement discussions-Answer due on 6/28/2013 |
| Rizack v. Handler | 13-1292 | $677,516.21 | Answer filed - commencing discovery |
| Rizack v. Howard | 13-1293 | | Settled-Notice of Dismissal to be filed under Rule 7041(a)(1)(A) upon receipt of full settlement amount |
| Rizack v. Lutker | 13-1294 | | Settled-Notice of dismissal filed under rule 7041(a)(1)(A) |
| Rizack v. Marachi | 13-1295 | | Settled-Notice of dismissal filed under rule 7041(a)(1)(A) |
| Rizack v. Matney | 13-1296 | $51,003 | Awaiting answer |
| Rizack v. Natt | 13-1297 | | Settled-Notice of dismissal filed under rule 7041(a)(1)(A) |
| Rizack v. Kurzman and Sederbaum | 13-1298 | $476,744 | Pursuing Settlement discussions-Answer due on 6/28/2013 |
| Rizack v. Slovin | 13-1299 | $292,707.31 | Pursuing settlement discussions-Awaiting answer |
| Rizack v. Emden | 13-1300 | $300,804.44 | Pursuing settlement discussions-Answer due on 6/28/2013 |
| Rizack v. Feltman | 13-1301 | $35,029.90 | Pursuing settlement discussions-Answer due on 6/28/2013 |
| Rizack v. Gargarini | 13-1302 | $61,746.10 | Answer filed- commencing discovery |

{00623291.DOCX;1 }

| Rizack v. Goldberg Trust | 13-1303 | $347,303.98 | Awaiting Answer |
| Rizack v. Florescu | 13-1304 | $94,813.57 | Answer filed- commencing Discovery |

{00623291.DOCX;1 }