**Post-Confirmation Estate of West End Financial Advisors, LLC**
**Corporate Monthly Operating Report**
**Period Ending 12/31/15**
**Federal Tax ID 46-6727346**
**Case No. 081-11-11152**

**Debtors Report as of and for the Period Ended of 12/31/15**

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|:---:|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | x | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | x | |
|    Copies of bank statements | | x | |
|    Cash disbursements journals | | x | |
| Statement of Operations | MOR-2 | x | |
| Balance Sheet | MOR-3 | x | |
| Status of Post-petition Taxes | MOR-4 | x | |
| Summary of Unpaid Post-petition Debts | MOR-4 | x | |
|    Listing of Aged Accounts Payable | | x | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | x | |
| Taxes Reconciliation and Aging | MOR-5 | | |
| Payments to Insiders and Professional | MOR-6 | x | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | x | |
| Debtor Questionnaire | MOR-7 | x | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Authorized Individual* _____     Date 1/7/16

Printed Name of Authorized Individual:    **JOSHUA RIZACK IN HIS SOLE CAPACITY AS PLAN ADMINISTRATOR**

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

Post-Confirmation Estate of West End Financial Advisors, LLC
Corporate Monthly Operating Report
Period Ending 12/31/15
Federal Tax ID 46-6727346
Case No. 081-11-11152

Debtors Report as of and for the Period Ended of 12/31/15

SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

| ACCOUNT NUMBER (LAST 4) | X0756 | X0764 | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
|---|---|---|---|
| CASH BEGINNING OF MONTH | 19,367.86 | 230,614.72 | 249,982.58 |
| RECEIPTS | | | |
| CASH SALES | | | - |
| ACCOUNTS RECEIVABLE - PRE-PETITION | - | | - |
| ACCOUNTS RECEIVABLE - POST-PETITION | | | - |
| LOANS & ADVANCES | | | - |
| SALE OF ASSETS | | | - |
| OTHER *(ATTACH LIST)* | 5,444.18 | 28.06 | 5,472.24 |
| TRANSFERS FROM ACCOUNTS | | | - |
| TOTAL RECEIPTS | 5,444.18 | 28.06 | 5,472.24 |
| DISBURSEMENTS | | | |
| NET PAYROLL | | | - |
| PAYROLL TAXES | | | - |
| SALES, USE & OTHER TAXES | | | - |
| INVENTORY PURCHASES | | | - |
| SECURED/RENTAL/LEASES | | | - |
| INSURANCE | | | - |
| ADMINISTRATIVE | | | - |
| SELLING | | | - |
| ALL OTHER EXPENSES (ATTACH LIST) | 5,014.57 | | 5,014.57 |
| OWNER DRAW | | | - |
| TRANSFERS TO DIP ACCOUNTS | | | - |
| PROFESSIONAL FEES | | 10,754.75 | 10,754.75 |
| U.S. TRUSTEE QUARTERLY FEES | | | - |
| COURT COSTS | | | - |
| TOTAL DISBURSEMENTS | 5,014.57 | 10,754.75 | 15,769.32 |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | 429.61 | (10,726.69) | (10,297.08) |
| CASH – END OF MONTH | $ 19,797.47 | $ 219,888.03 | $ 239,685.50 |

THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| TOTAL DISBURSEMENTS | 15,769.32 |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | - |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (ie. From escrow accts) | - |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 15,769.32 |

Post-Confirmation Estate of West End Financial Advisors, LLC
Corporate Monthly Operating Report
Period Ending 12/31/15
Federal Tax ID 46-6727346
Case No. 081-11-11152

**Debtors Report as of and for the Period Ended of 12/31/15**

**SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS**

| | X0756 | X0764 | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
|---|---|---|---|
| ACCOUNT NUMBER (LAST 4) | | | |
| **OTHER RECEIPTS** | | | |
| Interest | | 28.06 | 28.06 |
| Insurance proceeds | | | - |
| Legal Settlement (PIMCO) | | | - |
| WIRE FROM NFA FUNDING, LLC | 5,444.18 | | 5,444.18 |
| Loan Payments | | | - |
| WIRE FROM ROBINSON BROG | | | - |
| | | | - |
| | | | - |
| **TOTAL OTHER RECEIPTS** | $    5,444.18 | $    28.06 | $    5,472.24 |
| | | | |
| **OTHER EXPENSES** | | | |
| Consulting Fees | 4,586.50 | | 4,586.50 |
| Computer & Internet | | | - |
| Telephone & Internet | 89.95 | | 89.95 |
| Storage | 98.12 | | 98.12 |
| Repairs and Maintenance | | | - |
| Office Supplies | | | - |
| Postage & Delivery | 240.00 | | 240.00 |
| Meals & Entertainment | | | - |
| Travel | | | - |
| Building Rental & Janitorial | | | - |
| Investment in Fund | | | - |
| **TOTAL OTHER EXPENSES** | $    5,014.57 | $    - | $    5,014.57 |

**Post-Confirmation Estate of West End Financial Advisors, LLC**
**BANK RECONCILIATIONS**
**Period Ending 12/31/15**
**Federal Tax ID 46-6727346**
**Case No. 081-11-11152**

| | | | X0756 | X0764 | Total |
|---|---|---|---|---|---|
| Balance Per Bank | | | 19,797.47 | 219,888.03 | 239,685.50 |
| **Reconciling Items:** | | | | | |
| Deposits in Transit | | | - | | - |
| Outstanding (Checks See below:) | | | - | | - |
| Adjusted Bank Balance | | | 19,797.47 | 219,888.03 | 239,685.50 |
| General Ledger / Book Balance | | | 19,797.47 | 219,888.03 | 239,685.50 |
| Difference | | | - | - | - |

| | | **Outstanding Checks** | | | |
|---|---|---|---|---|---|
| **Date** | **Ck #** | **Payee** | **X0756** | **X0764** | **Total** |
| | | | | | - |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | - | - | - |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Post-Confirmation Estate of West End Financial Advisors, LLC**
**CASH DISBURSEMENT LISTING**
Period Ending 12/31/15
Federal Tax ID 13-4151922
Case No. 081-11-11152

Checking account (X0756)

| Date | Num | Name | Memo | Amount |
|------|-----|------|------|--------|
| 12/4/15 | WIRE | Emily DeVilla | Consulting Fees | 4,586.50 |
| 12/8/15 | 10304 | UPS Store | Postage | 240.00 |
| 12/20/15 | 10305 | Cablevision | Internet | 89.95 |
| 12/20/15 | 10306 | Time Record Storage | Storage | 98.12 |
| | | | | 5,014.57 |

Saving account (X0764)

| Date | Num | Name | Memo | Amount |
|------|-----|------|------|--------|
| 12/1/15 | WIRE | Robinson Brog | Legal Fees | 10,754.75 |
| | | | | 10,754.75 |

**Post-Confirmation Estate of West End Financial Advisors, LLC**
**Combined Debtors Monthly Operating Report**
**Federal Tax ID 46-6727346**
**Case No. 081-11-11152**

**Period Ending 12/31/15**

### STATEMENT OF OPERATIONS  (Income Statement)

| REVENUES | MONTH | PREV CUMULATIVE | CUMULATIVE-FILING TO DATE |
|---|---|---|---|
| **REVENUE** | | | |
| Gross Revenues | $         - | $         - | $         - |
| **COST OF GOODS SOLD** | | | |
| Beginning Inventory | - | - | - |
| ADD:  Purchases | - | - | - |
| ADD:  Cost of Labor | - | - | - |
| ADD:  Other Costs (Attach Schedule) | - | - | - |
| LESS:  Ending Inventory | - | - | - |
| COST OF GOODS SOLD | - | - | - |
| Gross Profit | - | - | - |
| **OPERATING EXPENSES** | | | |
| Advertising | - | - | - |
| Auto & Truck Expense | - | - | - |
| Bad Debts | - | - | - |
| Contributions | - | - | - |
| Employee Benefit Programs | - | - | - |
| Officer/Insider Compensation * | - | - | - |
| Insurance | - | 162,544.47 | 162,544.47 |
| Management Fees / Bonuses | - | - | - |
| Office Expense | - | 7,439.48 | 7,439.48 |
| Pension & Profit-Sharing Plans | - | - | - |
| Repairs & Maintenance | - | 1,923.57 | 1,923.57 |
| Rent & Lease Expense | - | 89,400.00 | 89,400.00 |
| Salaries / Commissions / Fees | - | 8,000.00 | 8,000.00 |
| Taxes - Payroll | - | - | - |
| Taxes - Real Estate | - | - | - |
| Taxes - Other | - | - | - |
| Travel & Entertainment | - | 19,389.52 | 19,389.52 |
| Utilities | - | - | - |
| Other (attach schedule) | 5,014.57 | 967,246.41 | 972,260.98 |
| **Total Operating Expenses Before Depreciation** | 5,014.57 | 1,255,943.45 | 1,260,958.02 |
| Depreciation/Depletion/Amortization | - | - | - |
| **Net Profit (Loss) Before Other Income & Expenses** | (5,014.57) | (1,255,943.45) | (1,260,958.02) |
| **OTHER INCOME AND EXPENSES** | | | |
| Other Income (attach schedule) | 5,472.24 | 1,342,980.51 | 1,348,452.75 |
| Interest Expense | - | - | - |
| Other Expense (attach schedule) | - | - | - |
| **Net Profit (Loss) Before Reorganization Items** | 457.67 | 87,037.06 | 87,494.73 |
| **REORGANIZATION ITEMS** | | | |
| Professional Fees | - | 145,141.34 | 145,141.34 |
| U. S. Trustee Quarterly Fees | - | 19,825.00 | 19,825.00 |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | - | - |
| Gain (Loss) from Sale of Equipment | - | - | - |
| Other Reorganization Expenses (attach schedule) | - | - | - |
| **Total Reorganization Expenses** | - | 164,966.34 | 164,966.34 |
| Income Taxes | - | - | - |
| **Net Profit (Loss)** | $    457.67 | $  (77,929.28) | $  (77,471.61) |

*"Insider" is defined in 11 U.S.C. Section 101(31).

**REFLECTS OPERATIONS OF THE POST
CONFIRMATION ESTATE ONLY**

**Post-Confirmation Estate of West End Financial Advisors, LLC**
**Combined Debtors Monthly Operating Report**
Federal Tax ID 46-6727346
Case No. 081-11-11152

**Period Ending 12/31/15**

STATEMENT OF OPERATIONS  (Income Statement)

**BREAKDOWN OF "OTHER" CATEGORY**

| | MONTH | PREV CUMULATIVE | CUMULATIVE-FILING TO DATE |
|---|---|---|---|
| **OTHER COSTS** | | | |
| | | | |
| | | | |
| Total Other Costs | $        - | - | - |
| **OTHER OPERATIONAL EXPENSES** | | | |
| Equipment Lease | | - | - |
| Information Technology | | - | - |
| Internet & Email Services | - | 6,092.28 | 6,092.28 |
| Telephone | 89.95 | 5,586.24 | 5,676.19 |
| IRA Custodian Administrative Fee | | - | - |
| Statutory & Filing Fees | | - | - |
| Postage & Delivery | 240.00 | 1,470.87 | 1,710.87 |
| Storage | 98.12 | 4,055.52 | 4,153.64 |
| Interest & Penalties | | - | - |
| Consultants | 4,586.50 | 929,025.50 | 933,612.00 |
| Total Other Operational Expenses | $    5,014.57 | $    946,230.41 | 951,244.98 |
| **OTHER INCOME** | | | |
| Interest Earned - Savings Account | 28.06 | 1,369.14 | 1,397.20 |
| Loan Pmt - P & I fob WEMO Franchise Funding | | - | - |
| Loan Pmt - Interest fob West End Mercury S-T | | - | - |
| Loan Pmt - P & I fob West End Mortgage Opportunity | | - | - |
| Qtrly Distribution fob West End RE Fund | | - | - |
| Monthly Interest Differential fbo West End Mort Fin Fund | | - | - |
| Monthly Risk Transfer fbo West End Mort Fin Fund | | - | - |
| Monthly Swap Differential fbo West End Mort Fin Fund | | - | - |
| Refund Workers Comp Insurance | | - | - |
| Proceeds Rec'd Robinson Brog/NFAFU DING | 5,444.18 | 1,344,775.47 | 1,350,219.65 |
| Other Misc Income | - | 900.00 | 900.00 |
| Total Other Income | $    5,472.24 | $    1,347,044.61 | 1,352,516.85 |
| **OTHER EXPENSES** | | | |
| | | | |
| Total Other Expenses | $        - | $        - | $        - |
| **OTHER REORGANIZATION EXPENSES** | | | |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| Total Other Reorganization Expenses | $        - | - | - |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the
bankruptcy proceeding, should be reported as a reorganization item.

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue
when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

Post-Confirmation Estate of West End Financial Advisors, LLC

**Corporate Monthly Operating Report**

**Period Ending 12/31/15**

Federal Tax ID 46-6727346

Case No. 081-11-11152

**Debtors Report as of and for the Period Ended of 12/31/15**

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED |
|---|---|---|---|---|
| ASSETS | | | | |
| Unrestricted Cash and Equivalents | $ | 239,685.50 | $ 249,982.58 | $ - |
| Restricted Cash and Cash Equivalents (see continuation sht) | | - | - | - |
| Accounts Receivable, net | | - | - | - |
| Notes Receivable | | - | - | - |
| Inventories | | - | - | - |
| Prepaid Expenses | | - | - | - |
| Professional Retainers | | - | - | - |
| Other current assets (attach schedule) | | - | - | - |
| Other Assets | | - | - | - |
| **TOTAL ASSETS** | $ | **239,685.50** | $ **249,982.58** | $ - |

| ASSETS | | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED |
|---|---|---|---|---|
| LIABILITIES | | | | |
| Accounts Payable | $ | - | $ - | $ - |
| Current Income Taxes Payable - Pre Petition | | - | - | - |
| Revolving Line of Credit - Pre Petition | | 7,833,992.60 | 8,150,712.57 | - |
| Obligations Under Capital Leases, current - - Pre Petition | | - | - | - |
| Current Maturities of Long-Term Debt - - Pre Petition | | - | - | - |
| Term Loan, Current - - Pre Petition | | - | - | - |
| Long-Term Debt, Less Current Maturities - - Pre Petition | | - | - | - |
| Term Loan, Long-Term - - Pre Petition | | - | - | - |
| Payroll Taxes Payable - Pre Petition | | - | - | - |
| **PREPETITION LIABILITIES** | | **7,833,992.60** | **8,150,712.57** | - |
| | | | | |
| A/P & Accrued Expenses - Post Petition | | 201,350.61 | 191,350.61 | |
| TOTAL LIABILITIES | $ | 8,035,343.21 | $ 8,342,063.18 | $ - |
| OWNERS' EQUITY | | | | |
| Common Stock | | - | - | |
| Additional Paid-In Capital | | - | - | |
| Retained Earnings - Pre-Petition | | - | - | - |
| Retained Earnings - Post-petition | | (7,795,657.71) | (8,092,080.60) | |
| NET OWNERS' EQUITY | | (7,795,657.71) | (8,092,080.60) | |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ | **239,685.50** | $ **249,982.58** | $ - |

*"Insider" is defined in 11 U.S.C. Section 101(31).    -                     0

*Based upon information provided by former management and has not been
independently valued by Plan Administrator.*

**Post-Confirmation Estate of West End Financial Advisors, LLC**
**Combined Debtors Monthly Operating Report**
**Period Ending 12/31/15**
**Federal Tax ID 46-6727346**
**Case No. 081-11-11152**

**Debtors Report as of and for the Period Ended of 12/31/15**

**STATUS OF POST-PETITION TAXES**

| Federal | Beginning Tax | Amount Withheld and/or Accrued | Amount Paid | Date Paid | Check # or EFT |
|---------|--------------|-------------------------------|-------------|-----------|----------------|
|         |              |                               |             |           |                |
|         |              |                               |             |           |                |
|         |              |                               |             |           |                |
| Total Taxes | $0 | $0 | $0 | | |

**SUMMARY OF UNPAID POST-PETITION DEBTS**

Attach aged listing of accounts payable.

Number of Days Past Due

|  | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|--|------|-------|-------|---------|-------|
| Accounts Payable | - | - |  | 181,350.61 | 181,350.61 |
| Rent/Leases-Building | - | - | - | - | - |
| Rent/Leases-Equipment | - | - | - | - | - |
| Secured Debt/Adequate Protection Payments | - | - | - | - |  |
| Professional Fees | 10,000.00 | 10,000.00 | - | - | 20,000.00 |
| Amounts Due to Insiders | | | | - | |
| Total Post-petition Debts | 10,000.00 | 10,000.00 | - | 181,350.61 | 201,350.61 |

**Post-Confirmation Estate of West End Financial Advisors, LLC**
**Corporate Monthly Operating Report**
**Period Ending 12/31/15**
**Federal Tax ID 46-6727346**
**Case No. 081-11-11152**

**Debtors Report as of and for the Period Ended of 12/31/15**

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | - |
| Plus: Amounts billed during the period | - |
| Less: Amounts collected during the period | - |
| | |
| Total Accounts Receivable at the end of the reporting period | - |

| Accounts Receivable Aging | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | - | - | - | - | - |
| 31 - 60 days old | - | - | - | - | - |
| 61 - 90 days old | - | - | - | - | - |
| 91 + days old | - | - | - | - | - |
| Total | - | - | - | - | - |
| | | | | | |
| Less: Bad Debts (Amount considered uncollectible) | - | - | - | - | - |
| | | | | | |
| Net Accounts Receivable | - | - | - | - | - |

## TAXES RECONCILIATION AND AGING

| TAXES PAYABLE | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | - | - | - | - | - |
| 31 - 60 days old | - | - | - | - | - |
| 61 - 90 days old | - | - | - | - | - |
| 91 + days old | - | - | - | - | - |
| TOTAL TAXES PAYABLE | - | - | - | - | - |

Post-Confirmation Estate of West End Financial Advisors, LLC
Corporate Monthly Operating Report
Period Ending 12/31/15
Federal Tax ID 46-6727346
Case No. 081-11-11152

Debtors Report as of and for the Period Ended of 12/31/15

## PAYMENTS TO INSIDERS AND PROFESSIONALS

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
|  |  |  |  |
|  |  |  |  |
| TOTAL PAYMENTS TO INSIDERS | | $         - | $         - |

| PROFESSIONALS | | | | | | |
|---|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED for CURRENT PERIOD | CURRENT AMOUNT PAID | TOTAL INCURRED TO DATE | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| Robinson Brog Leinwand et al | July 11, 2012 | $ 1,582,077.67 | $ 193,124.97 | $ 1,582,077.67 | $ 193,124.97 | $ 1,388,952.70 |
| Togut Segal & Segal | February 21, 2012 | 111,680.24 | 111,680.24 | 111,680.24 | 111,680.24 | - |
| Kledstadt & Winters | February 22, 2012 | 427,904.45 | - | 427,904.45 | - | 427,904.45 |
| FTI Consulting | February 22, 2012 | 1,003,684.33 | - | 1,003,684.33 | - | 1,003,684.33 |
| Arent Fox | July 11, 2012 | 191,075.00 | - | 191,075.00 | - | 191,075.00 |
| TOTAL PAYMENTS TO PROFESSIONALS | | $ 3,316,421.69 | $ 304,805.21 | $ 3,316,421.69 | $ 304,805.21 | $ 3,011,616.48 |

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED PAYMENT DUE THIS PERIOD | AMOUNT PAID DURING THIS PERIOD | TOTAL UNPAID THIS PERIOD | TOTAL INCURRED TO DATE | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
|---|---|---|---|---|---|---|
| EQUIPMENT LEASES | $         - | $         - | $         - | $         - | $         - | $         - |
|  | - | - | - | - | - | - |
|  | - | - | - | - | - | - |
|  | - | - | - | - | - | - |
|  | - | - | - | - | - | - |
|  | - | - | - | - | - | - |
|  | - | - | - | - | - | - |
|  | - | - | - | - | - | - |
|  | - | - | - | - | - | - |
|  | - | - | - | - | - | - |
|  | - | - | - | - | - | - |
|  | $         - | $         - | $         - | $         - | $         - | $         - |

**West End Financial Advisors LLC**
**Consolidated List of Assets as of February 29, 2012**

| | | Assets Listed on MOR |
|---|---|---|
| Cash - Citibank | | $          239,685.50 |
| Cash - CD - Iberia Bank | | 4,653.33 |
| Cash - Iberia Bank | | 16,569.73 |
| Cash - Escrow account of Sidney Plazter, Esq. | | - |
| Cash - Escrow account of Robinson Brog | | - |
| Brokerage Acct - Dominick & Dominick | | - |
| Brokerage Acct - RF Lafferty | | - |
| Receivable of WEMFF against NFA | approx | 97,000.00 |
| Loan Receivable - Geneva | | Unknown |
| Mortgage Receivable - Southwood Court Properties | | 2,558,000.00 |
| Loan Receivable - SJ Foods | | - |
| Loan Receivable - Raymond O'Dell | | - |
| Mortgage Receivable - Chicago Diversified Foods | | - |
| Mortgage Receivable - Janette Goodstein | | - |
| Note Receivable - Robert Beller | | 250,000.00 |
| Employee Receivable - Kevin Kramer | | 107,729.93 |
| Investment - Geneva | | Unknown |
| Investment - West End Mercury Short Term Mortgage Fund ("Hardmoney" Fund) | | - |
| Investment - West End Mortgage Finance Fund ("Franchise Fund") | | 26,733,089.00 |
| Investment - West End Cash Liquidity Fund | | 357,216.03 |
| Investment - Southwood Court Properties | | 1,055,000.00 |
| Investment - Rovion ( 183,333 shares) | | Unknown |
| Investment - Kensington Financial Services | | 36,500.00 |
| Investment - Century Financial | | Unknown |
| Investment - Fusion Telecommunications International | | 1,900,000.00 |
| | | |
| | | |
| | $        33,355,443.52 |

# BASED UPON INFORMATION PROVIDED BY FORMER MANAGEMENT AND HAS NOT BEEN INDEPENDENTLY VALUED BY PLAN ADMINISTRATOR

**West End Financial Advisors LLC**
**Consolidated List of Liabilities as of December 31, 2012**

| | | |
|---|---|---|
| Unsecured/Investors Creditors | | 71,178,742.49 |
| Secured Loans | | |
| Norhtlight Financial LLC (As of March 31, 2014) | | 7,045,751.82 |
| Iberia Bank | | 4,500,000.00 |
| WEFA | | |
| Suffolk County National Bank | | 8,275,000.00 * |
| Southwood Court Properties | | |
| 15 Southwood Ct,5 Southwood Ct, | | |
| 6 Southwood Ct, 9 Southwood Ct, | | |
| 411 Town Lane, | | |
| | | |
| | Total Secured | $        19,820,751.82 |
| | | |
| | | |
| TOTAL SECURED AND UNSECURED LIABILITIES: | | $        90,999,494.31 |
| ADJUSTMENTS TO EQUITY: | | $       (57,570,032.73) |
| TOTAL LIABILITIES AND EQUITY: | | $        33,429,461.58 |
| | | |
| | | |

*Does not include any accrued interest.  Represents non-recourse mortgage on specific property of which the debtor is a 12.5% owner.

# BASED UPON INFORMATION PROVIDED BY FORMER MANAGEMENT AND HAS NOT BEEN INDEPENDENTLY VALUED BY PLAN ADMINISTRATOR

Post-Confirmation Estate of West End Financial Advisors, LLC
Corporate Monthly Operating Report
Period Ending 12/31/15
Federal Tax ID 46-6727346
Case No. 081-11-11152

Debtors Report as of and for the Period Ended of 12/31/15

# DEBTOR QUESTIONNAIRE

| | Must be completed each month.  If the answer to any of the questions is "Yes", provide a detailed explanation of each item.  Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any assets been sold or transferred outside the normal course of business this reporting period? | | x |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | x |
| 3 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | x |
| 4 | Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | x |
| 5 | Is the Debtor delinquent in paying any insurance premium payment? | | x |
| 6 | Have any payments been made on pre-petition liabilities this reporting period? | | x |
| 7 | Are any post petition receivables (accounts, notes or loans) due from related parties? | | x |
| 8 | Are any post petition payroll taxes past due? | | x |
| 9 | Are any post petition State or Federal income taxes past due? | | x |
| 10 | Are any post petition real estate taxes past due? | | x |
| 11 | Are any other post petition taxes past due? | | x |
| 12 | Have any pre-petition taxes been paid during this reporting period? | | x |
| 13 | Are any amounts owed to post petition creditors delinquent? | | x |
| 14 | Are any wage payments past due? | | x |
| 15 | Have any post petition loans been been received by the Debtor from any party? | | x |
| 16 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | x |
| 17 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | x |
| 18 | Have the owners or shareholders received any compensation outside of the normal course of business? | | x |

** Amounts were paid pursuant to the approved cash management order.

Citibank, N.A.    292 / 00852
Sort 2224
New York, N.Y. 10043

001/R1/20F000

006
CITIBANK, N. A.
**Account**
████████0756
**Statement Period**
Dec 1 - Dec 31, 2015
**Relationship Manager**
Bissu,Roopnarayan
(212) 559-0378

Page 1  of 3

POST - CONFIRMATION ESTATE OF WEST
END FINANCIAL ADVISORS
606 POST ROAD EAST
614
WESTPORT              CT 06880

## CitiBusiness® ACCOUNT AS OF DECEMBER 31, 2015

### Relationship Summary:

| | |
|---|---|
| **Checking** | $19,797.47 |
| **Savings** | $219,888.03 |
| **Checking Plus** | ----- |

| Checking | Balance |
|---|---|
| CitiBusiness Checking | $19,797.47 |
| **Savings** | **Balance** |
| CitiBusiness IMMA | $219,888.03 |
| **Total Checking and Savings at Citibank** | **$239,685.50** |

## SERVICE CHARGE SUMMARY FROM NOVEMBER 1, 2015 THRU NOVEMBER 30, 2015

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| **CITIBUSINESS CHECKING ████0756** | | | |
| Average Daily Collected Balance | | | $21,087.08 |
| DEPOSIT SERVICES | | | |
| DEPOSIT ASSESSMENT | 21,087 | | 2.25 |
| **WAIVE | | | |
| MONTHLY MAINTENANCE FEE | 1 | 22.0000 | 22.00 |
| **WAIVE | | | |
| CHECKS PAID | 4 | .2100 | 0.84 |
| **WAIVE | | | |
| TRANSFER SERVICES | | | |
| INCOMING WIRE TRANSFER | 3 | 14.0000 | 42.00 |
| **WAIVE | | | |
| **Total Charges for Services** | | | **$0.00** |
| Average collected balances | | | $21,087.08 |
| Balances eligible for Earnings Credit | | | $21,087.08 |
| Earnings Credit allowance at  0.20000% | | | $0.00 |
| Charges Subject to Earnings Credit | | | $0.00 |
| **Net Service Charge** | | | **$0.00** |
| **CITIBUSINESS IMMA # ████0764** | | | |
| Average Daily Collected Balance | | | $230,587.23 |
| **Total Charges for Services** | | | **$0.00** |
| **Net Service Charge** | | | **$0.00** |

001/R1/20F000

POST - CONFIRMATION ESTATE OF WEST
END FINANCIAL ADVISORS

Account ████0756       Page 2 of 3
Statement Period: Dec 1 - Dec 31, 2015

## CHECKING ACTIVITY

### CitiBusiness Checking

████0756

Beginning Balance: $22,292.52
Ending Balance: $19,797.47

| Date | Description | Debits | Credits | Balance |
|------|-------------|--------|---------|---------|
| 12/01 | CHECK NO:    10301 | 2,700.00 | | 19,592.52 |
| 12/04 | CBUSOL TRANSFER DEBIT<br>WIRE TO Emily de Villa | 4,586.50 | | 15,006.02 |
| 12/14 | FUNDS TRANSFER<br>WIRE FROM NFA FU NDING LLC 400 E 22ND ST L Dec 14 | | 730.51 | 15,736.53 |
| 12/14 | FUNDS TRANSFER<br>WIRE FROM NFA FU NDING LLC 400 E 22ND ST L Dec 14 | | 1,342.76 | 17,079.29 |
| 12/14 | FUNDS TRANSFER<br>WIRE FROM NFA FU NDING LLC 400 E 22ND ST L Dec 14 | | 3,370.91 | 20,450.20 |
| 12/14 | CHECK NO:    10303 | 134.71 | | 20,315.49 |
| 12/14 | CHECK NO:    10304 | 240.00 | | 20,075.49 |
| 12/15 | CHECK NO:    10302 | 89.95 | | 19,985.54 |
| 12/23 | CHECK NO:    10306 | 98.12 | | 19,887.42 |
| 12/29 | CHECK NO:    10305 | 89.95 | | 19,797.47 |
| | **Total Debits/Credits** | **7,939.23** | **5,444.18** | |

| Checks Paid | | | | | | | | | | | |
|-------|------|--------|-------|------|--------|-------|------|--------|-------|------|--------|
| Check | Date | Amount | Check | Date | Amount | Check | Date | Amount | Check | Date | Amount |
| 10301 | 12/01 | 2,700.00 | 10302 | 12/15 | 89.95 | 10303 | 12/14 | 134.71 | 10304 | 12/14 | 240.00 |
| 10305 | 12/29 | 89.95 | 10306 | 12/23 | 98.12 | | | | | | |

\* indicates gap in check number sequence        Number Checks Paid:  6        Totaling:   $3,352.73

## SAVINGS ACTIVITY

### CitiBusiness IMMA

████0764

Beginning Balance: $230,614.72
Ending Balance: $219,888.03

| Date | Description | Debits | Credits | Balance |
|------|-------------|--------|---------|---------|
| 12/02 | CBUSOL TRANSFER DEBIT<br>Bill No. 139284 | 10,754.75 | | 219,859.97 |
| 12/31 | INTEREST EARNED | | 28.06 | 219,888.03 |
| | **Total Debits/Credits** | **10,754.75** | **28.06** | |

Interest earned year to date  $612.82

| Your CitiBusiness IMMA Account Rates | | | | | | |
|-------------------------------------|--------|--------|--------|--------|--------|--------|
| For Balances of | $0<br>to<br>$24,999 | $25,000<br>to<br>$49,999 | $50,000<br>to<br>$99,999 | $100,000<br>to<br>$499,999 | $500,000<br>to<br>$999,999 | $1,000,000<br>to<br>$9,999,999 | $10,000,000<br>and over |
| 12/01 - 12/31 | 0.100% | 0.150% | 0.150% | 0.150% | 0.150% | 0.150% | 0.150% |

POST - CONFIRMATION ESTATE OF WEST
END FINANCIAL ADVISORS

Account ████████0756          Page 3 of 3
Statement Period:  Dec 1 - Dec 31, 2015

001/R1/20F000

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking<br>Insured Money Market | 800-870-1073 | Citi Private Bank<br>Client Services<br>153 East 53rd Street 18th Floor<br>New York, New York 10022 |

For change in address, call your account officer or visit your branch.

© 2015 Citigroup Inc. Citibank, N.A. Member FDIC.
Citi with Arc Design and CitiBusiness are registered service marks of Citigroup Inc. or its affiliates.